FILED
8/12/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PH

Judge: Matthew F. Kennelly
Magistrate Judge: M. David Weisman
Lead Case: 24cv6795
Filed: 08/12/2024
PH

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION** — **MDL No. 3121**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On August 1, 2024, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Matthew F. Kennelly.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kennelly.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 1, 2024, and, with the consent of that court, assigned to the Honorable Matthew F. Kennelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
Aug 12, 2024
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Marcella R. Lockert

Marcella R. Lockert
Acting Clerk of the Panel

**IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION**

MDL No. 3121

**SCHEDULE CTO−1 − TAG−ALONG ACTIONS**

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | NEW YORK SOUTHERN | | | |
| 1:24-cv-7153 | NYS | 1 | 24−04381 | Meta Wellness Inc. v. Multiplan, Inc. et al |
| 1:24-cv-7155 | NYS | 1 | 24−04387 | Hillside Recovery Center LLC v. Multiplan, Inc. et al |
| 1:24-cv-7157 | NYS | 1 | 24−04388 | AMS Pro Group LLC v. Multiplan, Inc. et al |
| 1:24-cv-7159 | NYS | 1 | 24−04389 | Inspire Recovery Center Inc. v. Multiplan, Inc. et al |
| 1:24-cv-7162 | NYS | 1 | 24−04394 | HOLY Addiction Care Center, Inc. v. Multiplan, Inc. et al |
| 1:24-cv-7163 | NYS | 1 | 24−04396 | LNA Realty Inc. d.b.a. Luxe Recovery v. MULTIPLAN INC et al |
| 1:24-cv-7165 | NYS | 1 | 24−04398 | MAS Pro Group LLC d.b.a. Wish Recovery IOP v. Multiplan, Inc. et al |
| 1:24-cv-7166 | NYS | 1 | 24−04400 | New Life Inc. d.b.a. Luxe Recovery v. Multiplan, Inc. et al |
| 1:24-cv-7168 | NYS | 1 | 24−04403 | Ritz Recovery Inc. v. Multiplan, Inc. et al |
| 1:24-cv-7169 | NYS | 1 | 24−04404 | Tarzana Recovery Center v. Multiplan, Inc. et al |
| 1:24-cv-7170 | NYS | 1 | 24−04405 | The Ohana Retreat LLC v. Multiplan, Inc. et al |
| 1:24-cv-7171 | NYS | 1 | 24−04406 | Uplift Recovery Center, LLC v. Multiplan, Inc. et al |
| 1:24-cv-7172 | NYS | 1 | 24−04407 | Vanity Detox Center Inc v. Multiplan, Inc. et al |
| 1:24-cv-7174 | NYS | 1 | 24−04408 | Vanity Wellness Center Incorporated v. Multiplan, Inc. et al |
| 1:24-cv-7177 | NYS | 1 | 24−04656 | Advanced Orthopedic Center, Inc. v. MultiPlan, Inc et al |