# United States District Court Northern District of Illinois
# MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title: In Re: Multiplan Health Insurance Provider Litigation — Plantiff(s)

VS.

This Document Relates to All Cases — Defendant(s)

Case Number: 1:24-cv-06795 Judge: Honorable Matthew F. Kennelly

I, Christopher M. Burke hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of Plaintiffs Ivy Creek of Tallapoosa LLC d/b/a Lake Martin Community Hospital and Elmore Community Hospital Rural Health Association d/b/a Elmore Community Hospital by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attached Schedule A | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Has the applicant ever been:

| | | |
|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | **Yes** ☐ | **No** ☑ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | **Yes** ☐ | **No** ☑ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | **Yes** ☐ | **No** ☑ |
| **denied admission to the bar of any court?** | **Yes** ☐ | **No** ☑ |
| **held in contempt of court?** | **Yes** ☐ | **No** ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

8/22/2024 — S/ Christopher M. Burke

Date — Electronic Signature of Applicant

| | | | |
|---|---|---|---|
| Applicant's Name | Last Name<br>Burke | First Name<br>Christopher | Middle Name/Initial<br>M. |
| Applicant's Law Firm | Korein Tillery P.C. | | |
| Applicant's Address | Street Address<br>401 West A Street | | Room/Suite Number<br>1430 |

| City | State | ZIP Code | Work Phone Number and Email |
|---|---|---|---|
| San Diego | CA | 92101 | (619) 625-5620 |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

**CHRISTOPHER M. BURKE**
**SCHEDULE A**

I, Christopher M. Burke, was admitted to practice before the Bar of the following courts:

| State Court | Bar No. | Date of Admission |
|---|---|---|
| State of Wisconsin | 1022722 | 01/18/1994 |
| State of California | CA 214799 | 11/12/2001 |
| State of New York | 5278106 | 08/14/2014 |
| **United States District Court** | **Bar No. (if applicable)** | **Date of Admission** |
| Western District of Wisconsin | | 01/18/1994 |
| District of Colorado | | 12/15/2000 |
| Southern District of California | | 08/06/2007 |
| Central District of California | | 01/17/2008 |
| Eastern District of Michigan | | 03/16/2009 |
| Eastern District of Wisconsin | | 03/18/2010 |
| Northern District of California | | 05/28/2010 |
| Southern District of New York | CB-3648 | 07/23/2015 |
| Eastern District of Texas | | 06/01/2023 |
| Eastern District of New York | | 06/12/2024 |

| United States Court of Appeals | Date of Admission |
|---|---|
| First Circuit – Bar No. 1161631 | 10/06/2015 |
| Second Circuit | 12/02/2016 |
| Third Circuit | 02/21/2013 |
| Ninth Circuit | 12/13/2007 |