# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: *In re MultiPlan Health Insurance Provider Litigation*

Case Number: 1:24-cv-06795

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Adventist Health System Sunbelt Healthcare Corporation and CHS/Community Health Systems, Inc.

Attorney name (type or print): Stephen M. Medlock

Firm: Vinson & Elkins LLP

Street address: 2200 Pennsylvania Ave., NW, Suite 500 West

City/State/Zip: Washington, D.C. 20037

Bar ID Number: VA 78819
(See item 3 in instructions)

Telephone Number: 202-639-65785

Email Address: smedlock@velaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/28/2024

Attorney signature: S/ *Stephen M. Medlock*
(Use electronic signature if the appearance form is filed electronically.)