UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| *In re Multiplan Health Insurance Provider Litigation*<br><br>This Document Relates To:<br><br>Inspire Recovery Center Inc., v. MultiPlan, Inc., et al., 24-cv-07159 | No. 1:24-cv-06795<br><br>Hon. Matthew F. Kennelly |

### PLAINTIFF INSPIRE RECOVERY CENTER INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Inspire Recovery Center Inc. by and through its undersigned counsel, hereby makes the following disclosure statement:

Plaintiff Inspire Recovery Center Inc. does not have any parent corporations, and no publicly-held corporation or affiliate owns 5% or more of the party's stock.

Dated: August 28, 2024          **Arnall Golden Gregory LLP**

*/s/ Matthew M. Lavin*
Matthew M. Lavin

Matthew M. Lavin (Pro Hac Vice Pending)
matt.lavin@agg.com
Arnall Golden Gregory LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

**Napoli Shkolnik PLLC**

_____
Hunter Shkolnik

1

Hunter Shkolnik
NS PR Law Services, LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Tele: (787) 493-5088
Fax: (646)843-7603
Email: Hunter@NSPRLaw.com

Attorneys for Plaintiff