UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Multiplan Health Insurance Provider
Litigation, et al.

                          Plaintiff,

v.                                             Case No.: 1:24−cv−06795

                                            Honorable Matthew F.
                                            Kennelly

Multiplan, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person case management conference held on 8/29/2024. An in−person hearing for selection of plaintiffs' leadership is set for 9/23/2024 at 10:30 a.m. The hearing will be held in Courtroom 2103. Applications for leadership positions for direct actions (maximum of 5 pages) and for appointment as interim class counsel (maximum of 15 pages) are to be filed by 9/9/2024. The Court advises that counsel who cannot attend the 9/23/2024 hearing but wish to listen may do so via telephone by calling 650−479−3207, access code 980−394−33. No person listening in by telephone will be permitted to speak; the call−in option is for listening only. An in−person appearance will be required for any attorney or other person who wishes to be heard. Motions by attorneys Shawn Rabin [51], Hunter Shkolnik [56] [84], Patrick Madden [62], Matthew Lavin [63] and Darren Nicholson [89] are granted. The motion to reassign case [59] is granted. The Court will enter an Executive Committee Order to have case 24 C 6776 reassigned to Judge Kennelly. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.