# EXHIBIT C



Chicago | Minneapolis | Philadelphia | San Diego | San Francisco | Toronto | Washington, DC | Wilmington, DE
bergermontague.com

## About Berger Montague

Berger Montague was founded in 1970 by the late David Berger to concentrate on the representation of plaintiffs in antitrust class actions. Berger Montague helped pioneer the use of class actions in antitrust litigation and was instrumental in extending the use of the class action procedure to other litigation areas, including securities, employment discrimination, civil and human rights, and mass torts.

Today, Berger Montague is a full-spectrum class action and complex civil litigation firm, with nationally known attorneys highly sought after for their legal skills and commitment to justice. The Firm has been recognized by federal and state courts across the country for its ability and expertise in handling major complex litigation, particularly in the fields of antitrust, securities, mass torts, civil and human rights, whistleblower cases, employment, and consumer litigation. The Firm has played a principal role in numerous precedent-setting cases, including many of the largest and most successful antitrust class actions over the last 50 years.

The Firm has been repeatedly recognized by the *National Law Journal*, *The Legal Intelligencer*, *Chambers & Partners*, *Best Lawyers*, and *The Legal 500* for its outstanding legal skills and success in complex litigations. For example, *Chambers & Partners* has repeatedly selected Berger Montague as one of the country's top antitrust firms. *Chambers USA 2024* states that Berger Montague is "[h]ighly distinguished for the strength of its plaintiff-side work acting on monopoly matters and price fixing, including an impressive track record in complex, high-profile class actions."

Berger Montague is based in Philadelphia, with offices in Chicago, Minneapolis, Philadelphia, San Diego, San Francisco, Toronto, Washington, DC, and Wilmington, DE. Currently, the Firm consists of ~100 lawyers and 50 support staff. There are few firms in the United States that can match the Firm's breadth of practice and reputation in the field of plaintiff antitrust class actions.

## Expertise and Case Profiles

While the Firm's success and expertise spans several practice areas, this submission is focused on the Firm's antitrust practice, which is most relevant to the Court's consideration. The Firm has served as lead, co-lead, or co-trial counsel for many of the most significant civil antitrust cases over the last 50 years. Notable recent settlements include *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720 (E.D.N.Y.) (~$5.6 billion settlement, which is the largest antitrust class action settlement in history); *In re Namenda Direct Purchaser Antitrust Litigation*, No. 15-cv-7488 (S.D.N.Y.) ($750 million settlement); *King Drug Co. v. Cephalon, Inc.* ($512 million settlement); *Henry v. Brown University, et al.*, No. 22-cv-125 (N.D. Ill.) ($284 million in settlements to date); and *In re Commodity Exchange, Inc. Gold Futures & Options Trading Litigation*, No. 14-md-2548 (S.D.N.Y.) (settlements of $152 million).

The Firm has also been a leader of the antitrust bar in cases concerning monopsony power, such as recently obtaining certification of a litigation class and settlements totaling $169 million for workers alleging a wage suppression conspiracy in *In re Broiler Chicken Grower Antitrust Litig.* ("*Broiler Growers*"), No. 20-md-2977 (E.D. Okla.) and securing class certification of the first ever litigation class in a Section 2 case alleging monopsonization of a labor market in *Le v. Zuffa, LLC* ("*UFC Antitrust Litigation*"), No. 15-1045 (D. Nev.). The Firm also serves in ongoing co-lead roles in other significant cases alleging abuse of monopsony power. *See, e.g.*, *In re Geisinger Healthcare Workers Antitrust Litig.*, No. 21-cv-196 (M.D. Pa.) (co-lead in case alleging suppression of healthcare worker pay); *Choh v. Brown Univ.*, No. 23-cv-305 (D. Conn.) (leading proposed class in litigation concerning Ivy League rule prohibiting athletic scholarships).

