# PROPOSED DAP LEADERSHIP

**Stephen M. Medlock**

**Vinson & Elkins LLP's Antitrust Practice.** Mr. Medlock is a partner in the antitrust practice group of Vinson & Elkins LLP. Vinson & Elkins' antitrust practice has been ranked by Chambers & Partners for antitrust cartel matters from 2018 to the present. The firm's antitrust practice has also been ranked by Global Competition Review and was recently recognized by LawDragon as "one of the most powerhouse [antitrust] practices going." *See* Matthew Heller, *Bigger than Texas: How Vinson & Elkins' Antitrust Practice Skyrocketed into a National Powerhouse*, LawDragon (July 22, 2024), https://shorturl.at/u0jp5.

**Northern District of Illinois Antitrust Experience.** Most of Mr. Medlock's professional career has focused on investigating and litigating allegations that competitors entered into agreements that harmed competition in violation of Section 1 of the Sherman Act. Mr. Medlock regularly litigates complex antitrust matters for plaintiffs and defendants, with a particular focus on litigating cases brought in the U.S. District Court for the Northern District of Illinois, including: *In re Broiler Chicken Antirust Litigation* (N.D. Ill.); *In re Turkey Antitrust Litigation* (N.D. Ill.); *Carbone v. Brown University, et al.* (N.D. Ill.); *Batton v. Compass, Inc., et al.* (N.D. Ill.); *In re Delta Dental Antitrust Litigation* (N.D. Ill.); and *In re MultiPlan Health Insurance Provider Litigation* (N.D. Ill.).

**Algorithmic Price-Fixing Experience.** Mr. Medlock is litigating multiple cases concerning allegations that defendants conspired to use a common methodology for calculating prices, including *In re RealPage, Inc. Rental Software Antitrust Litigation (II)* (M.D. Tenn.); *Duffy v. Yardi Systems, Inc.* (W.D. Wash.); and *Shewmaker v. Yardi Systems Inc.* (M.D. Ga.).

**Labor Antitrust Experience.** Mr. Medlock has litigated antitrust actions concerning conspiracies to under-compensate specialized employees. *See Jien v. Perdue Farms, Inc.* (D. Md.).

4858-0021-1938v.2

**Insurance and Healthcare Antitrust Experience.** Mr. Medlock has litigated antitrust cases concerning the healthcare and insurance sectors, including *Masimo Corp. v. Philips Electronics North America Corp.* (D. Del.) and *In re Delta Dental Antitrust Litig.* (N.D. Ill.).

**Other Section 1 Antitrust Litigation Experience.** Mr. Medlock has litigated claims brough under Section 1 of the Sherman Act in numerous other contexts. *See, e.g.*, *In re Chocolate Confectionary Antitrust Litig.* (M.D. Pa., 3d Cir.); *Gibson v. National Association of Realtors* (W.D. Mo.); *In re Shale Oil Antitrust Litig.* (D.N.M.); *JSW Steel USA, Inc. v. Nucor Corp.* (S.D. Tex.); and *X Corp. v. World Fed'n of Advertisers* (N.D. Tex.).

**Recognition.** Mr. Medlock is ranked as one of LawDragon's 500 Leading Litigators for 2025 and for antitrust class action defense by Legal 500. He is the co-chair of the Exemptions and Immunities Committee of the American Bar Association's Section of Antitrust Law. He is the co-editor of the Third Edition of the American Bar Association's treatise, *The Noerr-Pennington Doctrine*.

**Prior Investment in this Litigation.** Mr. Medlock is a part of the team that investigated, drafted, and filed the lead complaint in this action on behalf of Adventist Health System Sunbelt Healthcare Corporation. He has researched the conduct of MultiPlan and its co-conspirators since May 2023. He and the team at Vinson & Elkins LLP briefed motions to dismiss issues in *Adventist Health System Sunbelt Healthcare Corporation v. MultiPlan, Inc.* (S.D.N.Y.). He also argued this matter before the Judicial Panel on Multidistrict Litigation.





