### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates to:<br><br>*Peak Chiropractic Health and Wellness LLC v. Multiplan, Inc.*, No. 1:24-cv-6284<br><br>*First Responders Wellness Center LLC v. Multiplan, Inc.*, No. 1:24-cv-6825<br><br>*Advanced Orthopedic Center, Inc. v. Multiplan, Inc. et al.*, No. 1-24-cv-7177<br><br>*Curtis F. Robinson, M.D., Inc. v. Multiplan, Inc. et al.*, No. 1:24-cv-6802 | Case No. 1:24-cv-6795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly<br><br>Motion to Withdraw Patrick F. Madden as Counsel for Plaintiffs Peak Chiropractic Health and Wellness LLC and First Responders Wellness Center LLC and Amend *Pro Hac Vice* Appearance to Appear for Plaintiff Advanced Orthopedic Center, Inc. |

Pursuant to Local Rule 83.17, the undersigned, Patrick F. Madden (and the undersigned's law firm), moves to withdraw as counsel for plaintiffs Peak Chiropractic Health and Wellness LLC ("Peak") and First Responders Wellness Center LLC ("FRWC"), and amend Mr. Madden's admission *pro hac vice* to appear for plaintiff Advanced Orthopedic Center, Inc. ("Advanced Orthopedic Center").

1.      On July 24, 2024, Berger Montague PC ("Berger"), along with co-counsel from five other law firms,[1] filed a class action complaint on behalf of plaintiff Peak. *See* No. 1:24-cv-6284 (N.D. Ill.). On August 5, 2024, Berger and the same five law firms filed a class action complaint on behalf of plaintiff FRWC. *See* No. 1:24-cv-6825 (N.D. Ill.).

---

[1] Foote, Mielke, Chavez & O'Neil, LLC; Garwin Gerstein & Fisher LLP; Odom & Des Roches LLC; Smith Segura Raphael & Leger LLP; and Wiggins Childs Pantazis Fisher & Goldfarb LLC.

2.      In preparation for appearing at the Court's case management conference on August 29, 2024, the undersigned filed a motion to appear *pro hac vice* on behalf of plaintiffs Peak and FRWC. *See In re: MultiPlan Health Insurance Provider Litigation,* No. 1:24-cv-6795, ECF No. 62 (N.D. Ill. Aug. 28, 2024). The Court granted that motion. *Id.* at ECF No. 98 (N.D. Ill. Aug. 29, 2024).

3.      Following the August 29 conference, Berger and co-counsel at the five other law firms representing the Peak and FRWC plaintiffs continued their ongoing discussion concerning the optimal approach to leadership in this litigation. Berger and co-counsel at the five other law firms had a difference of opinion on the most efficient leadership of the case.

4.      On August 30, 2024, Berger provided notice to their Peak and FRWC co-counsel that Berger would be moving for appointment as interim co-lead counsel with Susman Godfrey and Edelson on behalf of those firms' clients, plaintiffs Advanced Orthopedic Center and Curtis F. Robinson, M.D., Inc. (d/b/a Panoramic Medicine). My colleagues Eric L. Cramer, Zachary D. Caplan, Hope Brinn, David F. Sorensen, and Daniel Walker subsequently submitted *pro hac vice* applications to appear on behalf of Advanced Orthopedic Center on September 5, which the Court granted. *Id.* at ECF No. 113 (N.D. Ill. Sept. 6, 2024).

5.      The Susman, Edelson, and Berger leadership application filed on September 9 makes clear that it is on behalf of Advanced Orthopedic Center and Panoramic Medicine only. *See id.*, ECF No. 117 (Susman/Edelson/Berger leadership application) at 1, 15.

6.      At all times, the Peak and FRWC plaintiffs have been represented by competent counsel at Foote, Mielke, Chavez & O'Neil, LLC; Garwin Gerstein & Fisher LLP; Odom & Des Roches LLC; Smith Segura Raphael & Leger LLP; and Wiggins Childs Pantazis Fisher & Goldfarb LLC. Two of those firms (Foote and Garwin) have moved for appointment to a six-firm

Plaintiffs' Steering Committee as part of the twenty-five law firm proposed interim counsel group co-led by Burns Charest LLP, Lockridge Grindal Nauen PLLP, and Scott+Scott Attorneys At Law LLP. *See id.*, ECF No. 120 (Burns/Lockridge/Scott leadership application).

7.     The Peak and FRWC plaintiffs continue to be represented by counsel at, *inter alia*, Garwin Gerstein & Fisher LLP and Foote, Mielke, Chavez & O'Neil, LLC.

8.     Trial is not yet scheduled in this matter and granting this motion will not prejudice any party or cause any undue delay.

WHEREFORE, the undersigned attorney, Patrick F. Madden, respectfully requests that this Court grant the foregoing Motion to Withdraw as Counsel for Plaintiffs Peak Chiropractic Health and Wellness LLC and First Responders Wellness Center LLC and Amend Mr. Madden's *Pro Hac Vice* Appearance to Appear for Plaintiff Advanced Orthopedic Center, Inc.

Dated: September 13, 2024

Respectfully submitted,

By: /s/ *Patrick F. Madden*
Patrick F. Madden
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3035
pmadden@bm.net

3

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Withdraw Patrick F. Madden as Counsel for Plaintiffs Peak Chiropractic Health and Wellness LLC and First Responders Wellness Center LLC and Amend *Pro Hac Vice* Appearance to Appear for Plaintiff Advanced Orthopedic Center, Inc. was served on September 13, 2024, via the United States District Court for the Northern District of Illinois's ECF system, to all counsel of record who have enrolled in this ECF system.

/s/ *Patrick F. Madden*

4