UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Multiplan Health Insurance Provider
Litigation, et al.

Plaintiff,

v.

Case No.: 1:24−cv−06795
Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 14, 2024:

MINUTE entry before the Honorable Matthew F. Kennelly: Attorney Patrick F. Madden's motion to withdraw and amend his appearances [131] is granted. The Court notes, however, that per the docket the only actual *appearance* that Mr. Madden has filed (as opposed to a *motion for leave to appear* pro hac vice) is for plaintiff Peak Chiropractic Health and Wellness LLC. The Court has caused that appearance to be withdrawn as requested in the motion. Mr. Madden will have to file an actual appearance for plaintiff Advanced Orthopedic Center, Inc. in order to be shown on the docket as appearing for that party. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.