**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| *In re Multiplan Health Insurance Provider Litigation*<br><br>This Document Relates To:<br><br>Alter Management LLC d.b.a. Alter Behavioral Health, Awakening Behavioral Health d.b.a. Renaissance Ranch Treatment Centers, Guardian Health Care Services, Inc. d.b.a. D'Amore Healthcare and PCI Westlake Centers v. MultiPlan, Inc., et al., 24-cv-08007 | No. 1:24-cv-06795<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFF GUARDIAN HEALTH CARE SERVICES, INC. D.B.A. D'AMORE HEALTHCARE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Guardian Health Care Services, Inc. d.b.a. D'Amore Healthcare, by and through its undersigned counsel, hereby makes the following disclosure statement:

Plaintiff Guardian Health Care Services, Inc. d.b.a. D'Amore Healthcare, does not have any parent corporations, and no publicly-held corporation or affiliate owns 5% or more of the party's stock.

Dated: September 20, 2024      **Arnall Golden Gregory LLP**

*/s/ Matthew M. Lavin*
Matthew M. Lavin

Matthew M. Lavin (Admitted Pro Hac Vice)
Arnall Golden Gregory LLP
2100 Pennsylvania Ave., N.W., Suite 350S
Washington, D.C. 20037
Tel: (202) 677-4030
Fax: (202) 677-4031
Matt.Lavin@agg.com

1

**Napoli Shkolnik**

Hunter Shkolnik

Hunter Shkolnik
NS PR Law Services, LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Tel: (787) 493-5088
Fax: (646) 843-7603
Hunter@NSPRLaw.com

**Seeger Weiss LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger

Christopher A. Seeger
Jennifer R. Scullion
Seeger Weiss LLP
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel: (973) 639-9100
Fax: (973) 679-8656
cseeger@seegerweiss.com
jscullion@seegerweiss.com

*Attorneys for Plaintiffs and the Proposed Class*

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on September 20, 2024, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

<i>/s/ Hunter J. Shkolnik</i>