UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Multiplan Health Insurance Provider
Litigation, et al.
　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:24−cv−06795
　　　　　　　　　　　　　　　　　　　　　Honorable Matthew F.
　　　　　　　　　　　　　　　　　　　　　Kennelly

Multiplan, Inc., et al.
　　　　　　　　　　　　　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2024:

　　　　MINUTE entry before the Honorable Matthew F. Kennelly: In person status and motion hearings held on 9/23/2024. Oral arguments heard and ruling made on the Plaintiffs' motions to Appoint Interim Co−Lead Counsel [117] [118][119] [120]. Motion by plaintiffs Advanced Orthopedic Center, Inc., Curtis F. Robinson M.D Inc.'s Motion to Appoint Interim Co−Lead Counsel [117] is granted. In addition the joint application for appointment of a DAP executive committee (etc.) [118] Is granted. Attorney Christopher Seeger will serve in the role of overall coordinating counsel on plaintiffs' side for the litigation as a whole. The other motions to Appoint Interim Co−Lead Counsel [119] and [120] are denied. Counsel are directed to file proposed orders for both appointments on the docket and are to also send Word versions of the proposed orders to Judge Kennelly's proposed order email address by 9/27/2024. Though not discussed in court both proposed orders are to include a provision requiring annual reappointment for leadership positions and co−lead interim class counsel. Any objections to the proposed orders are to be filed by 10/2/2024. In person status hearing is set for 10/25/2024 at 11:00 a.m. The hearing will be held in Courtroom 2103. Any counsel who is not attending the 10/25/2024 hearing but wish to listen may do so via telephone by calling 650−479−3207, access code 2305−915−8729. No person listening in by telephone will be permitted to speak; the call−in option is for listening only. An in−person appearance will be required for any attorney or other person who wishes to be heard. The parties are directed to file a joint status report including a proposed agenda by 10/18/2024. The joint status report should include a joint or separate proposals regarding scheduling of motions; discovery; and pretrial practice. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.