UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795<br>MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

**CASE MANAGEMENT ORDER NO. 5**
**(time and expense reporting by class counsel)**

The Court hereby **ORDERS** that Interim Co-Lead Class Counsel ("Class Counsel"), to efficiently manage and direct the prosecution of this case, adhere to the following protocol with respect to time and expense reporting:

A.  **Regularity of Time and Expense Reporting**

Class Counsel shall maintain adequate and contemporaneous time and expense records for work performed in connection with this case. Class Counsel shall develop a standardized form for collection and submission of time and expense reports. Within two weeks of the end of every quarter, Class Counsel shall collect the time and expense reports from any law firms authorized to perform work on behalf of the proposed Class in this litigation from the previous quarter, to be evaluated for adherence to the guidelines described herein. At the Court's request, Class Counsel shall make summaries of such time and expense records by timekeeper and law firm available for in camera review.

1

B. **Guidelines for Reporting Counsel**

To reduce inefficiency and duplication of effort, enhance transparency, and preserve the best interests of the proposed Class, Class Counsel shall require adherence to the following guidelines with respect to reporting time and expenses:

a) Time shall be reported in tenths of an hour.

b) Time reports shall record tasks with the specific amount of time for each task described, and shall not include "block billing," *i.e.*, reporting of an undifferentiated total of time aggregating work across multiple unrelated tasks.

c) Time shall not be submitted, nor compensated if included in any fee petition, for the following:

   i. work not performed at the request or under the direction of Class Counsel;

   ii. duplication of efforts within a firm;

   iii. time spent preparing time and expense reports; or

   iv. routine clerical tasks, such as file maintenance by paralegals and clerical staff, and secretarial time.

d) Expense reports shall itemize out-of-pocket, case-related expenses, and provide sufficient description and detail to identify the expense and its relation to the case.

e) Expense reports shall not include routine office supplies or overhead.

f) No surcharges should be reflected in or applied to any expenses, including telephone, faxes, and copying.

g) Travel expenses must be reasonable and consistent with the interest of the proposed Class and Class Counsel will audit to ensure reasonableness. Travel expenses shall follow these guidelines:

    i. Flights shall be submitted at coach class rates.

    ii. For overnight travel, counsel shall select reasonable lodging and restaurants.

    iii. Per diem expenses for travel should not exceed $100 per person per day, exclusive of lodging and transportation.

**IT IS SO ORDERED.**

Dated: Nov. 4, 2024

_____
Hon. Matthew F. Kennelly