UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

## MOTION FOR WITHDRAWAL

Plaintiff Curtis F. Robinson M.D., Inc. ("Moving Plaintiff") respectfully moves the Court pursuant to LR 83.17 for an order authorizing the withdrawal of Julian Zhu as counsel of record in the matter *Multiplan Health Insurance Provider Litigation*, Case No. 1:24-cv-06795. In support of this Motion, Moving Plaintiff state the following:

1. Julian Zhu has been counsel of record for the Moving Plaintiff in this proceeding.

2. Julian Zhu is no longer associated with Edelson PC.

3. The withdrawal of Julian Zhu as counsel of record will not delay proceedings or prejudice Moving Plaintiff. Other counsel from Edelson PC continue to represent Plaintiff.

WHEREFORE, Moving Plaintiff respectfully request an order authorizing the withdrawal of attorney Julian Zhu as counsel of record, in connection with this proceeding.

Dated: December 3, 2024

Respectfully submitted,

*/s/      Natasha J. Fernández-Silber*
**EDELSON PC**
Natasha J. Fernández-Silber* (*pro hac vice*)
nfernandezsilber@edelson.com
350 North LaSalle Street, 14th Floor

1

Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted in New York and Michigan

Yaman Salahi
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300
Fax: (415) 373-9435

*Interim Co-Lead Class Counsel*

2