UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:24-cv-06795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

# [PROPOSED] CASE MANAGEMENT ORDER NO. __
# INITIAL DISCLOSURES FOR RECENTLY-SERVED DEFENDANTS

As discussed at the November 26, 2024, Status Hearing, Plaintiffs' and Defendants' counsel have met and conferred regarding the deadline for initial disclosures under Federal Rule of Civil Procedure 26(a), and agree that Defendants who first received or will receive service of summons in any action in this Litigation after October 17, 2024, shall have until 60 days following the date of such service to provide their initial disclosures to Plaintiffs. The Plaintiff or Plaintiffs who initially served or will serve any such Defendant will provide them with a copy of this Order.

All other Defendants named in the Consolidated Amended Class Complaint or any Short-Form Complaint, proposed Class representatives named in the Consolidated Amended Class Complaint, and all Direct Action Plaintiffs shall serve their initial disclosures consistent with Case Management Order No. 4 (ECF No. 161).

**SO ORDERED.**

Dated: _____          _____
                                       Hon. Matthew F. Kennelly