UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795<br>MDL No. 3121 |
| This Document Relates To:<br><br>ALL ACTIONS | Hon. Matthew F. Kennelly |

## CASE MANAGEMENT ORDER NO. 8 - ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

Pursuant to the Court's Minute Entry dated November 26, 2024 (ECF No. 181), Plaintiffs' and Defendants' counsel have met and conferred regarding the page limits ordered by the Court for motion to dismiss briefing—80 pages for both opening and response briefs, and 40 pages for reply briefs—and agree to divide the page limits as follows. The Parties are providing page ranges because the drafting of the motions to dismiss is ongoing, and it is not precisely clear at this time exactly how much space will be devoted to each complaint. Opposition page limits will be equal to the length of the motion to dismiss for each complaint. And the page limits for the reply briefs shall be half of the length of the corresponding motion to dismiss, rounded to the nearest whole number.

| | Consolidated Class Action Complaint | Consolidated Master DAP Complaint |
|---|---|---|
| Motion to Dismiss | 35-40 pages | 40-45 pages |
| Opposition to Motion to Dismiss | 35-40 pages | 40-45 pages |
| Reply in Support of Motion to Dismiss | 18-20 pages | 20-22 pages |

**SO ORDERED.**

Dated: 12/11/2024

_____
Hon. Matthew F. Kennelly