**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-6795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| 1:24-cv-7177 1:24-cv-6802 | |

## DEFENDANTS' JOINT MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants MultiPlan, Inc., MultiPlan Corporation, National Care Network, LLC, Viant Payment Systems, Inc., Viant, Inc., Aetna, Inc., Blue Shield of California Life & Health Insurance Company, Blue Cross Blue Shield of Michigan Mutual Insurance Company, The Cigna Group, Elevance Health, Inc., Health Care Service Corporation, Highmark Inc., Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey), and UnitedHealth Group Inc. (collectively "Defendants") hereby move this Court to dismiss Plaintiffs' Consolidated Class Action Complaint with prejudice. In support of this Motion, Defendants concurrently submit a Memorandum of Law in Support and the Declaration of Sadik Huseny with attached exhibits.

Dated:  January 16, 2025

Respectfully Submitted,

/s/  Sadik Huseny
Sadik Huseny (*pro hac vice*)
**LATHAM & WATKINS LLP**
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
sadik.huseny@lw.com

Gary Feinerman (IL Bar No. 6206906)
**LATHAM & WATKINS LLP**
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com

Lawrence E. Buterman (*pro hac vice*)
Katherine A. Rocco (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com
katherine.rocco@lw.com

Anna M. Rathbun (*pro hac vice*)
Graham B. Haviland (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
anna.rathbun@lw.com
graham.haviland@lw.com

Craig Lewis Caesar (IL Bar. No 3121593)
**PHELPS DUNBAR LLP**
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 584-9272
craig.caesar@phelps.com

/s/  E. Desmond Hogan (w/ consent)
E. Desmond Hogan
Justin W. Bernick
W. David Maxwell (*pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
desmond.hogan@hoanlovells.com
justin.bernick@hoganlovells.com
david.maxwell@hoganlovells.com

Jordan D. Teti
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
jordan.teti@hoganlovells.com

*Attorneys for Defendants Elevance Health, Inc.;
Horizon Health Services, Inc. (Horizon Blue
Cross and Blue Shield of New Jersey)*

/s/  Daniel R. Campbell (w/ consent)
Daniel R. Campbell
Emilie E. O'Toole
**MCDERMOTT, WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 984-7782
dcampbell@mwe.com
eotoole@mwe.com

Joshua B. Simon (*pro hac vice*)
Warren Haskel (*pro hac vice*)
Dmitriy G. Tishyevich (*pro hac vice*)
Caroline Incledon (*pro hac vice*)
Chelsea Edith Rae Cosillos (*pro hac vice*)
**MCDERMOTT, WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5444
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com

2

Errol J. King (*pro hac vice*)
Katherine Mannino (*pro hac vice*)
**PHELPS DUNBAR LLP**
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Telephone: (225) 376-0279
errol.king@phelps.com
katie.manino@phelps.com

*Attorneys for Defendants MultiPlan, Inc.;*
*MultiPlan Corporation; National Care*
*Network, LLC; Viant Payment Systems, Inc.;*
*and Viant, Inc.*

/s/  *Katherine A. Trefz (w/ consent)*
Jonathan B. Pitt
Katherine A. Trefz
Feyilana Lawoyin
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
jpitt@wc.com
ktrefz@wc.com
flawoyin@wc.com

*Attorneys for Defendant Aetna Inc.*

/s/  *Scott Jared Fisher (w/ consent)*
Scott Jared Fisher
Eric Y. Choi
**NEAL, GERBER & EISENBERG**
Two North LaSalle Street, Suite 1700
Chicago, IL 60602
Telephone: (312) 269-8035
sfisher@nge.com
echoi@nge.com

Rachel S. Brass (*pro hac vice*)
Henry H. Cornillie
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8293
rbrass@gibsondunn.com
hcornillie@gibsondunn.com

cincledon@mwe.com
ccosillos@mwe.com

*Attorneys for Defendant The Cigna Group*

/s/  *Brian P. Kavanaugh (w/ consent)*
Brian P. Kavanaugh
Scott D. Stein
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
bkavanaugh@sidley.com
sstein@sidley.com

*Attorneys for Defendant Health Care Service*
*Corporation*

/s/ *Todd M. Stenerson (w/ consent)*
Todd M. Stenerson
**ALLEN OVERY SHEARMAN STERLING**
**US LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 508-8093
todd.stenerson@aoshearman.com

Richard Franklin Schwed (*pro hac vice*)
**ALLEN OVERY SHEARMAN STERLING**
**US LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@aoshearman.com

Samuel W. Cooper (*pro hac vice*)
**ALLEN OVERY SHEARMAN STERLING**
**US LLP**
800 Capitol Street, Suite 2200
Houston, TX 77002
Telephone: (713) 354-4838
samuel.cooper@aoshearman.com

*Attorneys for Defendant Blue Cross Blue Shield*
*of Michigan Mutual Insurance Company*

3

Joshua Lipton (*pro hac vice*)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
jlipton@gibsondunn.com
klimarzi@gibsondunn.com

Heather L. Richardson (pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
hrichardson@gibsondunn.com
*Attorneys for Defendant UnitedHealth
Group, Inc.*

*/s/ Stephen D. Libowsky (w/ consent)*
Stephen D. Libowsky (IL Bar No. 6187081)
Rebecca A. Finkel (IL Bar No. 6317199)
**MANATT, PHELPS & PHILLIPS, LLP**
151 North Franklin Street
Chicago, Illinois 60606
Telephone: (312) 529-6300
slibowsky@manatt.com
rfinkel@manatt.com

Gregory N. Pimstone (*pro hac vice*)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
gpimstone@manatt.com

*Attorneys for Defendant Blue Shield of
California Life & Health Insurance Company*

*/s/ William J. Sheridan (w/ consent)*
William J. Sheridan (*pro hac vice*)
Courtney Bedell Averbach (*pro hac vice*)
Leah E. Hungerman (*pro hac vice*)
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

*Attorneys for Defendant Highmark Inc.*

## CERTIFICATE OF SERVICE

I, Sadik Huseny, hereby certify that on this 16th day of January, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to all filing users.

/s/ *Sadik Huseny*
Sadik Huseny