UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>1:24-cv-7177<br>1:24-cv-6802 | Case No. 1:24-cv-6795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

## DECLARATION OF SADIK HUSENY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Sadik Huseny, declare as follows:

1. I am a partner with the law firm Latham & Watkins LLP, attorneys for Defendants MultiPlan, Inc., MultiPlan Corporation, Viant, Inc., Viant Payment Systems, Inc., and National Care Network, LLC in connection with this action. I submit this Declaration in support of Defendants' Joint Motion to Dismiss the Consolidated Class Action Complaint in the above captioned matter.

2. Attached as **Exhibit A** to this Declaration is a true and correct copy of the Order Sustaining Multiplan Defendants' Demurrer to Plaintiff's First Amended Complaint, *VHS Liq. Trust v. MultiPlan Corp.*, No. CGC-21-594966 (Cal. Super. Ct. Aug. 9, 2024).

3. Attached as **Exhibit B** to this Declaration is a true and correct copy of a report titled "An Analysis of Reasonable and Customary Out-of-Network Reimbursement Rates," by the Office of the N.Y. State Comptroller, dated April 2020.

4. Attached as **Exhibit C** to this Declaration is a true and correct copy of a MultiPlan document titled "A Better Reference for Pricing," dated August 2019.

1

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was made this 16th day of January 2025.

<u>/s/ Sadik Huseny</u>
Sadik Huseny
of Latham & Watkins LLP

*Counsel for Defendants MultiPlan, Inc.; MultiPlan Corporation; Viant, Inc.; Viant Payment Systems, Inc.; and National Care Network, LLC*