UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT ACTIONS | Case No. 1:24-cv-6795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**DEFENDANTS' JOINT MOTION TO DISMISS
THE CONSOLIDATED MASTER DIRECT ACTION PLAINTIFF COMPLAINT AND
DIRECT ACTION PLAINTIFFS' SHORT-FORM COMPLAINTS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants MultiPlan, Inc., MultiPlan Corporation, National Care Network, LLC, Viant Payment Systems, Inc., Viant, Inc., Medical Audit & Review Solutions, Inc., Aetna, Inc., Allied National, LLC, Benefit Plan Administrators of Eau Claire, LLC, Blue Cross and Blue Shield of Massachusetts, Inc., Blue Shield of California Life & Health Insurance Company, CareFirst, Inc., Central States Southeast and Southwest Areas Health and Welfare Fund, Aware Integrated, Inc., BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota), Consociate, Inc. (Consociate Health), The Cigna Group, Elevance Health, Inc., Health Care Service Corporation, Highmark Health, Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey), UnitedHealth Group Inc., Kaiser Foundation Health Plan, Inc., Secure Health Plans of Georgia, LLC, Molina Healthcare, Inc., and Sanford Health Plan (collectively "Defendants") hereby move this Court to dismiss the Consolidated Master Direct Action Plaintiff Complaint and the Direct Action Plaintiffs' Short Form Complaints with prejudice. In support of this Motion, Defendants concurrently submit a Memorandum of Law in Support and the Declaration of Sadik Huseny with attached exhibits.

1

Dated: January 16, 2025

Respectfully Submitted,

| | |
|---|---|
| /s/ Sadik Huseny | /s/ E. Desmond Hogan (w/ consent) |

Sadik Huseny (*pro hac vice*)
**LATHAM AND WATKINS LLP**
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
sadik.huseny@lw.com

Gary Feinerman (IL Bar No. 6206906)
**LATHAM AND WATKINS LLP**
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com

Lawrence E. Buterman (*pro hac vice*)
Katherine A. Rocco (*pro hac vice*)
**LATHAM AND WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com
katherine.rocco@lw.com

Anna M. Rathbun (*pro hac vice*)
Graham B. Haviland (*pro hac vice*)
**LATHAM AND WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
anna.rathbun@lw.com
graham.haviland@lw.com

Craig Lewis Caesar (IL Bar. No 3121593)
**PHELPS DUNBAR LLP**
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 584-9272
craig.caesar@phelps.com

E. Desmond Hogan
Justin W. Bernick
W. David Maxwell (*pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
desmond.hogan@hoanlovells.com
justin.bernick@hoganlovells.com
david.maxwell@hoganlovells.com

Jordan D. Teti
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
jordan.teti@hoganlovells.com

*Attorneys for Defendants Elevance Health, Inc.; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Aware Integrated, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; and CareFirst, Inc.*

/s/ Katherine A. Trefz (w/ consent)
Jonathan B. Pitt
Katherine A. Trefz
Feyilana Lawoyin
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
jpitt@wc.com
ktrefz@wc.com
flawoyin@wc.com

*Attorneys for Defendant Aetna Inc.*

Errol J. King (*pro hac vice*)
Katherine Mannino (*pro hac vice*)
**PHELPS DUNBAR LLP**
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Telephone: (225) 376-0279
errol.king@phelps.com
katie.manino@phelps.com

*Attorneys for Defendants MultiPlan, Inc.; MultiPlan Corporation; National Care Network, LLC; Viant Payment Systems, Inc.; Viant, Inc.; and Medical Audit & Review Solutions, Inc.*

/s/ Scott Jared Fisher (w/ consent)
Scott Jared Fisher
Eric Y. Choi
**NEAL, GERBER & EISENBERG**
Two North LaSalle Street, Suite 1700
Chicago, IL 60602
Telephone: (312) 269-8035
sfisher@nge.com
echoi@nge.com

Rachel S. Brass (*pro hac vice*)
Henry H. Cornillie
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8293
rbrass@gibsondunn.com
hcornillie@gibsondunn.com

Joshua Lipton (*pro hac vice*)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
jlipton@gibsondunn.com
klimarzi@gibsondunn.com

/s/ Daniel R. Campbell (w/ consent)
Daniel R. Campbell
Emilie E. O'Toole
**MCDERMOTT, WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 984-7782
dcampbell@mwe.com
eotoole@mwe.com

Joshua B. Simon (*pro hac vice*)
Warren Haskel (*pro hac vice*)
Dmitriy G. Tishyevich (*pro hac vice*)
Caroline Incledon (*pro hac vice*)
Chelsea Edith Rae Cosillos (*pro hac vice*)
**MCDERMOTT, WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5444
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
cincledon@mwe.com
ccosillos@mwe.com

