

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                    312-435-5670
**Clerk**


Date:                                         Case Number:

Case Title:                                   Judge:

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

❑        Document entered in error.

❑        Document withdrawn or removed per court order of 1/27/2025 [319]

❑        Incorrect document linked.

❑        Other:

❑        Removed per IOP30(b).



Thomas G. Bruton, Clerk

By: /s/
        Deputy Clerk

Rev. 11/29/2016