# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MultiPlan Health Insurance Provider Litigation

Case Number: 1:24-cv-06795

An appearance is hereby filed by the undersigned as attorney for:

American Medical Association and AMS Pro Group LLC

Attorney name (type or print):

Firm: Arnall Golden Gregory, LLP

Street address: 2100 Pennsylvania Ave., N.W., Suite 350S

City/State/Zip: Washington, D.C. 20037

Bar ID Number: 6287298
(See item 3 in instructions)

Telephone Number: (202) 677-4919

Email Address: Gabe.Scannapieco@agg.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ *Gabriel H. Scannapieco*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023