UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

## MOTION FOR WITHDRAWAL

Plaintiffs Advanced Orthopedic Center, Inc. and Curtis F. Robinson M.D., Inc. ("Moving Plaintiffs") respectfully move the Court pursuant to LR 83.17 for an order authorizing the withdrawal of Yaman Salahi as counsel of record in the matter *Multiplan Health Insurance Provider Litigation*, Case No. 1:24-cv-06795. In support of this Motion, Moving Plaintiffs state the following:

1. Yaman Salahi has been counsel of record for the Moving Plaintiffs in this proceeding.

2. Yaman Salahi is no longer associated with Edelson PC.

3. The withdrawal of Yaman Salahi as counsel of record will not delay proceedings or prejudice Moving Plaintiffs. Other counsel from Edelson PC continue to represent Plaintiffs.

WHEREFORE, Moving Plaintiffs respectfully request an order authorizing the withdrawal of attorney Yaman Salahi as counsel of record, in connection with this proceeding.

Dated: January 17, 2025                    Respectfully submitted,

                                                        */s/ Natasha J. Fernandez-Silber*
                                                        **EDELSON PC**
                                                        Natasha J. Fernández-Silber* (*pro hac vice*)

1

nfernandezsilber@edelson.com
Abby E. Lemert
alemert@edelson.com
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted in New York and Michigan

**SUSMAN GODFREY LLP**
William Christopher Carmody (*pro hac vice*)
Shawn J. Rabin (*pro hac vice*)
Thomas K. Boardman (*pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
tboardman@susmangodfrey.com

Halley W. Josephs (*pro hac vice*)
Tyler D. Downing (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
hjosephs@susmangodfrey.com
tdowning@susmangodfrey.com

**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
David F. Sorensen (*pro hac vice*)
Zachary D. Caplan (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
dsorensen@bm.net
zcaplan@bm.net
pmadden@bm.net

Hope Brinn (*pro hac vice*)
500 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (415) 906-0684
hbrinn@bm.net

2

Daniel J. Walker (*pro hac vice*)
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9740
dwalker@bm.net

*Interim Co-Lead Class Counsel*