UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates To:*<br><br>ALL ACTIONS | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF FILING OF CENSUS OF DIRECT ACTION PLAINTIFFS

Plaintiffs' Coordinating Counsel and the Direct Action Plaintiffs ("DAP") Executive Committee file the attached census identifying the DAPs currently on file in the MDL, including each case number, and the claims asserted and Defendants named in the operative pleadings.

Dated: January 22, 2025

**Seeger Weiss LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger

55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Fax: 973.679.8656
cseeger@seegerweiss.com

*Plaintiffs' Coordinating Counsel*

**Seeger Weiss LLP**

*/s/ Jennifer Scullion*
Jennifer Scullion
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Fax: 973.679.8656
jscullion@seegerweiss.com

**Arnall Golden Gregory LLP**

*/s/ Matthew M. Lavin*
Matthew M. Lavin
Arnall Golden Gregory LLP

1

1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Fax: 202.677.4031
matt.lavin@agg.com

**Napoli Shkolnik PLLC**

*/s/ Paul J. Napoli*
Paul J. Napoli (IL #: 6307568)
Hunter Shkolnik
NS PR Law Services, LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Telephone: 787.493.5088
Fax: 646.843.7603
PNapoli@NSPRLaw.com
Hunter@NSPRLaw.com

*Direct Action Plaintiffs Executive Committee*

3

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on January 22, 2025, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

<u>*/s/ Paul J. Napoli*</u>
*Attorney for Direct Action Plaintiffs*