**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: Multiplan Health Insurance Provider Litigation

Case Number: 1:24-cv-06795/MDL 3121

Member Case No: 1-25-cv-0080

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Advanced Spinal Care & Associates LLC and Jason E. Lowenstein MD, PLLC

Attorney name (type or print): Jon Corey

Firm: McKool Smith, P.C.

Street address: 1717 K Street NW, Suite 1000

City/State/Zip: Washington, D.C. 20006

Bar ID Number: CA - 185066
(See item 3 in instructions)

Telephone Number: (202) 370-8300

Email Address: jcorey@mckoolsmith.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 24, 2025

Attorney signature: S/ Jon Corey
(Use electronic signature if the appearance form is filed electronically.)