# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: In re: Multiplan Health Insurance Provider Litigation

Case Number: 1:24-cv-06795/MDL 3121
Member Case No: 1-24-cv-12517

An appearance is hereby filed by the undersigned as attorney for:
All Plaintiffs in Member Case No: 1-24-cv-12517

Attorney name (type or print): Hal M. Shimkoski

Firm: McKool Smith, P.C.

Street address: 1301 Avenue of the Americas, 32nd Floor

City/State/Zip: New York, New York 10001

Bar ID Number: NY - 5760533
(See item 3 in instructions)

Telephone Number: (212) 402-6400

Email Address: hsimkoski@mckoolsmith.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 24, 2025

Attorney signature: S/ Hal Shimkoski
(Use electronic signature if the appearance form is filed electronically.)