# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

## DEFENDANT VIANT, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Viant, Inc. certifies as follows:

Defendant Viant, Inc., is a wholly-owned subsidiary of MultiPlan Corporation, which is a publicly-held corporation. As of January 27, 2025, the following entities and/or their affiliates own, indirectly through their ownership of MultiPlan Corporation, 5% or more of Viant, Inc.: GIC Investor;[1] Hellman & Friedman LLC; Oak Hill Advisors, L.P.; The Public Investment Fund of the Kingdom of Saudi Arabia; and funds, investment vehicles or accounts managed or advised by Ares Management.

Dated: January 27, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Gary Feinerman*
Gary Feinerman (IL 6206906)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
gary.feinerman@lw.com

---

[1] "GIC Investor" consists of GIC Private Limited, GIC Special Investments Private Limited, and Viggo Investment Pte. Ltd.

Sadik Huseny (*pro hac vice*)
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: 737-910-7300
sadik.huseny@lw.com

Lawrence E. Buterman (*pro hac vice*)
Katherine A. Rocco (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
lawrence.buterman@lw.com
katherine.rocco@lw.com

Anna M. Rathbun (pro hac vice)
Graham B. Haviland (pro hac vice)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: 202-637-2200
anna.rathbun@lw.com
graham.haviland@lw.com

*Attorneys for Defendant Viant, Inc.*