UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION <br><br> This Filing Relates To: <br><br> ALL ACTIONS | Case No. 1:24-cv-06795 <br><br> Hon. Matthew F. Kennelly |

## MOTION FOR WITHDRAWAL

Plaintiffs Curtis F. Robinson M.D., Inc. and Advanced Orthopedic Center, Inc. ("Moving Plaintiffs") respectfully moves the Court pursuant to LR 83.17 for an order authorizing the withdrawal of Tyler D. Downing as counsel of records in the matter Multiplan Health Insurance Provider Litigation, Case No. 1:24-cv-06795. In support of the Motion, Moving Plaintiffs state the following:

1. Tyler D. Downing has been counsel of record for the Moving Plaintiffs in this proceeding.

2. Tyler D. Downing is no longer associated with Susman Godfrey L.L.P.

3. The withdrawal of Tyler D. Downing as counsel of record will not delay proceedings or prejudice Moving Plaintiffs. Other counsel from Susman Godfrey L.L.P. continue to represent Plaintiffs.

WHEREFORE, Moving Plaintiffs respectfully requests an order authorizing the withdrawal of attorney Tyler D. Downing as counsel of record, in connection with this proceeding.

Dated: March 4, 2025

Respectfully submitted,

**SUSMAN GODFREY LLP**

*/s/Halley Josephs*
**SUSMAN GODFREY LLP**

William Christopher Carmody (*pro hac vice*)
Shawn J. Rabin (*pro hac vice*)
Thomas K. Boardman (*pro hac vice*)
Stephanie Spies (pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
tboardman@susmangodfrey.com
sspies@susmangodfrey.com

Halley W. Josephs (*pro hac vice*)
Tyler D. Downing (pro hac vice)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
hjosephs@susmangodfrey.com
tdowning@susmangodfrey.com

**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
David F. Sorensen (*pro hac vice*)
Zachary D. Caplan (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
dsorensen@bm.net
zcaplan@bm.net
pmadden@bm.net

Hope Brinn (*pro hac vice*)
500 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (415) 906-0684
hbrinn@bm.net

Daniel J. Walker (*pro hac vice*)
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9740
dwalker@bm.net

**EDELSON PC**
Natasha J. Fernandez-Silber* (pro hac vice)
nfernandezsilber@edelson.com
Abby E. Lemert
alemert@edelson.com
350 North LaSalle Street, 14th Floor

Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted in New York and Michigan

*Interim Co-Lead Class Counsel*