# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title: In re: Multiplan Health Insurance Provider Litigation

Plantiff(s)

VS.

Defendant(s)

Case Number: 1:24-cv-06795

Judge: Matthew F. Kennelly

I, Rachel S. Brass hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of UMR, Inc., sued as United Medical Resources Inc. by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attachment A | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | See Attachment B | |
| | | |
| | | |
| | | |

*If denied, please explain: (Attach additional form if necessary)

Has the applicant ever been:

| | Yes | No |
|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | ☐ | ☑ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | ☐ | ☑ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | ☐ | ☑ |
| **denied admission to the bar of any court?** | ☐ | ☑ |
| **held in contempt of court?** | ☐ | ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

March 7, 2025                                    S/ Rachel S. Brass

Date                                             Electronic Signature of Applicant

| Applicant's Name | Last Name: Brass | First Name: Rachel | Middle Name/Initial: S. |
|---|---|---|---|
| Applicant's Law Firm | Gibson, Dunn & Crutcher LLP | | |
| Applicant's Address | Street Address: One Embarcadero Center | | Room/Suite Number: Suite 2600 |
| | City: San Francisco | State: CA | ZIP Code: 94111-3715 | Work Phone Number and Email: 415.393.8200 rbrass@gibsondunn.com |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 08/16/2023

# ATTACHMENT A

## RACHEL S. BRASS
(California State Bar No. 219301)

# Jurisdictions / Admissions to Practice

| Jurisdiction/Court | Admitted | Status |
|---|---|---|
| U.S. SUPREME COURT | March 29, 2011 | Active/Good Standing |
| **Federal Appellate Courts** | | |
| U.S. Court of Appeals, Ninth Circuit | July 27, 2004 | Active/Good Standing |
| U.S. Court of Appeals, Second Circuit | Oct. 26, 2023 | Active/Good Standing |
| U.S. Court of Appeals, Third Circuit | July 26, 2007 | Active/Good Standing |
| U.S. Court of Appeals, Fifth Circuit | March 11, 2014 | Active/Good Standing |
| U.S. Court of Appeals, Sixth Circuit | Sept. 26, 2013 | Active/Good Standing |
| U.S. Court of Appeals, Seventh Circuit | Aug. 31, 2022 | Active/Good Standing |
| U.S. Court of Appeals, Eleventh Circuit | Dec. 17, 2013 | Active/Good Standing |
| U.S. Court of Appeals, D.C. Circuit | June 15, 2017 | Active/Good Standing |
| **Federal Courts** | | |
| U.S. District Court, Northern District of California | December 29, 2003 | Active/Good Standing |
| U.S. District Court, Central District of California | May 22, 2018 | Active/Good Standing |
| U.S. District Court, Eastern District of Michigan | March 26, 2012 | Active/Good Standing |
| U.S. District Court, Eastern District of Wisconsin | March 4, 2020 | Active/Good Standing |
| U.S. District Court, Eastern District of California | Feb. 22, 2023 | Active/Good Standing |
| U.S. District Court, District of Colorado | Feb. 16, 2024 | Active/Good Standing |
| **State Courts** | | |
| CALIFORNIA SUPREME COURT | May 29, 2002 | Active/Good Standing |

# ATTACHMENT B

## RACHEL S. BRASS
(*Pro hac vice* applications made to N.D. Illinois)

| Case No. | Case Title | Application | Status |
| --- | --- | --- | --- |
| 3:24-cv-50504 | American Free Enterprise Chamber of Commerce v. Engine Manufacturers Association et al | 02/10/2025 | Granted |
| 1:24-cv-09667 | Hansen et al v. Northwestern University et al | 12/16/2024 | Granted |
| 1:24-cv-06795 | In re: Multiplan Health Insurance Provider Litigation | 06/04/2024 | Granted |
| 1:24-cv-03223 | Allegiance Health Management, Inc. v. MultiPlan, Inc., et al. (Member of 1:24-cv-06795) | 06/04/2024 | Granted |
| 1:24-cv-00164 | Robinson et al v. HP Inc. | 02/22/2024 | Granted |
| 1:22-cv-03189 | Dale et al v. Deutsche Telekom AG et al | 08/15/2022 | Granted |
| 1:22-cv-00125 | Henry et al v. Brown University et al | 04/14/2022 | Granted |
| 1:19-cv-05524 | Turner v. McDonald's USA, LLC et al | 08/29/2019 | Granted |
| 1:17-cv-04857 | Deslandes v. McDonald's USA, LLC et al | 07/17/2017 | Granted |