UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:24-cv-06795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

### CASE MANAGEMENT ORDER NO. 14 – Production of Field Names

WHEREAS, in accordance with the Court's direction at the March 14, 2025 status conference, the parties have met and conferred with respect to their respective Requests for Production and responses and objections concerning specified structured data field names and are continuing to meet and confer on certain issues concerning the requests; and

WHEREAS, the parties have agreed to mutual rolling productions of such structured data field names to be substantially completed on or before May 1, 2025;

NOW, THEREFORE, IT IS SO ORDERED that:

1. The parties shall produce their respective structured data field names on a rolling basis to be substantially completed on or before May 1, 2025.

2. The Defendants and the American Medical Association and Illinois State Medical Society (the "Association DAPs") shall continue to meet and confer regarding structured data requests for the Association DAPs and an appropriate deadline for any such production;

Dated: March 25, 2025

_____
Hon. Matthew F. Kennelly
United States District Judge

1