UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 |
| | MDL No. 3121 |
| *This Document Relates To:* ALL ACTIONS | Hon. Matthew F. Kennelly |

**MOTION FOR LEAVE TO SUBMIT
STATEMENT OF INTEREST OF THE UNITED STATES**

The United States of America, by its undersigned attorneys, moves to submit a Statement of Interest in this case pursuant to 28 U.S.C. § 517 and Local Rule 5.6, and in support states as follows:

1.      On January 16, 2025, Defendants in this class-action antitrust case filed motions to dismiss the Consolidated Class Action Complaint and the Consolidated Master Direct Action Plaintiff Complaint and Direct Action Plaintiffs' Short-Form Complaints. ECF Nos. 282 & 285. Plaintiffs filed their oppositions to the motions to dismiss on March 3, 2025. ECF Nos. 351 & 352. Defendants' replies are due April 2, 2025. ECF No. 161. The United States moves for leave to file a Statement of Interest in this case because it has a strong interest in the correct legal framework regarding the application of the antitrust laws to claims alleging algorithmic collusion and information exchange under Section 1 of the Sherman Act, 15 U.S.C. § 1.

2.      The United States has the authority to file this Statement of Interest under 28 U.S.C. § 517, which authorizes the Attorney General of the United States or an officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States." *Id.*; *see also Gil v. Winn Dixie Stores, Inc.*, 242 F. Supp. 3d 1315, 1317 (S.D. Fla. 2017).

3.      Counsel for Plaintiffs have informed the United States that they do not oppose the request. Counsel for Defendants have indicated that they cannot take a position on the request at this time.

WHEREFORE, pursuant to Local Rule 5.6, the United States hereby requests leave to file its Statement of Interest in this matter. *See* Ex. A.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HENRY J. HAUSER<br>ESTHER PYON<br>GRACE LEE<br>*Attorney Advisors* |
| Dated: March 26, 2025 | /s/ *Henry J. Hauser*<br>HENRY J. HAUSER |
|  | U.S. Department of Justice, Antitrust Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: 202-975-8352<br>E-mail: Henry.Hauser@usdoj.gov |
|  | *Attorneys for the United States of America* |

## CERTIFICATE OF SERVICE

  I hereby certify that on March 26, 2025, I electronically filed the foregoing brief by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

                /s/ *Henry J. Hauser*
                HENRY J. HAUSER