UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates to:<br><br>*Allegiance Health Management Inc. v. MultiPlan, Inc. et al.,* Case No. 1:24-cv-03223 | Case No. 24-cv-06795<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFF ALLEGIANCE HEALTH MANAGEMENT INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Allegiance Health Management Inc., individually, by and through its undersigned counsel, hereby voluntarily dismisses its claims in the above-captioned action without prejudice. No Defendant in the above captioned action has served an answer or a motion for summary judgment. In the event of a future recovery in this action, nothing in the foregoing shall prevent Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgement as an absent class member.

Dated: March 28, 2025

Respectfully Submitted,

*/s/ Warren T. Burns*
Robert A. Clifford
Shannon M. McNulty
James Charles Pullos
Kristofer S. Riddle
CLIFFORD LAW OFFICES, P. C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
312.899.9090
Facsimile: 213.251.1160
rac@cliffordlaw.com
smm@cliffordlaw.com

1

jcp@cliffordlaw.com
ksr@cliffordlaw.com

Warren T. Burns (*pro hac vice*)
Quinn M. Burns (*pro hac vice*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.: (469) 458-9890
wburns@burnscharest.com
qburns@burnscharest.com

Korey A. Nelson (*pro hac vice*)
Amanda K. Klevorn (*pro hac vice*)
Natalie Earles (*pro hac vice*)
BURNS CHAREST LLP
201 Saint Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
Tel: (504) 799-2845
knelson@burnscharest.com
aklevorn@burnscharest.com
nearles@burnscharest.com

Matthew S. Tripolitsiotis (*pro hac vice*)
Barbara Bates (*pro hac vice*)
BURNS CHAREST LLP
757 Third Ave., 20th Floor
New York, NY 10017
Tel: (469) 895-45505269
mtripolitsiotis@burnscharest.com
bbates@burnscharest.com

Christopher Cormier (*pro hac vice*)
Matthew Strauser (*pro hac vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel.: (202) 577-3977
ccormier@burnscharest.com
mstrauser@burnscharest.com

*Attorneys for Plaintiff*