**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>1:24-cv-7177<br>1:24-cv-6802 | Case No. 1:24-cv-6795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

### DECLARATION OF GRAHAM HAVILAND IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Graham Haviland, declare as follows:

1. I am an associate with the law firm Latham & Watkins LLP, attorneys for Defendants MultiPlan, Inc., Claritev Corporation, Viant, Inc., Viant Payment Systems, Inc., and National Care Network, LLC in connection with this action. I submit this Declaration in support of Defendants' Joint Motion to Dismiss the Consolidated Class Action Complaint in the above captioned matter.

2. Attached as **Exhibit A** to this Declaration is a true and correct copy of a document titled "Network Rental Agreement Amendment 3," executed November 19, 2018, available at the Washington State System for Electronic Rate and Form Filing, https://filingaccess.serff.com/sfa/home/WA. This is the document referenced in paragraphs 222 through 230 of the Consolidated Class Action Complaint, ECF No. 172.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was made this 2nd day of April 2025.

 

*[signature]*

Graham Haviland
of Latham & Watkins LLP

*Counsel for Defendants MultiPlan, Inc.; Claritev Corporation; Viant, Inc.; Viant Payment Systems, Inc.; and National Care Network, LLC*