

April 9, 2025

VIA ECF

The Honorable Matthew F. Kennelly, U.S.D.J.
Everett McKinley U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

      RE:    *In re Multiplan Health Insurance Provider Litigation*,
              **No. 1:24-cv-06795 (MFK)**

Dear Judge Kennelly,

      So that we may complete active internal discussions and allow time for Interim Class and Defense counsel to review our proposal, Plaintiffs' Coordinating Counsel and the Direct Action Plaintiffs Executive Committee respectfully request a two-week extension through April 28, 2025 to submit a proposed Common Benefit Order. Interim Class Counsel do not oppose this request and will submit their proposal on the same schedule, if the Court grants the extension. Defendants do not oppose the requested extension.

                                          Respectfully submitted,

                                          */s/ Christopher A. Seeger*
                                          Christopher A. Seeger

ECF: Counsel of Record