**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 24-cv-06795 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| *Erie County Medical Center Corporation v. MultiPlan, Inc., et al.*, Case No. 1:24-cv-06776 | |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Erie Medical Center, Inc. ("Erie"), through its counsel, respectfully moves for leave to allow Amanda Williams, Daniel Hedlund, and Kaitlyn Dennis of Gustafson Gluek PLLC and Kenneth Wexler, Justin Boley, and Melinda Morales of Wexler Boley & Elgersma LLP, to withdraw their appearances in the above-captioned matter. As grounds for this motion, Erie states as follows:

1.      On August 1, 2024, Erie filed its Class Action Complaint in this action against defendants MultiPlan, Inc., Health Care Service Corporation, Aetna, Inc., Elevance Health, Inc., Centene Corporation, The Cigna Group, UnitedHealth Group, Inc., Humana, Inc., and Kaiser Foundation Health Plan, Inc. *Erie County Medical Center Corporation v. MultiPlan, Inc., et al.*, Case No. 1:24-cv-06776 (the "*Erie* case").

2.      The *Erie* case was initially assigned to the Honorable Thomas M. Durkin.

3.      Justin Boley, Kenneth Wexler and Melinda Morales field their appearances in the *Erie* case on August 1, 2024.  On August 13, 2024, Amanda Williams, Daniel Hedlund, and Kaitlyn

Dennis moved for leave to appear *pro hac vice* in the *Erie* case, which motions were granted that same day (ECF No. 9).

4.     Since filing her appearance, Amanda Williams has left the law firm Gustafson Gluek PLLC and is no longer associated with that firm.

5.     On August 30, 2024, the *Erie* case was reassigned to Judge Kennelly for consolidation with this action, *In Re: Multiplan Health Insurance Provider Litigation,* MDL 3121, Case No. 24 CV 6795.

6.     On October 15, 2024, this Court issued Case Management Order No. 2- Order Appointing Interim Co-Lead Class Counsel. *See* ECF No. 155 ("Leadership Order"). The Leadership Order appoints as Interim Co-Lead Class Counsel in this case: Natasha Fernández-Silber and Yaman Salahi (Edelson PC); Bill Carmody, Shawn Rabin, Halley Josephs, and Tom Boardman (Susman Godfrey LLP); and Eric L. Cramer, Zachary D. Caplan, and Patrick F. Madden (Berger Montague PC).

7.     The Court's Leadership Order states that Interim Co-Lead Class Counsel has exclusive authority to represent the interests of the Class in this matter and to prosecute their claims. Leadership Order at 4.

8.     On November 18, 2024, named plaintiffs Advanced Orthopedic Center, Inc. and Curtis F. Robinson, MD, Inc., d/b/a Panoramic Medicine filed their Consolidated Class Action Complaint on behalf of a proposed class of healthcare providers to challenge an alleged cartel among insurance companies – with and through Defendant Multiplan, Inc – to artificially reduce the compensation paid to providers for out-of-network healthcare services.  *See* ECF No. 172 at ¶1.

9. On March 18, 2025, Erie filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), giving notice that it was voluntarily dismissing its complaint, without prejudice. *See Erie* case ECF No. 19. Erie reserved the right to submit a claim as an absent class member and/or to participate in any settlement or judgment as an absent class member in this matter. *Id.*

10. Pursuant to Erie's notice of voluntary dismissal, this Court on March 19, 2025, dismissed the *Erie* case without prejudice. *Erie* case ECF No. 20.

11. Allowing Amanda Williams, Daniel Hedlund, Kaitlyn Dennis, Kenneth Wexler, Justin Boley and Melinda Morales to withdraw as counsel of record will not delay or prejudice these proceedings. Nor is a substitution of counsel necessary as this Court has appointed Interim Co-lead Class Counsel with exclusive authority to represent the interests of the putative Class, and Erie has dismissed its complaint without prejudice while reserving its rights as a putative absent class member.

12. WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting Amanda Williams, Daniel Hedlund, and Kaitlyn Dennis of Gustafson Gluek PLLC and Kenneth Wexler, Justin Boley, and Melinda Morales of Wexler Boley & Elgersma LLP, leave to withdraw their appearances in this matter.

Dated: April 21, 2025

Respectfully submitted,

/s/Melinda J. Morales
Kenneth A. Wexler
Justin N. Boley
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222

kaw@wbe-llp.com
jnb@wbe-llp.com
mjm@wbe-llp.com

Daniel C. Hedlund
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
kdennis@gustafsongluek.com

4