# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| Multiplan Health Insurance Provider Litigation, et al.<br><br>Plaintiff,<br><br>v.<br><br>Multiplan, Inc., et al.<br><br>Defendant. | Case No.: 1:24−cv−06795<br>Honorable Matthew F. Kennelly |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: In person motion and status hearings held on 5/2/2025. Oral argument heard on the defendants' motions to dismiss [282] [285] [362]. The motions are taken under advisement. Any responses to the proposed common benefit orders [408] are to be filed by 5/19/2025. The parties are directed to confer in advance of the response date to narrow the issues. Any reply to the response(s) is to be filed by 5/29/2025. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.