**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates To:*<br><br>*Adventist Health System Sunbelt Healthcare Corporation v. Multiplan, Inc.*, 1:24-cv-06803 | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**MOTION TO WITHDRAW**

Pursuant to Local Rule 83.17, the undersigned, Michael McCambridge, respectfully requests that the Court grant him leave to withdraw as counsel for Plaintiff Adventist Health System Sunbelt Healthcare Corporation ("AHS") in the above-captioned matters. Mr. McCambridge will no longer be associated with Vinson & Elkins LLP after June 6, 2025.

The withdrawal of Mr. McCambridge as counsel of record will not delay the proceedings or prejudice AHS. No substitution of counsel is necessary because AHS will continue to be represented by counsel listed below from Vinson & Elkins LLP.

Dated: June 6, 2025

Respectfully submitted,

**VINSON & ELKINS LLP**

*/s/ Michael McCambridge*
Stephen M. Medlock
Stephen Cohen
Michael McCambridge
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639–6500

smedlock@velaw.com
scohen@velaw.com
mmccambridge@velaw.com

Mackenzie Newman
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
mnewman@velaw.com

Michael Scarborough
Dylan Ballard
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

*Attorneys for Plaintiff Adventist Health System*
*Sunbelt Healthcare Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Michael McCambridge*
Michael McCambridge

3