# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 |
|---|---|
| | MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

**Class Plaintiffs' [Proposed] Scheduling Order**

| EVENT | DEADLINE |
|---|---|
| First day on which third set of RFPs and other written discovery requests may be served. | June 24, 2025 |
| Production of structured data samples (at least 50 lines) | July 24, 2025 |
| Answers and Counterclaims Under FRCP 12 to Consolidated Class Action Complaint and Amended Consolidated Master Direct Action Plaintiff Complaint | August 12, 2025 |
| Deadline for producing party's disclosure of initial list of its own proposed document custodians and custodial sources as to requests for which it agrees to produce documents [ESI Protocol V.A]<br><br>Deadline to meet and confer regarding non-custodian document sources that the producing Party believes, based on its investigation to date, may reasonably be likely to contain unique information responsive to requests for which it agrees to produce documents [ESI Protocol V.B]<br><br>Deadline to meet and confer regarding (i) potential use and identification of search terms, tools, or techniques, (ii) use of technology assisted review or artificial intelligence ("TAR/AI") in whole or part to cull any corpus of materials, and (iii) all parameters for scoping the review and production efforts (e.g., application of date ranges, custodians, non-custodial sources, etc.) for requests for which the producing party agrees to produce documents. [ESI Protocol V.E.1.a] | August 25, 2025 |

1

| EVENT | DEADLINE |
|---|---|
| By no later than 45 days after service of responses and objections to the third sets of requests for production, the Parties will: (a) submit a TAR/AI Protocol to the Court or (b) submit letter briefs of no more than 5 pages total for Plaintiffs and one letter brief of no more than 5 pages total for Defendants concerning any disputes as to the TAR/AI Protocol. [from ESI Protocol Section E.2.a.] | September 8, 2025 |
| Deadline to submit agreed deposition protocol and agreement on number of fact depositions, or joint motion setting forth areas of dispute | September 8, 2025 |
| Joint status report and a proposed order concerning agreements on the scope and format of production of structured data or, if disagreement on the proposed order, Plaintiffs collectively may file a letter brief of up to 10 pages and Defendants collectively may file a letter brief of up to 10 pages. | August 18, 2025 |
| Deadline to complete search methodology negotiations and submit any remaining search term disputes relating to 3rd RFPs. ESI Protocol Section V.E.3.e-f (page 27-28). | September 12, 2025 |
| Deadline to complete production of structured data requested in Plaintiffs' and Defendants' Third Set of RFPs | October 16, 2025 |
| Deadline for completion of document productions in response to third set of RFPs | December 12, 2025 |
| Deadline for any motions to amend the pleadings | January 21, 2026 |
| Last day on which parties may serve requests for production, with the exception of witness-specific requests for production directly related to scheduled depositions | June 3, 2026 |
| Last day on which parties may serve interrogatories | July 3, 2026 |
| Close of Fact Discovery | August 17, 2026 |
| Class and DAP Plaintiffs' Opening Merits and Class Certification Expert Reports | October 1, 2026 |
| Defendants' Merits and Class Certification Opposition Expert Reports | November 16, 2026 |
| Class and DAP Plaintiffs' Rebuttal Expert Reports | January 12, 2027 |

2

| EVENT | DEADLINE |
|---|---|
| Close of Expert Discovery | February 26, 2027 |
| Class Certification & *Daubert* Motions (Class and Merits) | April 12, 2027 |
| Class Certification & *Daubert* Opposition Briefs | May 27, 2027 |
| *Daubert* Reply Briefs | July 12, 2027 |
| Class Certification Reply Brief | July 26, 2027 |
| Class Certification and *Daubert* Hearing | Court's discretion |
| Summary Judgment Motions | August 25, 2027 |
| Summary Judgment Oppositions | September 24, 2027 |
| Summary Judgment Replies | October 25, 2027 |
| Summary Judgment Hearing | Court's discretion |
| Pre-Trial Conference | Court's discretion |
| Trial | Late 2027 or Court's discretion |

SO ORDERED this \_\_\_\_ day of _____, 2025.

_____
Honorable Matthew F. Kennelly
United States District Judge

3