UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Multiplan Health Insurance Provider
Litigation, et al.

                                               Plaintiff,

v.                                               Case No.: 1:24−cv−06795

                                               Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video case management conference held on 6/17/2025. The Court sets the first jury trial in this matter (with the specific case(s) to be determined later) for 12/6/2027 at 9:15 a.m. The parties are directed to confer regarding the discovery and case management scheduling order consistent with the Court's comments during the case management conference and are directed to send a proposed order to Judge Kennelly's proposed order email address in Word format by 7/8/2025. A further joint status report including a proposed agenda for the next case management conference is to be filed on 8/18/2025. The case is set for a video case management conference on 8/22/2025 at 10:00 a.m. Judge Kennelly's courtroom deputy clerk will send out the video conference invitation a few days before the hearing date. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.