**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ***IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION***<br><br>*This Document Relates To:*<br><br>ADVANCED SPINAL CARE & ASSOCIATES LLC D/B/A THE ADVANCED SPINE CENTER; and JASON E. LOWENSTEIN MD, PLLC.<br><br>Plaintiffs,<br><br>v.<br><br>MULTIPLAN CORP., MULTIPLAN, INC., VIANT, INC., VIANT PAYMENT SYSTEMS, INC., NATIONAL CARE NETWORK, LP, NATIONAL CARE NETWORK LLC, MEDICAL AUDIT & REVIEW SOLUTIONS, INC., AETNA, INC., THE CIGNA GROUP, UNITEDHEALTH GROUP, INC., and UNITED MEDICAL RESOURCES INC.<br><br>Defendants. | 1:24-cv-06795<br><br>MDL No. 3121<br><br>[Rel. 1:25-cv-00080]<br><br>Hon. Matthew F. Kennelly<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that Plaintiffs Advanced Spinal Care & Associates LLC d/b/a The Advanced Spine Center ("ASCA" or "Advanced Spinal") and Jason E. Lowenstein MD, PLLC ("Lowenstein," together with Advanced Spinal, "Advanced Spinal" or "Plaintiffs") hereby voluntarily dismiss their claims in the above-captioned action (the "Action"), Case No. 1:25-cv-00080, against Defendant National Care Network, LP ("NCN, LP") without prejudice, with each party to bear its own fees and costs. Plaintiffs maintain their claims against all other Defendants in the Action.

NCN, LP has not served an answer or a motion for summary judgment, so dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is proper.

Dated: July 24, 2025

**MCKOOL SMITH, P.C.**

*/s/ Jon Corey*

Jon Corey
jcorey@mckoolsmith.com
1717 K Street NW, Suite 1000
Washington, D.C. 20006
T: (202) 370-8300
F: (202) 370-8344

David Schiefelbein
dschiefelbein@mckoolsmith.com
Hal M. Shimkoski
hshimkoski@mckoolsmith.com
1301 Avenue of the Americas, 32nd Floor
New York, New York 10001
T: (212) 402-6400
F: (212) 402-9444

**BARTKO PAVIA LLP**

Jason A. Zweig
jzweig@bartkowlaw.com
One S. Wacker Dr., 36th Floor
Chicago, IL 60606
T: (415) 956-1900

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2025, I caused a copy of the foregoing document to be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Jon Corey*
Jon Corey