**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION*<br><br>*This Document Relates To:*<br><br>HERITAGE GENERAL AND COLORECTAL, PA; HERITAGE LAPAROSCOPY AND ACUTE CARE SURGERY, PC; HERITAGE SURGICAL GROUP, LLC; AESTHETIC & RECONSTRUCTIVE SURGEONS, L.L.C.; ASP SURGICAL, LLC; EAST COAST AESTHETIC SURGERY, P.C.; GREGORY J. GALLINA MD PC D/B/A GALLINA COLON & RECTAL; GARDEN STATE BARIATRICS & WELLNESS CENTER, LLC; JERSEY INTEGRATIVE HEALTH & WELLNESS, PC; JL SURGICAL LLC; MARTA GENERAL SURGERY LLC; NEW JERSEY SPINAL MEDICINE AND SURGERY, P.A.; ONE SURGICAL SPECIALISTS LLC; PREMIER SPINE AND SPORTS MEDICINE, PC; PROFESSIONAL ORTHOPAEDIC ASSOCIATES, P.A.; SOMERSET AMBULATORY SURGICAL CENTER, L.L.C.; SOMERSET ORTHOPEDIC ASSOCIATES, P.A.; SPINE SURGERY ASSOCIATES & DISCOVERY IMAGING, PC; SURGXCEL, LLC; UROLOGY GROUP, P.A.; VANGUARD ASC LLC; and WEIGHT LOSS AND WELLNESS SOLUTIONS LLC<br><br>     Plaintiffs,<br><br>v.<br><br>MULTIPLAN CORP.; MULTIPLAN, INC.; VIANT, INC.; VIANT PAYMENT SYSTEMS, INC.; NATIONAL CARE NETWORK, LP; NATIONAL CARE NETWORK, LLC; MEDICAL AUDIT & REVIEW SOLUTIONS, INC.; HORIZON HEALTHCARE SERVICES, INC. D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY; AETNA, INC.; THE CIGNA GROUP; UNITEDHEALTH GROUP, INC.; UNITED MEDICAL RESOURCES INC.; ELEVANCE HEALTH, INC. F/K/A/ ANTHEM, INC.; and ANTHEM BLUE CROSS, INC. F/K/A EMPIRE BLUE CROSS.<br><br>    Defendants. | 1:24-cv-06795<br><br>MDL No. 3121<br><br>[Rel. 1:24-cv-12517]<br><br>Hon. Matthew F. Kennelly<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that Plaintiffs Somerset Ambulatory Surgical Center, L.L.C. and Weight Loss and Wellness Solutions LLC hereby voluntarily dismiss their claims against all Defendants in the above-captioned action (the "Action"), Case No. 1:24-cv-12517, without prejudice, with each party to bear its own fees and costs.

NOTICE IS FURTHER HEREBY GIVEN, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that all other Plaintiffs in the Action voluntarily dismiss their claims against Defendant National Care Network, LP without prejudice, with each party to bear its own fees and costs. All other Plaintiffs maintain their claims against all other Defendants in the Action.

No Defendant has served an answer or a motion for summary judgment, so dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is proper.

Dated: July 24, 2025

**MCKOOL SMITH, P.C.**

*/s/ Jon Corey*

Jon Corey
jcorey@mckoolsmith.com
1717 K Street NW, Suite 1000
Washington, D.C. 20006
T: (202) 370-8300
F: (202) 370-8344

David Schiefelbein
dschiefelbein@mckoolsmith.com
Hal M. Shimkoski
hshimkoski@mckoolsmith.com
1301 Avenue of the Americas, 32nd Floor
New York, New York 10001
T: (212) 402-6400
F: (212) 402-9444

2

**BARTKO PAVIA LLP**

Jason A. Zweig
jzweig@bartkowlaw.com
One S. Wacker Dr., 36th Floor
Chicago, IL 60606
T: (415) 956-1900

***Attorneys for Plaintiffs***

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I caused a copy of the foregoing document to be

sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Jon Corey*
Jon Corey
