UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:24-cv-06795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

### CASE MANAGEMENT ORDER NO. 17 - JOINT DISCOVERY AND CASE MANAGEMENT SCHEDULING ORDER

Pursuant to the Court's July 22, 2025 Minute Entry and direction therein, the parties propose the following Joint Discovery and Case Management Scheduling Order:

| EVENT | DATE |
|---|---|
| First day on which 3rd Set of RFPs and other written discovery requests may be served | **June 24, 2025** |
| Submission of agreed DAP formatted discovery form and scope of related document discovery or, if no agreement can be reached, DAPs may file a brief of up to 5 pages and Defendants may file a brief of up to 5 pages with their separate proposals | **July 15, 2025** |
| Production of structured data samples (at least 50 lines)<br><br>(Applicability to DAPs to be addressed separately by the Court) | **July 24, 2025** |
| DAPs to provide completed answers to formatted discovery forms and related document discovery to Defendants | **August 12, 2025** |
| Answers and Counterclaims Under FRCP 12 to Consolidated Class Action Complaint and Amended Consolidated Master Direct Action Plaintiff Complaint | **August 12, 2025** |
| Joint status report and a proposed order concerning agreements on the scope, format and deadlines regarding production of structured data or, if disagreement on the proposed order, Plaintiffs collectively may file a brief of up to 10 pages and Defendants collectively may file a brief of up to 10 pages | **August 18, 2025** |

| EVENT | DATE |
|---|---|
| Deadline for producing party's disclosure of initial list of its own proposed document custodians and custodial sources as to requests for which it agrees to produce documents [ESI Protocol V.A]<br><br>Deadline for parties to meet and confer regarding non-custodial document sources that the producing Party believes, based on its investigations to date, may reasonably be likely to contain unique information responsive to requests for which it agrees to produce documents [ESI Protocol V.B]<br><br>Deadline to meet and confer regarding (i) potential use and identification of search terms, tools, or techniques, (ii) use of technology assisted review or artificial intelligence ("TAR/AI") in whole or part to cull any corpus of materials, and (iii) all parameters for scoping the review and production efforts (e.g., application of date ranges, custodians, non-custodial sources, etc.) for requests for which the producing party agrees to produce documents. [ESI Protocol V.E.1.a]<br><br>(Affected parties to be addressed separately by the Court) | **August 25, 2025** |
| Defendants notify DAPs of any deficiencies in their formatted discovery form responses and production of documents | **September 4, 2025** |
| Deadline for submission of an agreed TAR/AI Protocol to the Court, or competing proposals with supporting briefs of no more than 5 pages total for Plaintiffs collectively and 5 pages total for Defendants collectively [from ESI Protocol Section E.2.a] | **September 8, 2025** |
| Deadline to submit agreed deposition protocol and agreement on number of fact depositions, or joint motion setting forth areas of dispute | **September 8, 2025** |
| Deadline to complete search methodology negotiations and submit any remaining search term disputes relating to 3rd RFPs. ESI Protocol Section V.E.3.e-f (pages 27-28) | **September 12, 2025** |
| Respective DAPs amend formatted discovery form responses and/or supplement discovery, as necessary | **September 16, 2025** |
| Parties submit to the Court agreed proposal for DAP discovery bellwether cases or, if no agreement, competing proposals with supporting briefs of no more than 15 pages total for Plaintiffs and 15 pages total for Defendants | **September 30, 2025** |
| Deadline for substantial completion of document productions in response to Third Set of RFPs | **January 23, 2026** |

| EVENT | DATE |
|---|---|
| Deadline for any motions to amend the pleadings | **March 6, 2026** |
| Last day on which parties may serve requests for production | **June 29, 2026** |
| Last day on which parties may serve interrogatories | **July 29, 2026** |
| Close of Fact Discovery | **September 10, 2026** |
| Plaintiffs' Merits and Class Certification Expert Reports | **October 16, 2026** |
| Defendants' Merits and Class Certification Expert Reports | **December 23, 2026** |
| Plaintiffs' Rebuttal Merits and Class Certification Expert Reports | **March 2, 2027** |
| Close of Expert Discovery | **March 31, 2027** |
| Class Certification Motion<br>(Timing and parameters of *Daubert* motions to be later addressed) | **April 7, 2027** |
| Class Certification Opposition Brief | **May 18, 2027** |
| Class Certification Reply Brief | **June 30, 2027** |
| Class Certification Hearing | **(to be determined)** |
| Summary Judgment Motions<br>(Timing and parameters of *Daubert* motions to be later addressed) | **July 1, 2027** |
| Summary Judgment Opposition Briefs | **August 13, 2027** |
| Summary Judgment Replies | **September 14, 2027** |
| Parties to submit joint status report or stipulation concerning (1) remand or transfer of cases centralized by Judicial Panel on Multidistrict Litigation, (2) deadlines for motions in limine briefing and evidentiary stipulations, and (3) deadlines for all remaining DAP actions | **(to be determined)** |
| Pre-Trial Conference | **(to be determined)** |
| First Trial Begins | **December 6, 2027** |

SO ORDERED this 30th day of July, 2025.

_____
Honorable Matthew F. Kennelly
United States District Judge