UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Multiplan Health Insurance Provider
Litigation, et al.

                                                Plaintiff,

v.                                                  Case No.: 1:24−cv−06795

                                                    Honorable Matthew F.
                                                    Kennelly

Multiplan, Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearings held on 8/22/2025. (1) The Court made rulings regarding the contested issues set out int eh parties' briefs and proposal regarding structured data (dkts. 493 & 494). The parties are directed to prepare and sent a proposed order consistent with the Court's rulings to Judge Kennelly's proposed order email address by 8/27/2025. (2) Argument heard on plaintiffs' motion to compel [457]. The motion is entered and continued; the parties are directed to continue to meet and confer in good faith to attempt to reach agreement. A joint status report of no more than 10 pages per side is to be filed on 9/10/2025. (3) Case Management Order 17 (dkt. 450) is modified to include a direction to the parties to begin meeting and conferring by no later than 9/9/2025 to attempt to narrow differences regarding the anticipated proposal(s) for DAP bellwether cases in advance of the filing deadline of 9/30/2025. (4) The parties are also directed to meet and confer in good faith consistent with the Court's comments on a proposed schedule or schedules for dealing with later−filed cases. The Court declined to hold those cases in abeyance as proposed by certain defendants. (5) A video hearing regarding the proposed common benefit order(s) is set for 9/2/2025 at 10:00 AM Central Time. Judge Kennelly's courtroom deputy clerk will send out a video conference invitation a few days before the hearing date. (6) The next video case management is set for 9/22/2025 at 1:00 p.m. Central time. Judge Kennelly's courtroom clerk will send out the video conference invitation a few days before the hearing date. A joint status report including a proposed agenda is to be filed on 9/15/2025. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.