UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

**CLASS PLAINTIFFS' MOTION FOR
APPROVAL OF CLASS INFORMATIONAL WEBSITE**

Class Plaintiffs respectfully move the Court for approval of an informational website regarding the proposed class action that is part of this MDL. A mock-up of the Class's proposed website is attached hereto as Exhibit A (the "Class Informational Website").

"[A] district court has both the duty and the broad authority to exercise control over a class action and to enter appropriate orders governing the conduct of counsel and the parties." *Gulf Oil Co. v. Bernard*, 452 U.S. 89, 100 (1981). This authority extends to communications with class members even before a class is certified. *See In re Broiler Chicken Antitrust Litig.*, No. 1:16-CV-08637, 2019 WL 7285802, at *1 (N.D. Ill. Dec. 27, 2019); *Piekarski v. Amedisys Ill, LLC*, 4 F. Supp. 3d 952, 955 (N.D. Ill. 2013) ("[D]istrict courts have restricted communications with potential class members not only by plaintiffs but also by defendants, as well as communications before a class is certified.").

The Court should exercise its broad discretion under Rule 23 to permit publication of the proposed Class Informational Website. The content of the proposed website is consistent with all the general policies embodied in Rule 23. It accurately describes the ongoing proposed class action (and the MDL generally); it explains that absent class members' interests in the litigation are being adequately represented by Interim Class Counsel; and it makes clear that members of the proposed

1

class need not decide whether to remain part of the class until the opt-out deadline following a decision to certify the class.

Publication of the Class Informational Website is particularly appropriate given the opt-out marketing campaign currently underway. This campaign includes various online advertisements directed at absent class members, including the following Q&A published at https://www.napolilaw.com/en/multiplan:

> **Do I need to file my own case or could I join a class action later?**
>
> In order to participate in this multidistrict litigation, you must have a complaint filed on your behalf while the court is accepting new cases. We encourage you to sign up early to ensure your rights are protected.

## CONCLUSION

In light of the foregoing, Class Plaintiffs respectfully request that the Court permit publication of the proposed Class Informational Website.

Dated: August 28, 2025

Respectfully submitted,

/s/ Shawn J. Rabin

**SUSMAN GODFREY LLP**
Shawn J. Rabin (*pro hac vice*)
William Christopher Carmody (*pro hac vice*)
Stephanie N. Spies (*pro hac vice*)
Thomas K. Boardman (*pro hac vice*)
Amanda E. Fischer (*pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sspies@susmangodfrey.com
tboardman@susmangodfrey.com
afischer@susmangodfrey.com

Halley W. Josephs (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400

Los Angeles, CA 90067
Tel: (310) 789-3100
hjosephs@susmangodfrey.com

**EDELSON PC**
Natasha J. Fernández-Silber*
nfernandezsilber@edelson.com
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted in New York and Michigan only

Sarah R. LaFreniere (*pro hac vice*)
Brandon Baum-Zepeda (*pro hac vice*)*
1255 Union Street NE, Suite 850
Washington, DC 20002
Tel: (202) 270-4777
slafreniere@edelson.com
bbaum-zepeda@edelson.com
*not admitted to practice in DC; practice authorized by D.C. Rule 49(c)(3).

**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
David F. Sorensen (*pro hac vice*)
Zachary D. Caplan (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
Jordan T. Hollinger (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
dsorensen@bm.net
zcaplan@bm.net
pmadden@bm.net
thollinger@bergermontague.com

Hope Brinn (*pro hac vice*)
500 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (415) 906-0684
hbrinn@bm.net

Daniel J. Walker (*pro hac vice*)
1001 G Street, NW, Suite 400 East
Washington, DC 20001

3

Tel: (202) 559-9740
dwalker@bm.net

*Interim Co-Lead Class Counsel*