# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Multiplan Health Insurance Provider Litigation, et al.

                                        Plaintiff,

v.                                                         Case No.: 1:24−cv−06795

                                                                    Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion to withdraw [521] is granted. The motion to compel [518] is terminated without prejudice to refiling under seal. The Clerk is directed to remove the image of item 518 from the docket in this case. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.