**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the Hon. Matthew F. Kennelly is presiding in MDL 3121 (24 CV 6795, *In Re*: Multiplan Health Insurance Provider Litigation*)*; therefore

It is hereby ordered that the Clerk is to reassign the cases listed below from Judges Wood, Pacold, and Jenkins to Judge Kennelly in MDL 3121 (24 CV 6795, *In Re: Multiplan Health Insurance Provider Litigation*) and the designated Magistrate Judge M. David Weisman.

25 CV 9583    Tennessee Interventional and Imaging Associates, PLLC v. Multiplan, Inc. et al

25 CV 9586    Adventist HealthCare, Inc. v. MultiPlan, Inc. et al

25 CV 9601    Journey Hillside Tarzana LLC v. Multiplan, Inc. et al


**ENTER:**
**FOR THE EXECUTIVE COMMITTEE:**


_____
Hon. Virginia M. Kendall, Chief Judge


Dated at Chicago, Illinois this 23rd day of September, 2025