# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Multiplan Health Insurance Provider
Litigation, et al.

                                              Plaintiff,

v.                                                       Case No.: 1:24−cv−06795

                                                               Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motion to seal [540] is granted. The Clerk is directed to place docket entry 519 (including the attachments) under seal. Plaintiffs are directed to file a redacted version in the public record if they have not already done so. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.