# EXHIBIT B

| | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 1 | Advanced Spinal Care & Associates LLC | Advanced Spinal Care & Associates LLC et al v. Multiplan Corp. et al | 25-cv-00080 | Northern District of Illinois | Surgery | New Jersey | X | |
| 2 | Adventist Health System Sunbelt Healthcare Corporation | Adventist Health System Sunbelt Healthcare Corporation v. MultiPlan, Inc. | 24-cv-06803 | Southern District of New York | Hospital System | Multiple locations in CO, FL, GA, IL, KS, KY, NC, TX, and WI. | X | |
| 3 | Adventist Healthcare, Inc. | Adventist HealthCare Inc v. Multiplan | 25-cv-09586 | Northern District of Illinois | Hospital System | Maryland | | X |
| 4 | American Surgical Arts, P.C. | American Surgical Arts, P.C., v. Multiplan, Inc. et al | 24-cv-08519 | Southern District of New York | Plastic and Reconstructive Surgery | New Jersey | X | X |

|   | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 5 | AMS Pro Group LLC dba Wish Recovery | AMS Pro Group LLC v. Multiplan, Inc. et al | 24-cv-07157 | Southern District of New York | Substance Abuse Disorder (SUD) Treatment | California |  | X |
| 6 | Ascension Health | Ascension Health v MultiPlan, et al. | 25-cv-09421 | Northern District of Illinois | Hospital System | Multiple locations in AL, DC, FL, IL, IN, KS, MD, MI, MO, NY, OK, TN, TX, and WI. | X |  |
| 7 | Avenue Recovery Center of Bucks LLC | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 | Northern District of Illinois | Substance Abuse Disorder (SUD) Treatment | Pennsylvania |  | X |
| 8 | Bergen Surgical Specialists, PA | 307 Holdings LLC et al v. Multiplan, Inc. et al | 24-cv-10943 | Northern District of Illinois | Vascular Surgery | New Jersey | X |  |

2

| | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 9 | Center for Orthopaedics & Spine, LLC | Center for Orthopaedics & Spine LLC v MultiPlan, et al. | 24-cv-11401 | Western District of Louisiana | Orthopedic treatment | Louisiana | X | |
| 10 | CHS/Community Health System, Inc. | CHS/Community Health Systems, Inc. v. MultiPlan, Inc. | 24-cv-06804 | Southern District of New York | Hospital System | Multiple locations in AL, AK, AR, AZ, CA, FL, GA, IN, KY, LA, MS, MO, NJ, NM, NC, OH, OK, PA, SC, TN, TX, VA, WA, and WV. | X | X |
| 11 | Cogent Healthcare of North Carolina, P.C. | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois | Multispecialty Group (Physicians) | North Carolina | | X |

| | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 12 | Cogent Healthcare of Texas, P.A | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois | Multispecialty Group (Physicians) | Texas | | X |
| 13 | Cusimano Plastic Surgery, LLC | Cusimano Plastic Surgery, LLC, v. Multiplan, Inc. et al | 24-cv-08520 | Southern District of New York | Plastic and Reconstructive Surgery | Louisiana | | X |
| 14 | Elite Surgical Specialists PC | Affinity Surgical Associates et al v. Multiplan, Inc. et al | 24-cv-10939 | Northern District of Illinois | Head and Neck Surgery, General Surgery | New Jersey | X | |
| 15 | Emergency Physician Services of New York, P.C. | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 | Northern District of Illinois | Multispecialty Group (Physicians) | Multiple locations in NY | | X |

| | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 16 | Emergency Services of Oklahoma, P.C. | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 | Northern District of Illinois | Multispecialty Group (Physicians) | Multiple locations in OK | | X |
| 17 | Heritage Surgical Group, LLC | Heritage General and Colorectal, PA et al v. Multiplan, Corp. et al | 24-cv-12517 | Northern District of Illinois | General Surgery | New Jersey | X | |
| 18 | Hospitalist Medicine Physicians of New Mexico - Clovis, LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois | Multispecialty Group (Physicians) | New Mexico | X | |
| 19 | Hospitalist Medicine Physicians of Texas - Houston, PLLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois | Multispecialty Group (Physicians) | Texas | X | |

| | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 20 | Kentuckiana Detox & Rehab Center LLC dba Avenues Recovery Center at Louisville | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 | Northern District of Illinois | Substance Abuse Disorder (SUD) Treatment | Indiana | | X |
| 21 | LNA Realty Inc. dba Luxe Recovery | LNA Realty Inc. v. Multiplan Inc et al | 24-cv-07163 | Southern District of New York | Substance Abuse Disorder (SUD) Treatment | California | | X |
| 22 | New Hampshire Detox and Rehab LLC dba Avenues Recovery Center At Dublin | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 | Northern District of Illinois | Substance Abuse Disorder (SUD) Treatment | New Hampshire | | X |
| 23 | Sadeghi Center for Plastic Surgery | Bruce S. Goldenberg MD et al v. Multiplan, Inc. et al | 24-cv-10945 | Northern District of Illinois | Plastic and Reconstructive Surgery | Louisiana | | X |

| | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 24 | Sandusky Anesthesia LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois | Anesthesia Services in Hospitals | Ohio | X | |
| 25 | Samwell Institute For Pain Management | Professional Orthopaedic Associates et al v. MultiPlan, Inc. et al | 24-cv-10947 | Northern District of Illinois | Pain Management | New Jersey | | X |
| 26 | Sound Physicians Emergency Medicine of South Carolina, LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois | Multispecialty Group (Physicians) | South Carolina | | X |

|    | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|----|---|---|---|---|---|---|---|---|
| 27 | Sound Physicians of Illinois LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois | Multispecialty Group (Physicians) | Illinois | X |  |
| 28 | South Sound Inpatient Physicians, PLLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois | Multispecialty Group (Physicians) | Multiple locations in Alaska, Oregon and Washington |  | X |

8

| | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 29 | Southeastern Emergency Physicians, LLC | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 | Northern District of Illinois | Emergency Medicine Practice Group | Multiple locations in AR, CA, GA, IN, KY, MS, NC, TN, VA, and WV. | X | |
| 30 | Tarzana Recovery Center | Tarzana Recovery Center v. Multiplan, Inc. et al | 24-cv-07169 | Southern District of New York | Substance Abuse Disorder (SUD) Treatment | California | | X |
| 31 | Tennessee Interventional and Imaging Associates PLLC | Tennessee Interventional and Imaging Associates, PLLC v. Multiplan | 25-cv-09953 | Northern District of Illinois | Radiology | Tennessee | X | |

| | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 32 | Texas Health Resources | Texas Health Resources v. MultiPlan, Inc. | 24-cv-11299 | Northern District of Illinois | Health System | Multiple locations in TX. | X | |
| 33 | Texas Medicine Resources, LLP | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 | Northern District of Illinois | Multispecialty Group (Physicians) | Multiple locations in TX. | X | |
| 34 | The Meadowglade, LLC | Bailard House, LLC et al v. Aetna, Inc. et al | 24-cv-08109 | Northern District of Illinois | Substance Abuse Disorder (SUD) Treatment | California | X | |

|  | Practice Name | Case Name | Case No. | Designated District | Nature of Practice | Location | Proposed by Plaintiffs | Proposed by Defendants |
|---|---|---|---|---|---|---|---|---|
| 35 | The Methodist Hospital d/b/a Houston Methodist | The Methodist Hospital d/b/a Houston Methodist Hospital v. Claritev Corporation et al | 25-cv-09349 | Northern District of Illinois | Hospital System | Multiple locations in TX. | X |  |
| 36 | Wellness Medical Services of Manhattan | Everest Medical Associates et al v. Multiplan, Inc. et al | 24-cv-10950 | Northern District of Illinois | Multi-Specialty Clinic/Center, including Cardiovascular Care | New York |  | X |

11