# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>*ALL DIRECT ACTION PLAINTIFF ACTIONS* | Case No. 1:24-cv-06795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**[PROPOSED] CASE MANAGEMENT ORDER      :
SELECTION OF DISCOVERY BELLWETHER DIRECT ACTION PLAINTIFFS**

On October 23, 2025, this Court issued Case Management Order ("CMO") No. 20, setting forth the process for the selection of Discovery Bellwether Direct Action Plaintiffs ("Discovery Bellwether DAPs").

In accordance with Paragraphs 8 and 9 of CMO 20, on October 27, 2025, the Direct Action Plaintiff Executive Committee ("DAP EC") and Defendants simultaneously exchanged their initial selections of eligible DAPs as Discovery Bellwether DAPs. As the parties selected two overlapping DAPs, on October 30, 2025, proceeded to select two replacements.

Following the selection process, the parties informed the Court that the following entities have been selected as the Discovery Bellwether DAPs that will proceed through the pre-trial schedule set forth in CMO 17, up to and including the Court's determination on summary judgment motions. The parties submitted information to the Court that has been deemed by Defendants as CONFIDENTIAL – OUTSIDE COUNSEL ONLY pursuant to CMO 12.

| | Practice Name | Case Name | Case No. |
|---|---|---|---|
| 1 | Advanced Spinal Care & Associates LLC | Advanced Spinal Care & Associates LLC et al v. Multiplan Corp. et al | 25-cv-00080 |
| 2 | Adventist Health System Sunbelt Healthcare Corporation | Adventist Health System Sunbelt Healthcare Corporation v. MultiPlan, Inc. | 24-cv-06803 |

|   | Practice Name | Case Name | Case No. |
|---|---|---|---|
| 3 | Adventist Healthcare, Inc. | Adventist HealthCare Inc v. Multiplan | 25-cv-09586 |
| 4 | American Surgical Arts, P.C. | American Surgical Arts, P.C., v. Multiplan, Inc. et al | 24-cv-08519 |
| 5 | AMS Pro Group LLC dba Wish Recovery | AMS Pro Group LLC v. Multiplan, Inc. et al | 24-cv-07157 |
| 6 | Ascension Health | Ascension Health v MultiPlan, et al. | 25-cv-09421 |
| 7 | Avenue Recovery Center of Bucks LLC | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 |
| 8 | Bergen Surgical Specialists, PA | 307 Holdings LLC et al v. Multiplan, Inc. et al | 24-cv-10943 |
| 9 | Center for Orthopaedics & Spine, LLC | Center for Orthopaedics & Spine LLC v MultiPlan, et al. | 24-cv-11401 |
| 10 | CHS/Community Health System, Inc. | CHS/Community Health Systems, Inc. v. MultiPlan, Inc. | 24-cv-06804 |
| 11 | Cogent Healthcare of North Carolina, P.C. | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 |
| 12 | Cogent Healthcare of Texas, P.A | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 |
| 13 | Cusimano Plastic Surgery, LLC | Cusimano Plastic Surgery, LLC, v. Multiplan, Inc. et al | 24-cv-08520 |
| 14 | Elite Surgical Specialists PC | Affinity Surgical Associates et al v. Multiplan, Inc. et al | 24-cv-10939 |
| 15 | Emergency Physician Services of New York, P.C. | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 |
| 16 | Emergency Services of Oklahoma, P.C. | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 |
| 17 | Heritage Surgical Group, LLC | Heritage General and Colorectal, PA et al v. Multiplan, Corp. et al | 24-cv-12517 |
| 18 | Hospitalist Medicine Physicians of New Mexico - Clovis, LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 |
| 19 | Hospitalist Medicine Physicians of Texas - Houston, PLLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 |
| 20 | Kentuckiana Detox & Rehab Center LLC dba Avenues Recovery Center at Louisville | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 |
| 21 | LNA Realty Inc. dba Luxe Recovery | LNA Realty Inc. v. Multiplan Inc et al | 24-cv-07163 |
| 22 | New Hampshire Detox and Rehab LLC dba Avenues Recovery Center | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 |

|    | Practice Name | Case Name | Case No. |
|----|---------------|-----------|----------|
|    | At Dublin |  |  |
| 23 | Sadeghi Center for Plastic Surgery | Bruce S. Goldenberg MD et al v. Multiplan, Inc. et al | 24-cv-10945 |
| 24 | Sandusky Anesthesia LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 |
| 25 | Samwell Institute For Pain Management | Professional Orthopaedic Associates et al v. MultiPlan, Inc. et al | 24-cv-10947 |
| 26 | Sound Physicians Emergency Medicine of South Carolina, LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 |
| 27 | Sound Physicians of Illinois LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 |
| 28 | South Sound Inpatient Physicians, PLLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 |
| 29 | Southeastern Emergency Physicians, LLC | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 |
| 30 | Tarzana Recovery Center | Tarzana Recovery Center v. Multiplan, Inc. et al | 24-cv-07169 |
| 31 | Tennessee Interventional and Imaging Associates PLLC | Tennessee Interventional and Imaging Associates, PLLC v. Multiplan | 25-cv-09953 |
| 32 | Texas Health Resources | Texas Health Resources v. MultiPlan, Inc. | 24-cv-11299 |
| 33 | Texas Medicine Resources, LLP | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 |
| 34 | The Meadowglade, LLC | Bailard House, LLC et al v. Aetna, Inc. et al | 24-cv-08109 |
| 35 | The Methodist Hospital d/b/a Houston Methodist | The Methodist Hospital d/b/a Houston Methodist Hospital v. Claritev Corporation et al | 25-cv-09349 |
| 36 | Wellness Medical Services of Manhattan | Everest Medical Associates et al v. Multiplan, Inc. et al | 24-cv-10950 |

It is hereby ORDERED that the Court has selected the above DAPs as Discovery Bellwether DAPs pursuant to CMO 20.

SO ORDERED this ____ day of _____, 2025.

Honorable Matthew F. Kennelly
United States District Judge