The Firm also has significant recent trial experience, obtaining excellent results in *In re Capacitors Antitrust Litigation*, No. 14-cv-3264 (N.D. Cal.) (total settlements over $600 million, including several occurring during jury trials in 2020 and 2021), *In re Opana ER Antitrust Litig*ation, No. 14-cv-10150 (N.D. Ill.) ($145 million settlement just prior to trial), and *U.S. v. Johnson & Johnson*, No. 12-cv-7758 (D.N.J.) (jury verdict in 2024 of well over $150 million in *qui tam* matter).

As a result of Berger Montague's successes and the skill, reputation, and experience of the Firm's antitrust lawyers, Berger Montague is routinely appointed by federal courts as lead or co-lead counsel in the most significant and complex antitrust class action cases on behalf of businesses and consumers. In addition to those noted above, significant antitrust cases in healthcare where the Firm served as lead or co-lead include:

- **In re Dental Supplies Antitrust Litigation (E.D.N.Y.):** Berger Montague served as co-lead counsel for a class of dental providers in a suit brought against the three largest distributors of dental supplies in the United States. On September 7, 2018, co-lead counsel announced that they agreed with defendants to settle on a classwide basis for $80 million. The settlement received final approval on June 24, 2019. The suit alleged that the defendants, who were alleged to collectively control ~90 percent of the dental supplies and equipment distribution market, conspired to restrain trade and fix prices at anticompetitive levels. In furtherance of the alleged conspiracy, plaintiffs claimed that the defendants colluded to boycott and pressure dental manufacturers, dental distributors, and state dental associations that did business with or considered doing business with the defendants' lower-priced rivals. The suit claimed that, because of the defendants' anticompetitive conduct, members of the class were overcharged on dental supplies and equipment.

- **In re Namenda Direct Purchaser Antitrust Litigation (S.D.N.Y.):** Berger Montague served as co-lead counsel for the class in this antitrust action brought on behalf of direct purchasers of branded and/or generic Namenda IR and/or branded Namenda XR. It settled for $750 million on the eve of trial. The $750 million settlement received final approval on May 27, 2020, and is the largest single-defendant settlement ever for a case alleging delayed generic competition.

- **In re Opana ER Antitrust Litigation (N.D. Ill.):** Berger Montague served as co-lead counsel for the certified class alleging that defendants entered into a pay-for-delay agreement whereby Impax delayed the launch of its generic Opana ER product in exchange for valuable consideration from Endo, resulting in class members suffering overcharge damages. After eight years of hard-fought litigation, the class and Impax settled as trial commenced (and proceeded against Endo), reaching what Judge Leinenweber described as an "excellent" settlement, valued at $145 million.

2

- ***Castro v. Sanofi Pasteur Inc.*** **(D.N.J.):** Berger Montague served as co-lead class counsel and obtained a $61.5 million settlement on behalf of medical providers. The plaintiffs charged that Sanofi used a network of physician buying groups to implement a web of anticompetitive product bundling arrangements. The case alleged that this conduct allowed Sanofi to maintain and increase its monopoly power in various pediatric vaccine markets, which in turn allowed Sanofi to charge artificially-inflated prices for pediatric vaccines.

- ***Mayor and City Council of Baltimore v. Merck*** **(E.D. Pa.):** Berger Montague serves as co-lead counsel in this ongoing case alleging similar anticompetitive conduct as that alleged in *Castro v. Sanofi* by another vaccine manufacturer.

- ***In re K-Dur Antitrust Litigation*** **(D.N.J.):** Berger Montague served as co-lead counsel for the class in this long-running antitrust litigation alleging that anticompetitive conduct inflated the price of a prescription drug to direct purchasers. Berger Montague litigated the case before the Third Circuit Court of Appeals and won a precedent-setting victory. On remand, the case settled for $60.2 million.

- ***In re Loestrin 24 Fe Antitrust Litigation*** **(D.R.I.):** Berger Montague served as co-lead counsel for the class of direct purchasers of brand Loestrin, generic Loestrin, and brand Minastrin. The direct purchaser class alleged that defendants violated federal antitrust laws by unlawfully impairing the introduction of generic versions of the prescription drug Loestrin 24. The case settled shortly before trial for $120 million.