# Matthew M. Lavin
**Partner**

Phone: 202.677.4959

matt.lavin@agg.com

2100 Pennsylvania Ave. NW
Suite 350S
Washington, D.C. 20037

Matt is a Healthcare and Commercial Litigation partner in the firm's Washington, D.C. office. He leads one of the most aggressive and respected provider-side reimbursement practices in the country. Matt's cases are regularly reported on in *Becker's*, *Modern Healthcare*, *Bloomberg*, and other publications. Matt prides himself on being on the right side of healthcare, routinely taking on the big issues in high-stakes cases.

Matt has experience with practically every aspect of the healthcare industry including private and public payor relationships, reimbursement disputes, audits, third-party repricing and cost containment, marketing, financing, government relations, regulatory compliance, and licensing.

He has successfully resolved countless reimbursement disputes with payors such as Aetna, Anthem, AmeriHealth, Ambetter, Beacon, Centene, HealthNet, Humana, Cigna, UnitedHealthcare, HealthNet, Magellan, and many Blue Card Network plans. Matt also has expertise in suits against 'cost-containment' vendors, like MultiPlan, who egregiously underprice the value of out-of-network claims. He is skilled at addressing unjust overpayment demands, pre-payment reviews, and audits.

Matt is a lawyer who always puts his client's needs first and is often able to settle matters without litigation.

## Experience

- Represents physicians in cases against commercial and public payors in state and federal courts, nationwide.
- Represented multiple emergency medicine physician practices as plaintiffs in a civil RICO action against a major payor and MultiPlan.
- Represents hospital emergency medicine physician practices as plaintiffs against BCBS of Arizona in a case alleging unfair business practice and abuse of the No Surprises Act IDR process.
- Lead counsel for plaintiffs in two ERISA putative class actions in California federal courts against major payors who systematically underpay claims for certain services.
- Represented multiple behavioral health facilities in a $40M suit in federal court against BCBS Michigan for illegally underpaying thousands of patient claims, settling the matter favorably for plaintiffs.
- Represents Florida physicians and facilities in a $50M state court suit against Florida Blue for systematically denying claims.

## Representative MultiPlan Matters

- LD v. United Behavioral Health (N.D. Cal.)
- RJ v. Cigna Behavioral Health (N.D. Cal.)



Copyright © 2024. Arnall Golden Gregory LLP
All Rights Reserved.

1

- Emergency Physician Servs. of New York v. UnitedHealth Grp., Inc. (S.D.N.Y.)
- Pac. Recovery Sols. v. United Behav. Health (N.D. Cal.)
- Woman's Recovery Center, LLC v. Anthem Blue Cross Life and Health Ins. (C.D. Cal.)
- The Discovery House LLC v. Anthem (C.D. Cal.)
- The Discovery House LLC v. Cigna Corp. (C.D. Cal.)
- JMG Investments, Inc. v. Anthem Blue Cross Life and Health Ins. (C.D. Cal.)
- In re: Out of Network Substance Use Disorder Claims Against UnitedHealthcare (C.D. Cal.)
- TML Recovery, LLC v. Cigna Corp. (C.D. Cal.)
- Garrick Cox, MD LLC v. Aetna, Inc. (N.J. Super. Ct. Law Div.)
- Kayal Ortho. Ctr., P.C. v. United Healthcare Ins. (N.J. Super. Ct. Law Div.)
- Same Day Procedures, LLC v. Cigna Corp. (N.J. Super. Ct. Law Div.)

## Representative Matters Against Major Payors

- Ventura Recovery Center, Inc. v. Health Net, Inc. (C.D. Cal.)
- Cogent Healthcare of Arizona P.C. v. Blue Cross and Blue Shield of Arizona, Inc. (D. Ariz.)
- Ryan S. v. UnitedHealth Group, Inc. (C.D. Cal.)
- Bristol SL Holdings, Inc. v. Cigna Health & Life Ins. (C.D. Cal.)
- Malibu Behav. Health Servs. Inc. v. CareFirst of Maryland, Inc. (D. Md.)
- Meridian Treatment Servs. v. United Behav. Health (N.D. Cal.)
- Est. of Charles T. Close v. Cigna Health & Life Ins. (S.D.N.Y.)
- Malibu Behav. Health Servs. Inc. v. Magellan Healthcare, Inc. (C.D. Cal.)