*Attorneys for Defendant The Cigna Group*

/s/ Brian P. Kavanaugh (w/ consent)
Brian P. Kavanaugh
Scott D. Stein
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
bkavanaugh@sidley.com
sstein@sidley.com

*Attorneys for Defendant Health Care Service Corporation and the Central States Southeast and Southwest Health and Welfare Fund*

3

Heather L. Richardson (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
hrichardson@gibsondunn.com

*Attorneys for Defendant UnitedHealth Group, Inc*

/s/ Christopher S. Moore(w/ consent)
Christopher S. Moore (IL Bar. No. 6256418)
**CHRIS MOORE LAW LLC**
220 North Green Street
Suite 4031
Chicago, Illinois 60607
Telephone: (312) 704-4444
*chris@chrismoorelaw.com*

Richard G. Douglass (IL Bar. No. 6282777)
**DOUGLASS P.C.**
77 W. Wacker Drive
Suite 4500
Chicago, IL 60601
Telephone: (312) 216-5145
*rich@douglasspc.com*

*Attorneys for Defendant Allied National, LLC*

/s/ Jason C. Murray (w/ consent)
Jason C. Murray (*pro hac vice*)
Jordan L. Ludwig (*pro hac vice*)
**CROWELL & MORING LLP**
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 662-4750
jmurray@crowell.com
jludwig@crowell.com

Jason P. Stiehl
**CROWELL & MORING LLP**
455 North Cityfront Plaza Drive Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
jstiehl@crowell.com

Ashley L. McMahon (*pro hac vice*)
**CROWELL & MORING LLP**

/s/ Stephen D. Libowsky (w/ consent)
Stephen D. Libowsky (IL Bar No. 6187081)
Rebecca A. Finkel (IL Bar No. 6317199)
**MANATT, PHELPS & PHILLIPS, LLP**
151 North Franklin Street
Chicago, Illinois 60606
Telephone: (312) 529-6300
slibowsky@manatt.com
rfinkel@manatt.com

Gregory N. Pimstone (*pro hac vice*)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
gpimstone@manatt.com

*Attorneys for Defendant Blue Shield of California Life & Health Insurance Company*

/s/ James W. Davidson
James W. Davidson
Riley B. Olson
**O'HAGAN MEYER LLC**
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
jdavidson@ohaganmeyer.com
rolson@ohaganmeyer.com

*Attorneys for Defendant Secure Health Plans of Georgia, L.L.C.*

/s/ William J. Sheridan (w/ consent)
William J. Sheridan (*pro hac vice*)
Courtney Bedell Averbach (*pro hac vice*)
Leah E. Hungerman (*pro hac vice*)
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
wsheridan@reedsmith.com
caverbach@reedsmith.com
lhungerman@reedsmith.com

*Counsel for Defendant Highmark Health*

4

1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
amcmahon@crowell.com

*Attorneys for Defendant Kaiser Foundation Health Plan, Inc.*

/s/ *John J. Hamill (w/ consent)*
John J. Hamill
john.hamill@us.dlapiper.com
Michael S. Pullos
michael.pullos@us.dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: 312.368.3423
Fax: 312.251.5728

*Attorneys for Defendants Benefit Plan Administrators of Eau Claire, LLC and Consociate, Inc. (Consociate Health)*

/s/ *Lynn H. Murray (w/ consent)*
Lynn H. Murray
Riley C. Mendoza
Samuel G. Bernstein
**SHOOK, HARDY & BACON LLP**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
lhmurray@shb.com
rmendoza@shb.com
sbernstein@shb.com

Ryan Sandrock
**SHOOK, HARDY & BACON LLP**
555 Mission St,
San Francisco, CA 94105
Telephone: (415)544.1900
rsandrock@shb.com

*Attorneys for Defendant Molina Healthcare, Inc.*

/s/ *Stephen D. Libowsky (w/ consent)*
Stephen D. Libowsky (IL Bar No. 6187081)
Rebecca A. Finkel (IL Bar No. 6317199)
**MANATT, PHELPS & PHILLIPS, LLP**
151 North Franklin Street
Chicago, Illinois 60606
Telephone: (312) 529-6300
slibowsky@manatt.com
rfinkel@manatt.com


Ileana Hernandez (*pro hac vice forthcoming*)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
ihernandez@manatt.com

*Attorneys for Defendant Sanford Health Plan*

5

**CERTIFICATE OF SERVICE**

    I, Sadik Huseny, hereby certify that on this 16th day of January, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to all filing users.

*/s/ Sadik Huseny*
Sadik Huseny