- ***In re Solodyn Antitrust Litigation*** **(D. Mass.):** Berger Montague served as co-lead counsel representing a class of direct purchasers of brand and generic Solodyn (extended-release minocycline hydrochloride tablets) alleging that defendants entered into agreements not to compete in the market for extended-release minocycline hydrochloride tablets in violation of the Sherman Act. With a final settlement on the eve of trial, the case settled for a total of more than $76 million.

- ***Johnson, et al. v AzHHA, et al.*** **(D. Ariz.):** Berger Montague was co-lead counsel in this litigation on behalf of a class of temporary nursing personnel, against the Arizona Hospital and Healthcare Association and its member hospitals, for agreeing and conspiring to fix the rates and wages for temporary nursing personnel, causing class members to be underpaid. The court approved $24 million in settlements on behalf of this class of nurses.

- ***Meijer, Inc., et al. v. Abbott Laboratories*** **(N.D. Cal.):** Berger Montague served as co-lead counsel in a class action on behalf of pharmaceutical wholesalers and pharmacies charging Abbott Laboratories with illegally maintaining monopoly power and overcharging purchasers in violation of the federal antitrust laws. Plaintiffs alleged that Abbott had used its monopoly with respect to its anti-HIV medicine Norvir (ritonavir) to protect its monopoly power for another highly profitable Abbott HIV drug, Kaletra. This antitrust class action settled for $52 million after four days of a jury trial in federal court in Oakland, California.

## Judicial Praise for Berger Montague Attorneys in Antitrust Litigation

Berger Montague's record of successful prosecution of antitrust class actions has been recognized and commended by judges and arbitrators across the country. Some remarks on the skill, efficiency, and expertise of the firm's attorneys are excerpted below.

- From **Judge Lorna G. Schofield**, of the U.S. District Court for the Southern District of New York:

  "I'm not sure I've ever seen a case without a single objection or opt-out, so congratulations on that."

  Transcript of the November 19, 2020 Hearing in ***Contant, et al. v. Bank of America Corp., et al.***, No. 17-cv-3139 (S.D.N.Y.).

- From **Judge William E. Smith,** of the U.S. District Court for the District of Rhode Island:

  "The degree to which you all litigated the case is – you know, I can't imagine attorneys litigating a case more rigorously than you all did in this case. It seems like every conceivable, legitimate, substantive dispute that could have been fought over was fought over to the max. So you, both sides, I think litigated the case as vigorously as any group of attorneys could. The level of representation of all parties in terms of the sophistication of counsel was, in my view, of the highest levels. I can't imagine a case in which there was really a higher quality of representation across the board than this one."

  Transcript of the August 27, 2020 Hearing in ***In re Loestrin 24 Fe Antitrust Litigation***, No. 13-md-2472 (D.R.I.).

- From **Judge Margo K. Brodie,** of the U.S. District Court for the Eastern District of New York:

  "Class counsel has without question done a tremendous job in litigating this case. They represent some of the best plaintiff-side antitrust groups in the country, and the size and skill of the defense they litigated against cannot be overstated. They have also demonstrated the utmost professionalism despite the demands of the extreme perseverance that this case has required…."

  ***In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation***, No. 05-md-1720 (E.D.N.Y. 2019) (Mem. & Order).

- From **Judge Brian M. Cogan**, of the U.S. District Court of the Eastern District of New York:

  "This is a substantial recovery that has the deterrent effect that class actions are supposed to have, and I think it was done because we had really good Plaintiffs' lawyers in this case who were running it."

  Transcript of the June 24, 2019 Fairness Hearing in ***In re Dental Supplies Antitrust Litigation***, No. 16-cv-696 (E.D.N.Y.).

- From **Judge Michael M. Baylson**, of the U.S. District Court of the Eastern District of Pennsylvania:

    "[C]ounsel…for direct action plaintiffs have done an outstanding job here with representing the class, and I thought your briefing was always very on point. I thought the presentation of the very contentious issues on the class action motion was very well done, it was very well briefed, it was well argued."