## Education

- Tulane University, Juris Doctor
- New York University, Bachelor of Arts

## Bar Admissions

- District of Columbia

## Court Admissions

- United States District Court for the District of Columbia
- United States District Court for the Western District of Michigan
- United States District Court for Western District of New York
- United States District Court for the Western District of Wisconsin
- United States Court of Appeals for the District of Columbia Circuit
- United States Court of Appeals for the Ninth Circuit

## News

- AGG Secures Favorable Settlement for Estate of Renowned Artist Chuck Close in ERISA Dispute With Cigna, July 24, 2024, Law360

Copyright © 2024. Arnall Golden Gregory LLP
All Rights Reserved.

- Matt Lavin Quoted in Law360 Article Titled "Rehab Clinics Add to MultiPlan Insurance Fixing Pile-On", June 10, 2024, Law360
- Matt Lavin Quoted in Law360 Article Discussing Recent ERISA Decisions, December 8, 2023, Law360
- AGG Welcomes Former HHS Acting General Counsel Brian Stimson to Its Growing D.C. Office, October 10, 2023, Arnall Golden Gregory LLP
- Matt Lavin Quoted in Law360 Article Discussing Reprocessing of Claims in United Behavioral Health Class Action, August 25, 2023, Law360
- Matt Lavin Quoted in Law360 Article Discussing Petition for Rehearing in Wit v. United Behavioral Health, June 30, 2023, Law360
- Matt Lavin Quoted in Law360 Article Discussing Wit v. United Behavioral Health, June 14, 2023, Law360
- Matt Lavin Quoted in Law360 Article Titled "Billing Contractor Must Fork Over Docs in Surprise-Billing Suit", December 2, 2022, Law360
- AGG's Growing Healthcare Litigation Practice Highlighted in Legal Media, October 17, 2022, The Daily Report
- Matt Lavin Discusses Cross-Office Collaboration in The Daily Report, October 7, 2022, The Daily Report
- Matt Lavin Quoted in Law360 Article Titled "5 Parity Cases Benefits Lawyers Should Watch", September 23, 2022, Law360
- Matt Lavin Quoted in Law360 Article Titled "United Sanctioned for Late Evidence in Surprise Billing Suit", September 21, 2022, Law360
- Matt Lavin Quoted in Law360 Article Titled "Cigna, MultiPlan Must Face RICO Claims in ERISA Row", September 6, 2022, Law360
- Matt Lavin Quoted in Law360 Article Titled "9th Circ. Revives $8.6M Reimbursement Suit Against Cigna", January 18, 2022, Law360
- AGG Adds High-Stakes Litigator, Prominent Healthcare Attorney to its Washington, D.C., Office, September 13, 2021, Arnall Golden Gregory LLP

## Publications

- The Mental Health Matters Act Advances in the House, October 12, 2022, Arnall Golden Gregory LLP
- Ninth Circuit Sides With Plaintiff, Reviving $8.6M Reimbursement Suit, January 26, 2022, Arnall Golden Gregory LLP
- Federal Court Sides with Plaintiffs on Motion to Dismiss $40+ Million Dollar Suit for Unpaid and Underpaid Claims, October 5, 2021, Arnall Golden Gregory LLP

## Events

- Matt Lavin Participating on Commercial Payor Disputes and No Surprises Act Panel at the Advanced Health Law Seminar, November 1, 2024
- How MultiPlan Colludes with Payors to Cut Reimbursement Rates for Out-of-Network Providers, June 6, 2024
- Matt Lavin to Join Rehab Owners Community for Monthly Masterminds Call on Understanding Payor Behavior, March 14, 2023
- Matt Lavin Participating on Managed Care Litigation Panel Hosted by Atlanta Bar Association, January 20, 2023, Ansley Golf Club



## NAPOLI SHKOLNIK

Napoli Shkolnik is a nationally recognized law firm that has built an impressive track record by bringing a client-focused approach to complex, often large-scale litigation, largely in the areas of mass torts, environmental law, antitrust, civil rights, product liability and pharmaceutical and commercial litigation. The firm demonstrates its strength through our national court-appointed leadership roles in numerous historic and landmark cases, that we have the financial, legal, human, intellectual, and technological resources to successfully pursue and obtain substantial results.