    Transcript of the June 28, 2018 Hearing in *In re Domestic Drywall Antitrust Litigation*, No. 13-md-2437 (E.D. Pa.) at 11:6-11.

- From **Judge Madeline Cox Arleo,** of the U.S. District Court for the District of New Jersey praising the efforts of all counsel:

    "I just want to thank you for an outstanding presentation. I don't say that lightly . . . it's not lost on me at all when lawyers come very, very prepared. And really, your clients should be very proud to have such fine lawyering. I don't see lawyering like this every day in the federal courts, and I am very grateful. And I appreciate the time and the effort you put in, not only to the merits, but the respect you've shown for each other, the respect you've shown for the Court, the staff, and the time constraints. And as I tell my law clerks all the time, good lawyers don't fight, good lawyers advocate. And I really appreciate that more than I can express."

    Transcript of the September 9 to 11, 2015 Daubert Hearing in *Castro v. Sanofi Pasteur*, No. 11-cv-7178 (D.N.J.) at 658:14-659:4.

5

## Berger Montague's Team

**Eric L. Cramer—Chairman**

Eric L. Cramer is Chairman of Berger Montague and Co-Chair of its antitrust department. He has a national practice in the field of complex litigation, primarily in the area of antitrust class actions. He is currently co-lead counsel in multiple significant antitrust class actions across the country in a variety of industries and is responsible for winning numerous significant settlements for his clients totaling well over $3 billion. He currently leads multiple significant antitrust class actions around the United States—including representing mixed martial arts fighters against the UFC; broiler chicken growers against major chicken integrator companies; healthcare workers against two hospitals in Pennsylvania; the City of Asheville and other governmental entities against HCA/Mission Hospital in North Carolina; current and former students of seventeen elite universities against those universities; Ivy League athletes against the Ivy League; and internet publishers against Google. Two of the above-referenced cases—the UFC case and the elite universities case are in the process of being settled for well more than nine figures each. Further, in late 2021, Mr. Cramer served as one of the main trial counsel in an antitrust class action relating to an alleged international cartel of capacitors' suppliers, which was tried to a jury and settled after nearly three weeks of trial.

In 2020, Law360 named Mr. Cramer a [Titan of the Plaintiffs Bar](), and Who's Who Legal identified him as a [Global Elite Thought Leader](), stating that he "comes recommended by peers as a top name for antitrust class action proceedings." In 2019, the National Law Journal awarded Mr. Cramer the [Keith Givens Visionary Award](), which was developed to honor an outstanding trial lawyer who has moved the industry forward through his or her work within the legal industry ecosystem, demonstrating excellence in all aspects of work from client advocacy to peer education and mentoring. In 2018, he was named Philadelphia antitrust ["Lawyer of the Year"]() by Best Lawyers, and in 2017, he won the American Antitrust Institute's Antitrust Enforcement Award for Outstanding Antitrust Litigation Achievement in Private Law Practice for his work in *Castro v. Sanofi Pasteur Inc.*, No. 11-cv-07178 (D.N.J.). In that case, Mr. Cramer represented a national class of physicians challenging Sanofi Pasteur with anticompetitive conduct in the market for meningitis vaccines, resulting in a settlement of more than $60 million for the class. He has also been identified as a [top tier antitrust lawyer by Chambers & Partners]() in Pennsylvania and nationally. In 2020, Chambers & Partners observed that Mr. Cramer is "a fantastic lawyer…He has real trial experience and is very capable and super smart." He has been highlighted annually since 2011 by The Legal 500 as one of the country's top lawyers in the field of complex antitrust litigation and repeatedly deemed one of the "Best Lawyers in America," including for 2021.

Mr. Cramer is also a frequent speaker at antitrust and litigation related conferences and a leader of multiple non-profit advocacy groups. He is a past President of the Board of Directors of Public Justice, a national public interest advocacy group and law firm; a former Vice President of the Board of Directors of the American Antitrust Institute; a past President of COSAL (Committee to Support the Antitrust Laws), a leading industry group; and a member of the Advisory Board of the Institute of Consumer Antitrust Studies of the Loyola University Chicago School of Law. In 2023, Public Justice honored Mr. Cramer with its Champion of Justice award for his work in antitrust.