**Hunter J. Shkolnik, Senior Partner**

Hunter J. Shkolnik is an dedicated attorney who leads the firm's complex litigation department in the areas of significant antitrust, environmental, pharmaceutical drug, aviation-related, and product liability litigation. He is currently serving as a leader or court-appointed representative on Plaintiff Executive Commitee and Plaintiff Steering Committees in various complex mass torts including the Opioids and Flint Water litigation. Additionally, he has held officer positions in numerous trial lawyer, bar association and committee chair positions. Further, Hunter is a founding board member and Vice President of the Trial Lawyers of Puerto Rico (TLPR), a trade association bringing together top trial lawyers to share expertise, build partnerships, and to add value to the local Puerto Rico community. Mr. Shkolnik has lectured and organized seminars on numerous issues over the last 30 years. He is a legal and political news analyst with extensive experience in areas such as civil and criminal law.

**Napoli Shkolnik Representative Cases**

<u>Antitrust Litigation</u>

*MDL 2724 In Re: Generic Pharmaceuticals Pricing Antitrust Litigation*: Counsel for 40 self-funded government units and private payers prosecuting state and federal antitrust and unjust enrichment claims against manufacturers of generic pharmaceuticals for price fixing and anticompetitive acts in the generic drug industry.

*Ya Mon Expeditions, LLC, et al v. Allied Marine, Inc., 24-20805 (S.D. Florida)*: member of the Plaintiffs' Executive Committee for class action plaintiffs in the antitrust litigation against International Yacht Brokers Association, brokerage firms and others based on the conspiracy to inflate broker commissions in violation of federal antitrust laws.

*Insignia Systems, Inc. v. News Corporation, et al., 19-1820 (D. Minn.):* Co-lead counsel for Plaintiff prosecuting state and federal antitrust, tortious interference and injunctive relief claims against News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C. in light of their anticompetitive acts in the third-party in-store advertising and promotion products and services market.

<u>Healthcare Industry Disputes</u>

*Insulin Pricing Litigation (D.N.J. MDL 3080)*
Member of Plaintiffs' Executive Committee of the self-funded payer track prosecuting RICO, fraud, unjust enrichment, and consumer protection claims against PBMs and manufacturers.

*National Prescription Opiate Litig. (N.D. Ohio MDL 2804)*
Member of Plaintiffs' Executive Committee and Settlement Committee in multidistrict litigation prosecuting public nuisance and related claims on behalf of local governments against PBMs, manufacturers, distributors, and pharmacies. More than $51 billion in settlements to date.

# SeegerWeiss LLP

One of the preeminent trial law firms in the nation, Seeger Weiss is best known for its landmark verdicts and settlements in multidistrict litigation on behalf of consumers, veterans, athletes, farmers, municipalities, counties, and other injured parties. Since its founding in 1999, the firm has led and tried some of the most complex and high-profile litigations in the nation, including multiple bellwether trials, in both state and federal courts.

### Christopher Seeger, Managing Partner
Mr. Seeger is widely recognized as a highly innovative and accomplished plaintiff attorney known for his leadership of multidistrict litigations. Mr. Seeger's versatile practice includes product liability, antitrust, and consumer fraud, including serving as co-counsel and settlement counsel to some of the largest opt outs in the *Broiler Chicken*, *Turkey*, *Cattle and Beef*, and *Pork* antitrust cases. As lead counsel appointed by Judge Flowers Conti in *Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Litigation*, Mr. Seeger negotiated an uncapped class action settlement worth at least $479 million and additional resolutions of personal injury claims for $1.075 billion and medical monitoring claims for $25 million. Mr. Seeger's track record also includes a settlement worth over $6 billion in the *3M Combat Arms Earplug Litigation*, a $21 billion-plus settlement with Volkswagen and Audi over the "clean diesel" scandal, a $1 billion-plus uncapped settlement for retired NFL players and their families in the historic NFL concussion case, and more than $50 billion in settlements in the *National Prescription Opiate Litigation*.

Mr. Seeger is an elected member of the American Law Institute, and a Fellow of the International Society of Barristers. The Chambers guide has ranked Mr. Seeger as a Band 1 lawyer. The National Law Journal has called him a "trailblazer and pioneer" who has "changed the practice of litigation." Mr. Seeger is also a member of the Bolch Judicial Institute's Leadership Council at Duke University School of Law, as well as a member of the Board of Advisors of the Center on Civil Justice at NYU School of Law.