He has written widely in the fields of class certification and antitrust law. Among other writings, Mr. Cramer has co-authored [*Antitrust as Antiracism: Antitrust as a Partial Cure for Systemic Racism (and Other Systemic "Isms")*](), Vol. 66(3) The Antitrust Bulletin 359-393 (2021) and [*Antitrust, Class Certification, and the Politics of Procedure*](), 17 George Mason Law Review 4

(2010), the latter of which was cited by both the First Circuit in *In re Nexium Antitrust Litig.*, 777 F.3d 9, 27 (1st Cir. 2015), and the Third Circuit in *Behrend v. Comcast Corp.*, 655 F.3d 182, 200, n.10 (3d Cir. 2011), *rev'd on other grounds*, 133 S. Ct. 1426 (2013). He has also co-written a number of other pieces, including: *Of Vulnerable Monopolists?: Questionable Innovation in the Standard for Class Certification in Antitrust Cases*, 41 Rutgers Law Journal 355 (2009-2010); *A Questionable New Standard for Class Certification in Antitrust Cases*, published in the ABA's Antitrust Magazine, Vol. 26, No. 1 (Fall 2011); a Chapter of American Antitrust Institute's Private International Enforcement Handbook (2010), entitled "Who May Pursue a Private Claim?;" and a chapter of the American Bar Association's *Pharmaceutical Industry Handbook* (July 2009), entitled "Assessing Market Power in the Prescription Pharmaceutical Industry."

Mr. Cramer is a *summa cum laude* graduate of Princeton University (1989), where he earned membership in Phi Beta Kappa. He graduated *cum laude* from Harvard Law School with a J.D. in 1993.

### David F. Sorensen—Executive Shareholder

David F. Sorensen is an Executive Shareholder and Co-Chair of the Firm's antitrust department. He graduated from Duke University (A.B. 1983) and Yale Law School (J.D. 1989), and clerked for the Hon. Norma L. Shapiro (E.D. Pa.). He concentrates his practice on antitrust and complex litigation.

Mr. Sorensen co-tried *Cook v. Rockwell Int'l Corp.*, No. 90-181 (D. Colo.) and received, along with the entire trial team, the "Trial Lawyer of the Year" award in 2009 from the Public Justice Foundation for their work on the case, which resulted in a jury verdict of $554 million in February 2006, after a four-month trial, on behalf of thousands of property owners near the former Rocky Flats nuclear weapons plant located outside Denver, Colorado. The jury verdict was then the largest in Colorado history and was the first time a jury had awarded damages to property owners living near one of the nation's nuclear weapons sites. In 2008, after extensive post-trial motions, the District Court entered a $926 million judgment for the plaintiffs. The jury verdict in the case was vacated on appeal in 2010. In 2015, on a second trip to the Tenth Circuit Court of Appeals, Plaintiffs secured a victory with the case being sent back to the district court. In 2016, the parties reached a $375 million settlement, which received final approval in 2017.

Mr. Sorensen played a major role in the Firm's representation of the State of Connecticut in *State of Connecticut v. Philip Morris, Inc., et al.*, in which Connecticut recovered approximately $3.6 billion (excluding interest) from certain manufacturers of tobacco products. And he served as co-lead class counsel in *Johnson v. AzHHA, et al.*, No. 07-1292 (D. Ariz.), representing a class of temporary nursing personnel who had been underpaid because of an alleged conspiracy among Arizona hospitals. The case settled for $24 million.