### Jennifer Scullion, Partner
Seeger Weiss partner Jennifer Scullion has more than twenty-five years of experience in class actions and complex litigation (on both the plaintiff and defense side), including in the *Apple Smartphone Antitrust Litigation*, *Broiler Chicken*, *Turkey*, *Cattle and Beef*, and *Pork* antitrust cases, *Copaxone Antitrust Litigation*, *Fragrance Direct Purchaser Antitrust Litigation*, *Liquid Aluminum Sulfate Antitrust Litigation*, *Change Healthcare Litigation*, *National*

*Prescription Opiates Litigation*, *Garber v. Office of the Commissioner of Baseball*, and *Deutscher Tennis Bund v. ATP Tour, Inc*. Ms. Scullion has extensive trial experience, including as co-trial counsel that secured a favorable jury verdict on federal antitrust claims. Ms. Scullion also has been an invited speaker by the the the American Antitrust Institute, the American Bar Association, the American Association for Justice, the Bolch Judicial Institute of Duke University, and the Antonin Scalia Law School. Ms. Scullion also is a member of the Executive Committee of the Committee to Support the Antitrust Laws (COSAL), the nation's premier advocacy organization representing antitrust lawyers, for which she also serves as the Co-Chair of the State Attorney General Liaison Committee and a member of the Amicus Briefing Committee and has authored an amicus brief.

## Seeger Weiss Representative Cases

### Antitrust

*Broiler Chicken Antitrust Litig.* (N.D. Ill.)

Co-Counsel in antitrust action concerning major opt out claims.

*Turkey Antitrust Litig.* (N.D. Ill.)

Co-Counsel in antitrust action concerning major opt out claims.

*Cattle and Beef Antitrust Litig.* (D. Minn.)

Co-Counsel in antitrust action concerning major opt out claims.

*Pork Antitrust Litig.* (D. Minn.)

Co-Counsel in antitrust action concerning major opt out claims.

*Copaxone Antitrust Litig.* (D.N.J.)

Liaison Counsel in antitrust class action on behalf of third-party payors.

*Fragrance Direct Purchaser Antitrust Litig.* (D.N.J.)

Co-Counsel in antitrust class action on behalf of direct commercial purchasers.

*Liquid Aluminum Sulfate Antitrust Litig.* (D.N.J. MDL 2687)

Plaintiffs' Steering Committee member in antitrust class action on behalf of water treatment chemical purchasers. $33 million settlement.

*Polyurethane Foam Antitrust Litig.* (N.D. Ohio MDL 2196)
Executive Committee member in antitrust class action on behalf of direct purchasers. Approximately $428 million settlement.

### Healthcare Industry Disputes

*Insulin Pricing Litigation* (D.N.J. MDL 3080)
Co-lead counsel of the self-funded payer track prosecuting RICO, fraud, unjust enrichment, and consumer protection claims against PBMs and manufacturers.

*State of Arizona v. Optum Incorporated et al.* (D.N.J.)
Co-counsel prosecuting RICO, fraud, unjust enrichment, and consumer protection claims against PBMs.

*Change Healthcare Data Security Breach Litig.* (D. Minn. MDL 3108)
Co-Counsel to proposed Class Representatives in cyber security breach impacting claims and payment processing for healthcare practices nationwide.

*Am. Medical Collection Agency Data Security Breach Litig.* (D.N.J. MDL 2904)
Co-lead counsel (Quest Track) in consumer data privacy class action.

*HealthEC Data Breach* (D.N.J.)
Executive Committee in consumer data class action on behalf of 4.5 million patients.

*HealthEC Data Breach* (D.N.J.)
Executive Committee in consumer data class action on behalf of 4.5 million patients.

*National Prescription Opiate Litig.* (N.D. Ohio MDL 2804)
Member of Plaintiffs' Executive Committee, Settlement Committee, and Law & Briefing Committee in multidistrict litigation prosecuting public nuisance and related claims on behalf of local governments against PBMs, manufacturers, distributors, and pharmacies. More than $51 billion in settlements to date.