Mr. Sorensen also has served as co-lead counsel or played a leading role in numerous antitrust cases representing direct purchasers of prescription drugs. Many of these cases have alleged that pharmaceutical manufacturers have wrongfully kept less expensive generic drugs off the market, in violation of the antitrust laws. Many of these cases have resulted in substantial cash settlements, including *In re Namenda Direct Purchaser Antitrust Litigation*, (S.D.N.Y.) ($750 million settlement – largest single-defendant settlement ever for a case alleging delayed generic competition); *King Drug Co. v. Cephalon, Inc.*, (E.D. Pa.) ($512 million partial settlement); *In re Suboxone (Buprenorphine Hydrochloride and Naloxone)*

*Antitrust Litig*., (E.D. Pa.) ($385 million); *In re Opana ER Antitrust Litig.,* (N.D. Ill.) ($145 million at start of trial); *In re Aggrenox Antitrust Litigation* (D. Conn.) ($146 million); *In re Loestrin 24 Fe Antitrust Litigation* (D.R.I.) ($120 million); *In re Solodyn Antitrust Litigation*, (D. Mass.) ($76.8 million); *In re K-Dur Antitrust Litigation* (D.N.J.) ($60.2 million); *In re Skelaxin Antitrust Litigation* (E.D. Tenn.) ($73 million); *In re Wellbutrin XL Antitrust Litigation* (E.D. Pa.) ($37.5 million); *In re DDAVP Direct Purchaser Antitrust Litigation* (S.D.N.Y.) ($20.25 million settlement following precedent-setting victory in the Second Circuit, which Mr. Sorensen argued, *see* 585 F.3d 677 (2d Cir. 2009)); *In re Nifedipine Antitrust Litigation* (D.D.C.) ($35 million); and *In re Terazosin Hydrochloride Antitrust Litigation*, MDL 1317 (S.D. Fla.) ($74.5 million).

Mr. Sorensen is serving as co-lead counsel or on the executive committee of numerous similar, pending cases.

In 2017, the American Antitrust Institute presented its Antitrust Enforcement Award to Mr. Sorensen and others for their work on the *K-Dur* case. In 2019, Mr. Sorensen and others were recognized again by the AAI for their work on the *King Drug* case, being awarded the Outstanding Antitrust Litigation Achievement in Private Law Practice. Mr. Sorensen and his team received the same award in 2020 for their work on the *Namenda* case. Also in 2020, *Law360* named Mr. Sorensen a Competition MVP of the Year.

### Patrick F. Madden—Shareholder

Patrick F. Madden is a Shareholder in the Antitrust, Consumer Protection, Insurance Fraud, and Predatory Lending and Borrowers' Rights practice groups. His practice principally focuses on class actions concerning antitrust violations, financial practices, and insurance products.

Madden has had leading roles in many of the firm's antitrust cases challenging monopsony power, including *Broiler Growers*, the *UFC Antitrust Litigation*, and *In re Delta Dental Antitrust Litig*., No. 19-cv-6734 (N.D. Ill.) (serving on expert and fact discovery committees in litigation over dental insurance companies' reimbursements to providers)*,* as well as many of the firm's insurance cases including a series of force-placed insurance cases that settled for over $175 million. *E.g., Citibank Force-Placed Insurance Litig.*, No. 12-cv-820 (N.D.N.Y.) ($122 million settlement); *Bank of America Force-Placed Flood Ins. Litig.*, No. 11-cv-1372 (D. Or.) ($31 million settlement).

Prior to attending law school, Mr. Madden worked at the United States Department of Labor, Office of Labor-Management Standards as an investigator during which time he investigated allegations of officer election fraud and financial crimes by union officers and employees.

### Zachary D. Caplan—Shareholder

Zach Caplan concentrates his practice on complex litigation, including antitrust class actions on behalf of consumers, workers, businesses, and public entities.

Zach serves as a member of leadership teams that have recovered hundreds of millions of dollars for the Firm's clients. For example, he has played a significant role in litigating antitrust cases brought on behalf of healthcare providers and other purchasers targeting the soaring prices of prescription drugs and vaccines. In this space, he has litigated reverse payment, patent fraud,

monopolization, and price-fixing matters in federal courts around the country. Zach has also been involved in several cases alleging years-long manipulation of global financial benchmarks by some of the world's largest banks.

Prior to rejoining the firm in 2023, Zach was an attorney with the Antitrust Division of the U.S. Department of Justice. While at the Justice Department, Zach led teams investigating anticompetitive conduct in the healthcare space and assisted with fast-paced monopolization litigation. He also served on the Division-wide Discovery and Technology Working Group where he contributed to guidelines for all Division attorneys on various e-discovery topics.

Zach is an active participant in the American Antitrust Institute (AAI) and the Committee to Support the Antitrust Laws (COSAL). He regularly speaks and writes on antitrust and e-discovery issues.

**Daniel J. Walker—Shareholder**

Dan Walker is a Shareholder of the Firm, which he rejoined in July 2017 after serving three years in the Health Care Division at the Federal Trade Commission.

Mr. Walker investigates and litigates complex cases on behalf of consumers and workers against some of the largest and most powerful companies in the world. Mr. Walker has helped recover hundreds of millions of dollars on behalf of plaintiffs, including in *In re Loestrin 24 Fe Antitrust Litigation* (settlements totaling $120 million for purchasers of hormonal birth control pills), *In re Titanium Dioxide Antitrust Litigation* (settlements totaling $163.5 million for purchasers of titanium dioxide), *In re High Tech Employee Antitrust Litigation* (settlements totaling over $600 million for workers in the high tech industry), and *Castro v. Sanofi Pasteur Inc.* ($61.5 million settlement on behalf of pediatricians who purchased meningococcal vaccine). Mr. Walker was also a member of the trial team that successfully represented the Washington Mutual stockholders in a landmark bankruptcy court trial seeking to recover for losses sustained in the company's sudden bankruptcy.

While at the Federal Trade Commission, Mr. Walker investigated and litigated antitrust matters in the healthcare industry. In addition to leading various nonpublic investigations in the pharmaceutical and health information technology sectors, Mr. Walker litigated *Federal Trade Commission v. AbbVie Inc., et al.*, a case alleging that a brand pharmaceutical manufacturer engaged in sham patent litigation to delay generic competition, and *Federal Trade Commission v. Cephalon Inc.*, a "pay-for-delay" lawsuit over a brand pharmaceutical manufacturer's payment to four generic competitors in return for the generics' agreement to delay entry into the market. The Cephalon case settled shortly before trial for $1.2 billion—the largest equitable monetary relief ever secured by the Federal Trade Commission—as well as significant injunctive relief.
In addition, Mr. Walker has spoken frequently on antitrust issues involving workers, health care, and intellectual property.

Mr. Walker is a *magna cum laude* graduate of Amherst College and Cornell University Law School, where he was an Articles Editor for the Cornell Law Review. Before entering private practice, Mr. Walker clerked for the Honorable Richard C. Wesley of the United States Court of Appeals for the Second Circuit.

**Hope Brinn—Associate**

Hope Brinn is an Associate in the San Francisco office and practices in the Firm's Antitrust group. Hope represents purchasers in a variety of industries. She is a core part of the team litigating *Henry v. Brown University* (N.D. Ill.), a case alleging that seventeen elite universities colluded to artificially depress financial aid in violation of Section 1 of the Sherman Act. Hope and the team have thus far recovered $284 million on behalf of working- and middle-class financial aid recipients. Hope also serves as a Special Advisor to the ABA Commission on Disability Rights. Prior to starting at the Firm, Hope clerked for the Honorable Janet Bond Arterton in the United States District Court for the District of Connecticut.

Hope is a graduate of Swarthmore College, where she was a Lang Opportunity Scholar and Truman Scholar, and the University of Michigan Law School, where she was a Darrow Scholar. While at Michigan, she co-founded the Sexual Assault and Harassment Legal Advocacy Service, a group that trains and provides legal advocates in campus judicial proceedings to students who experienced sexual misconduct and was a co-president of the Disability Rights Organization. Hope was a Senior Editor for the *Michigan Law Review*, where she published a note on the intersection of qui tam laws and the Federal Arbitration Act, and the Executive Notes Editor for the *Michigan Journal of Race & the Law.*