# EXHIBIT B

| # | Agreed Terms | Plaintiff's Terms | Hits | Hits+Families | MultiPlan's Terms | Hits | Hits +Families | Ruling |
|---|---|---|---|---|---|---|---|---|
| 1a | CAB OR "Client Advisory" OR ClientAdvisory* OR Advisory Board | | | | | | | |
| 1b | (Laguna OR Torrey Pines OR Montage OR retreat* OR conference*)<br><br>**Apply filter string to condition the hits on any non-MultiPlan Defendant names** | | | | | | | |
| 2 | (performance w/5 (report OR reports)) OR (utilization w/5 (report OR reports)) OR (appeal* w/5 (report OR reports)) OR (governance w/5 (report OR reports)) OR "performance activit*" | | | | | | | |
| 5 | (project w/10 priorit*) | | | | | | | |
| 13 | ("advisory group*" OR "user* group*" OR "advisory board" OR roundtab* OR "focus group*") w/25 (recommend* OR meet* OR agenda* OR present* OR (reference w/5 pric*) OR "RBP" OR analytic* based service* OR iSight OR | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*)) | | | | | | | |
| 14 | ("advisory group*" OR "user* group*" OR "advisory board" OR roundtab* OR "focus group*") w/50 ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer" OR PlanOpti* OR "Plan Optix" OR "Plan Optics") | | | | | | | |
| 20 | (barrier* w/2 (entry OR growth OR expansion)) w/25 "PPO" | | | | | | | |
| 25a | (compar* OR model* OR analy* OR resembl* OR contrast* OR similar* OR align* OR differ*) w/50 ((pric* w/5 (claim* w/5 negotiat*) OR "HST") AND ((usual w/3 customary) OR UCR OR UNC OR UCC OR (prevail* w/5 (charg* OR pric*)) OR | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (reasonable w/3 customary))) | | | | | | | | |
| 25b | (compar* OR model* OR analy* OR resembl* OR contrast* OR similar* OR align* OR differ*) w/50 ((pric* w/5 ("ProPricer" OR "Pro Pricer")) AND ("R&C" OR FAIR OR "allowed amount*" OR Ingenix OR OptumInsight OR "billed charge*" OR Naviguard* OR Zelis* OR ELAP*)) | | | | | | | | |
| 27a | (pric* w/5 ((claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer")) AND ((compar* OR model* OR analys* OR Resembl* OR contrast* OR similar* OR align* OR differ*) w/25 ((usual w/3 customary) OR "UCR" OR "UNC" OR "UCC" OR (prevail* w/5 (charg* OR pric*)) OR (reasonable w/3 customary))) | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29 | ((budget* OR spend* OR limit* OR suppress* OR control* OR perform*) w/5 (claim* w/3 process*)) OR "loss adjustment expense*" | | | | | | | | |
| 32 | (balance w/5 bill*) AND (("OON" OR "out of network" OR "out-of- network" OR nonpar* OR non-par* OR "ONET") w/25 (servic* OR healthcare OR treat* OR claim* OR care*)) AND ((provider* w/5 (abil* OR able)) OR ((estimat* OR project* OR analys*) w/5 frequency)) | | | | | | | | |
| 33 | abrasion* | | | | | | | | |
| 36 | (stop* OR ceas* OR minimiz* OR lessen* OR address* OR deal* OR end* OR suppres* OR limit*) AND ((abrasion OR "pushback" OR "push* back") w/25 ((recommend* w/3 pric*) OR (reference w/5 pric*) OR "RBP" OR analytic* based service* OR iSight OR "DiS" OR DataiSight OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*) OR "FNX" OR (financial w/5 negotiat*))) | | | | | | | |
| 37 | (stop* OR ceas* OR minimiz* OR lessen* OR address* OR deal*) AND ((abrasion OR pushback OR "push* back") w/25 ((claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer")) | | | | | | | |
| 62 | (("claim* info*" OR "claim* data") w/25 (shar* OR exchang* OR submi*)) w/50 (complian* OR comply* OR approv* OR regulat* OR violat* OR unlawful OR illegal* OR legal* OR permis* OR impermis* OR trouble OR problem OR risk OR "DOJ" OR "DOL" OR Congress* | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | OR "grand jury" OR proffer* OR antitrust OR "anti-trust" OR Sherman OR anticompet* OR anti-compet*) | | | | | | | |
| 77 | (PlanOpti* OR "Plan Optix" OR "Plan Optics") w/25 (dev* OR "use case" OR "use cases" OR design* OR updat* OR manual* OR guid* OR "source code" OR data* OR anonym* OR deanony* OR decod* OR "figure out" OR capab* OR market* OR meet* OR met OR call* OR present* OR slide* OR deck* OR note* OR record* OR implement* OR agreement*) | | | | | | | |
| 88 | (PlanOpti* OR "Plan Optix" OR "Plan Optics") | | 17,854 | 9,527 | | 17,854 | 9,527 | |
| 3a | | (perform* OR utiliz* OR appeal*) w/10 ((recommend* w/3 pric*) OR iSight OR "DiS" OR Viant OR "RBP" OR analytic* based services OR reference based pricing OR negotiation service* OR "FNX" OR (financ* w/5 negotiation) OR (claim* w/5 negotiat*) OR | 225,572 | 538,289 | (perform* OR utiliz* OR appeal*) w/5 (iSight OR "DiS" OR Viant OR "RBP" OR analytics based services OR reference based pricing OR negotiation service* OR "FNX" OR "HST" OR "Pro Pricer" OR "ProPricer") | 145,336 | 375,657 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "HST" OR "Pro Pricer" OR "ProPricer") | | | | | |
| 8 | | ((reference w/2 pric*) OR RBP OR OR DataiSight OR iSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR "FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "Pro Pricer" OR "ProPricer")<br><br>**Apply filter string to condition the hits on two or more non-MultiPlan Defendant names** | 277,723 | 502,358 | ((reference w/2 pric*) OR RBP OR OR DataiSight OR iSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR "FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "Pro Pricer" OR "ProPricer")<br>**Apply filter string to condition the hits on two or more non-MultiPlan Defendant names** | 285,089 | 514,876 |
| 9 | | (Piper* OR AHIP* OR BofA OR Bank of America OR roadshow OR road show* OR roadshows OR "FAIR Health" OR "Naviguard" OR ((trade assoc*) w/5 (meet* OR "met" OR conf* OR call*))) AND ((recommend* w/3 service*) OR benchmark* OR "RBP" OR analytic* based service* OR (reference w/3 pric*) OR "FNX" OR (financ*w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 17,428 | 53,594 | (Piper* OR AHIP* OR BofA OR Bank of America OR (roadshow OR road show OR roadshows OR "FAIR Health" OR "Naviguard" OR ((trade assoc*) w/2 (meet* OR "met" OR conf* OR call*))) AND ("RBP" OR analytics based service* OR reference based pricing OR "FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer")<br>**Apply filter string to** | 13,244 | 39,986 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Apply filter string to condition the hits on two or more non-MultiPlan Defendant names** | | | **condition the hits on two or more non-MultiPlan Defendant names** | | |
| 10 | | (Piper* OR AHIP* OR BofA OR Bank of America OR roadshow OR road show* OR roadshows OR "FAIR Health" OR "Naviguard" OR ((trade assoc*) w/5 (meet* OR "met" OR conf* OR call*))) AND (iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*))<br><br>**Apply filter string to condition the hits on two or more non-MultiPlan Defendant names** | 18,555 | 58,032 | (Piper* OR AHIP* OR BofA OR Bank of America OR roadshow OR road show* OR roadshows OR "FAIR Health" OR "Naviguard" OR ((trade assoc*) w/2 (meet* OR "met" OR conf* OR call*))) AND (iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service*)<br>**Apply filter string to condition the hits on two or more non-MultiPlan Defendant names** | 18,323 | 55,881 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | | (Contract* OR "SOW" OR "statement of work" OR (amend*) OR "side letter" OR agreement OR agreements OR "MOU" OR "MOA" OR "LOI" or "LOA") w/20 ("RBP" OR analytics based service* OR reference based pricing OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR negotiation service*)<br><br>**Apply search term filter string to condition the hits on any non- MultiPlan Defendant name** | 43,503 | 157,560 | (Contract* OR "SOW" OR "statement of work" OR (amend*) OR "side letter" OR agreement OR agreements OR "MOU" OR "MOA" OR "LOI" or "LOA") w/15 ("RBP" OR analytics based service* OR reference based pricing OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service*)<br><br>**Apply search term filter string to condition the hits on any non- MultiPlan Defendant name** | 39,062 | 146,056 |
| 12 | | (Contract* OR "SOW" OR "statement of work" OR (amend*) OR "side letter" OR agreement OR agreements OR "MOU" OR "MOA" OR "LOI" or "LOA") w/20 ("FNX" OR financial negotiation*  OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer")<br><br>**Apply search term filter string to condition the hits on any non- MultiPlan Defendant name** | 24,625 | 82,073 | (Contract* OR "SOW" OR "statement of work" OR (amend*) OR "side letter" OR agreement OR agreements OR "MOU" OR "MOA" OR "LOI" or "LOA") w/15 ("FNX" OR financial negotiation*  OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer")<br><br>**Apply search term filter string to condition the hits on any non- MultiPlan Defendant name** | 21,421 | 70,828 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | | (compet* OR altern* OR substit* OR share* OR market* OR interchang* OR switch*) w/25 (RBP OR analytic* based service* OR reference based pricing OR iSight OR DataiSight OR Viant* OR "DiS" OR "DIP" OR "OON" OR "out of network" OR "reference based" OR ONET OR Zelis OR ELAP) | 171,760 | 448,148 | (compet* OR altern* OR substit*) w/10 (RBP OR analytics based services OR reference based pricing OR iSight OR DataiSight OR "DiS" OR "DIP" OR "OON" OR "out of network" OR "reference based") | 22,889 | 80,003 | |
| 16 | | (compete OR competes OR competing OR competit* OR altern* OR substit* OR share OR shares OR (market NOT w/1 (street OR st)) OR markets OR marketplace OR marketplaces OR interchang* OR switch*) w/25 (MultiPlan OR Claritev OR "Multi Plan" OR "MP" OR "MPI") | 412,425 | 905,029 | (compet* OR altern* OR substit*) w/5 (MultiPlan OR Claritev) | 23,834 | 84,269 | |
| 17 | | (compet* OR altern* OR share* OR market* OR interchang* OR switch*) w/25 (("OON" OR "out of network" OR non-par* OR nonpar*) w/25 (servic* OR "healthcare" OR treat* OR claim* OR care*)) | 40,717 | 138,024 | (compet* OR altern* OR substit* OR interchang* OR switch*) w/15 (("OON" OR "out of network" OR non-par* OR nonpar*) w/10 (servic* OR "healthcare" OR treat* OR claim*)) | 4,830 | 20,211 | |
| 18 | | (elastic* OR inelastic* OR interchang*) AND (("OON" OR "out of network" OR non-par* OR nonpar* OR ONET* or non-contract* OR noncontract*) w/25 (servic* OR "healthcare" OR treat* OR claim* OR care)) | 7,125 | 43,344 | (elastic* w/2 ("demand" OR "supply")) AND (("OON" OR "out of network" OR non-par* OR nonpar*) w/25 (servic* OR "healthcare" OR treat* OR claim*)) | 63 | 157 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | | ((market share*) OR (enrollment share*) OR "shares of covered lives" OR revenue*) w/50 (("OON" OR "out of network" OR non-par* OR nonpar* OR ONET OR non-contract* OR non-contract*) w/25 (servic* OR "healthcare" OR treat* OR claim* OR care*)) | 23,253 | 105,150 | ((market share*) OR (enrollment shares*) OR "shares of covered lives" OR revenue*) w/15 (("OON" OR "out of network" OR non-par* OR nonpar*) w/10 (servic* OR "healthcare" OR treat* OR claim*)) | 7,970 | 40,261 | |
| 21 | | (acqui* OR merge* OR "joint venture" OR "JV" OR licens* OR patent* OR buy* OR purchas* OR invest*) w/25 ((recommend* w/3 pric*) OR (reference w/5 pric*) OR "RBP" OR analytic* based service* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR NCN* OR iZoom* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*) OR "FNX" OR (financial w/5 negotiat*)) | 108,594 | 296,358 | (acqui* OR merge* OR merging OR "joint venture" OR "JV" OR licens* OR patent*) w/5 (RBP OR analytics based services OR reference based pricing OR iSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR "FNX" OR financial negotiation*) | 30,675 | 90,130 | |
| 22 | | (acqui* OR merge* OR "joint venture" OR JV OR licens* OR patent* OR buy* OR purchas* OR invest*) w/25 ((claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer" OR "Health Sciences Technology") | 25,368 | 71,373 | (acqui* OR merge* OR merging OR "joint venture" OR "JV" OR licens* OR patent*) w/5 (claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer" OR "Health Sciences Technology") | 7,415 | 20,414 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23a | | (compar* OR model* OR analy* OR resembl* OR contrast* OR similar* OR align* OR differ*) w/25 ((pric* w/5 "OON Services" OR recommend*)) OR (reference w/5 pric*) OR "RBP" OR analytic* based service* OR iSight OR "DiS" OR DataiSight OR "DIP") AND ((usual w/3 customary) OR "UCR" OR "UNC" OR (prevail* w/5 (charg* OR pric*)) OR (reasonable w/3 customary) OR "R&C") | 40,739 | 152,913 | (compar* OR model* OR analys* OR Resembl* OR contrast*) w/15 (((pric* w/2 "out of network") OR iSight OR DataiSight OR "DiS" OR "DIP") AND ("usual and customary" OR "UCR" OR "reasonable and customary" OR "R&C" OR "FAIR" OR allowed amount* OR Ingenix OR OptumInsight OR "providers' billed charges" OR "prices generated by Naviguard")) | 6,224 | 29,336 |
| 23b | | (compar* OR model* OR analy* OR resembl* OR contrast* OR similar* OR align* OR differ*) w/50 (pric* w/5 ("FAIR" OR allowed amount* OR Ingenix OR OptumInsight OR "billed charge*" OR Naviguard* OR Zelis* OR ELAP*)) | 15,597 | 74,005 | (compar* OR model* OR analys* OR Resembl* OR contrast*) w/15 ("usual and customary" OR "UCR" OR "reasonable and customary" OR "R&C" OR "FAIR" OR allowed amount* OR Ingenix OR OptumInsight OR "providers' billed charges" OR "prices generated by Naviguard") | 32,763 | 117,493 | |
| 24a | | (compar* OR model* OR analy* OR resem* OR contrast* OR similar* OR align* OR differ*) w/50 ((pric* w/5 (Viant* OR IPR OR OPR OR ((percent* OR "##\u0025) w/5 (CMS OR MAC OR Medicare)) OR (negotiat* w/5 service?) OR FNX)) AND ((usual w/3 customary) OR UCR OR UNC OR (prevail* w/5 (charg* OR pric*)) OR (reasonable w/3 customary) OR "R&C" OR FAIR OR allowed amount* OR | 7,676 | 35,532 | (compar* OR model* OR analys* OR Resembl* OR contrast*) AND ((pric* w/2 (Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/10 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR "FNX" OR financial negotiation*) w/10 ("usual and customary" OR "UCR" OR "reasonable and customary" OR "R&C" OR "FAIR" OR allowed amount* | 2,682 | 17,255 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Ingenix OR OptumInsight OR "billed charge*" OR Naviguard* OR Zelis* OR ELAP*)) | | | OR Ingenix OR OptumInsight OR "billed charge*" OR Naviguard))) | | |
| 24b | | (compar* OR model* OR analy* OR resembl* OR contrast* OR similar* OR align* OR differ*) w/50 ((pric* w/5 (financial w/5 negotiat*)) AND ((usual w/3 customary) OR UCR OR UNC OR (prevail* w/5 (charg* OR pric*)) OR (reasonable w/3 customary) OR "R&C" OR FAIR OR "allowed amount*" OR Ingenix OR OptumInsight OR "billed charge*" OR Naviguard* OR Zelis* OR ELAP*)) | 218 | 5,861 | | | |
| 26 | | (compar* OR model* OR analy* OR resembl* OR contrast* OR similar* OR align* OR differ*) w/25 ((usual w/3 customary) OR "UCR" OR "UNC" OR "UCC" OR (prevail* w/5 (charg* OR pric*)) OR (reasonable w/3 customary) OR "R&C" OR "FAIR" OR "allowed amount*" OR Ingenix OR OptumInsight OR " billed charge*" OR | 125,501 | 378,390 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Naviguard* OR Zelis* OR ELAP*) | | | | | | |
| 27b | | (pric* w/5 ((claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer")) AND ((compar* OR model* OR analys* OR Resembl* OR contrast* OR similar* OR align* OR differ*) w/25 ("R&C" OR "FAIR" OR "allowed amount*" OR Ingenix OR OptumInsight OR " billed charge*" OR Naviguard OR Zelis OR ELAP)) | 9,782 | 43,298 | (pric* w/5 ((claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer")) AND ((compar* OR model* OR analys* OR Resembl* OR contrast* OR similar* OR align* OR differ*) w/15 ("R&C" OR "FAIR" OR "allowed amount*" OR Ingenix OR OptumInsight OR " billed charge*" OR Naviguard)) | 7,371 | 33,916 | |
| 28 | | ((polic* OR guid* OR train* OR templ*) w/25 (pric* OR set* OR reimbur* OR fix* OR control* OR limit* OR curtail* OR suppress* OR align* OR similar* OR same)) w/50 (negotiat* OR review* OR approv* OR measur* OR recommend* OR strateg* OR formula* OR method* OR "out of network" OR "out-of-network" OR OON OR noncontract* OR noncontract* OR nonpar* or nonpar* OR ONET) | 130,107 | 383,230 | (polic* OR guid* OR train* OR templ*) AND ((pric* OR setting OR settings OR reimbur*) w/10 (negotiat* OR review* OR approv* OR measur* OR recommend* OR "out of network" OR "OON")) | 153,505 | 487,640 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30a | | (develop* OR evaluat* OR test* OR approv* OR code* OR coding* OR debug* or updat*) w/50((model* OR formula* OR algo* OR software OR code* OR product OR increment* OR sprint* OR agile* OR scrum* OR stand-up OR standup) AND ("OON" OR "out-of-network" OR "out of network" OR non-par* OR nonpar* OR noncontract* OR non-contract* OR ONET OR (recommend* w/3 pric*) OR (reference w/5 pric*))) | 162,951 | 451,125 | | | | |
| 30b | | (develop* OR evaluat* OR test* OR approv* OR code* OR coding* OR debug* or updat*) w/50 ((model* OR formula* OR algo* OR software OR code* OR product OR increment* OR sprint* OR agile* OR scrum* OR stand-up OR standup) AND ("RBP" OR analytic* based service* OR iSight OR "DiS" OR DataiSight OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*)) | 275,781 | 663,877 | (develop* OR evaluat* OR test* OR approv*) w/10 ((model* OR formula* OR algorithm*) AND ("OON" OR "out-of-network" OR "out of network" OR recommend* OR "RBP" OR analytics based services OR reference based pricing OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR percent* CMS OR percent* MAC OR percent* Medicare OR "##\u0025" CMS OR "##\u0025" MAC OR "##\u0025" Medicare OR negotiation service*)) | 1,611 | 5,898 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31 | | (develop* OR evaluat* OR test* OR approv* OR code* OR coding* OR debug* or updat*) w/50 ((model* OR formula* OR algo* OR software OR code* OR product OR increment* OR sprint* OR agile* OR scrum* OR stand-up OR standup) AND ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer")) | 184,391 | 470,829 | (develop* OR evaluat* OR test* OR approv*) w/10 ((model* OR formula* OR algorithm*) AND ("FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer")) | 687 | 2,400 | |
| 34 | | (reduc* OR prevent* OR lower* OR curtail* OR inhibit* OR stop* OR end* OR limit*) AND (pushback OR "push* back") | 43,654 | 122,758 | ((reduc* OR prevent* OR lower* OR curtail* OR inhibit*) AND (abrasion OR "pushback" OR "push back")) w/25 (iSight OR DiS OR DIP OR Viant OR IPR OR OPR OR percent* CMS OR percent* MAC OR percent* Medicare OR "##\u0025" CMS OR "##\u0025" MAC OR "##\u0025" Medicare OR negotiation service* OR FNX OR financial negotiation*) | 542 | 1,547 | |
| 38 | | ((provider* OR doctor* OR physician*) w/8 (exclu* OR "not accept" OR "not see" OR "not treat" OR refus* OR declin* OR cancel* OR "turn* away")) w/40 ("OON" OR "out of network" OR "out-of-network") | 11,694 | 34,087 | provider w/8 ((exclu* OR "not accept" OR "not see" OR "not treat" OR refus* OR declin* OR cancel* OR "turn away") AND ("OON" OR "out of network")) | 2,439 | 7,022 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39 | | (complain* OR concern* OR inquir* OR question* OR issue* OR problem*) w/25 ((pric* OR payment*) w/25 ((recommend* w/3 pric*) OR (reference w/5 pric*) OR RBP OR analytic* based service* OR iSight OR "DiS" OR DataiSight OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*))) | 63,023 | 188,617 | (complain* OR concern* OR inquir* OR issue* OR problem*) AND ((pric* OR payment OR payments) w/5 ("RBP" OR analytics based services OR reference based pricing OR recommend* OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service*)) | 144,266 | 442,502 | |
| 40 | | (complain* OR concern* OR inquir* OR question* OR issue* OR problem*) w/25 ((pric* OR payment*) w/25 ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer")) | 28,454 | 82,433 | (complain* OR concern* OR inquir* OR issue* OR problem*) AND ((pric* OR payment OR payments) w/5 ("FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer")) | 34,785 | 121,376 | |
| 41 | | (complain* OR concern* OR inquir* OR advoca* or question* OR issue* OR problem*) w/25 (balanc* w/5 bill*) | 54,458 | 160,017 | (complain* OR concern* OR inquir* OR issue* OR problem*) w/8 (balance w/3 bill*) | 23,933 | 79,160 | |
| 42 | | (complain* OR concern* OR inquir* OR anger* OR angry OR question* OR issue* OR problem*) w/25 (pric* OR repric*) w/25 (OON OR ONET OR out of network OR non-par* OR nonpar*) | 19,390 | 57,475 | (complain* OR concern* OR inquir*) w/10 ((pric* w/2 determin*) OR repric*) | 11,894 | 42,994 | |
| 43 | | (calculat* OR determin* OR adjudicat* OR compute* OR decid*) w/50 ((allowed w/5 amount*) OR (usual w/3 customary) OR "UCR" OR "UNC" OR "UCC") | 53,863 | 191,674 | calculat* w/5 ("allowed amount" OR "usual and customary" OR "UCR") | 11,710 | 52,218 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 44 | | ((mean* OR method* OR data* OR formula* OR algorithm* OR benchmark*) w/25 (adjudicat* OR set OR determin* OR (recommend* w/3 pric*) OR decid* OR calculat* OR comput*)) AND ((reference w/5 pric*) OR "RBP" OR analytic* based service* OR iSight OR "DiS" OR DataiSight* OR iSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*) OR "FNX" OR (financial w/2 negotiat*)) | 183,996 | 532,191 | (mean OR means OR method* OR data*) w/2 ((adjudicat* OR "set" OR determin* OR recommend*) AND (iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR "FNX" OR financial negotiation*)) | 10,180 | 44,231 | |
| 45 | | ((mean* OR method* OR data* OR formula* OR algorithm* OR benchmark*) w/25 (adjudicat* OR set OR determin* OR (recommend* w/3 pric*) OR decid* OR calculat* OR comput*)) AND ((claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 87,596 | 299,174 | (mean* OR method* OR data* OR formula OR benchmark*) w/5 ((adjudicat* OR "set" OR determin* OR recommend*) AND (claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer")) | 720 | 2,473 | |
| 46 | | (percent* OR benchmark* OR "cap" OR limit* OR bound* OR parameter* OR "TAT" or incentiv*) w/15 ((recommend* w/3 pric*) OR (reference w/2 pric*) OR "RBP" OR analytic* based service* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR | 187,378 | 514,519 | ("dataset percentile" OR benchmark* OR "cap" OR appeal parameters OR negotiation parameters) w/5 (iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service*) | 42,814 | 154,087 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "MAC" OR Medicare)) OR (negotiat* w/5 service*)) | | | | | |
| 47 | | (percent* OR benchmark* OR "cap" OR limit* OR bound* OR parameter* OR "TAT" OR incentiv*) w/25 ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 111,699 | 324,594 | ("dataset percentile" OR benchmark* OR "cap" OR appeal parameters OR negotiation parameters) w/5 ("FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer") | 10,927 | 33,079 |
| 48 | | ((report* OR update* OR review* OR meet* OR present* OR agenda* OR notes OR deck) w/15 (month* OR year* OR annual* OR quarter*)) AND ((recommend* w/3 pric*) OR (reference w/5 pric*) OR "RBP" OR analytic* based service* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*)) | 202,151 | 579,845 | (report* OR updat* OR review* OR present* OR meet* OR agenda* OR notes OR deck) w/5 ((monthly OR year OR annual OR quarterly) AND (recommend* OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC"OR Medicare)) OR negotiation service*)) | 13,040 | 38,846 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 49 | | ((report* OR update* OR review* OR meet* OR present* OR agenda* OR notes OR deck) w/15 (month* OR year* OR annual* OR quarter*)) AND ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 133,971 | 411,742 | (report* OR update* OR review*) w/2 ((monthly OR year OR annual OR quarterly) AND ("FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer")) | 2,566 | 5,513 | |
| 50 | | (method* OR capab* OR function* OR effect* OR tool* OR formula* OR algorithm* OR result*) w/25 ((recommend* w/3 pric*) OR (reference w/5 pric*) OR "RBP" OR analytic* based service* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare) OR (negotiat* w/5 service*) OR "FNX" OR (financial w/5 negotiat*)) | 259,283 | 661,844 | (method* OR capab* OR function* OR effect*) w/5 (recommend* OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR "FNX" OR financial negotiation*) | 81,889 | 260,456 | |
| 51 | | (method* OR capab* OR function* OR effect* OR tool* OR formula* OR algorithm OR result*) w/25 ((claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 72,089 | 240,174 | (method* OR capab* OR function* OR effect*) w/5 ("RBP" OR analytics based services OR reference based pricing OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer") | 9,400 | 30,077 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52 | | (benefit OR "data source" OR plan* OR "SPD") w/25 ((recommend* w/3 pric*) OR (reference w/2 pric*) OR "RBP" OR analytic* based service* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/2 service*)) | 206,125 | 552,134 | (benefit OR data source) w/5 ("RBP" OR analytics based services OR reference based pricing OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service*) | 35,448 | 128,831 |
| 53 | | (benefit OR "data source" OR plan* OR "SPD") w/25 ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer*" OR "Pro Pricer") | 118,304 | 325,340 | (benefit OR data source) w/5 ("FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer") | 8,349 | 31,864 |
| 54 | | (compar* OR contrast* OR similar* OR same OR analy* OR dissim* OR alternat* OR substit* OR replac*) w/25 ("FAIR" OR Ingenix OR Zelis* OR ELAP*) | 36,260 | 123,484 | (compar* w/5 ("FAIR" OR Ingenix)) | 2,536 | 13,452 |
| 55a | | ((rate* OR percent* OR often* OR frequent* OR always OR "90%" OR "91%" OR "92%" OR "93%" OR "94%" OR "95%" OR "96%" OR "97%" OR "98%" OR "99%" OR "100%" OR rare* OR exception*) w/15 (accept* OR reject* OR modif* OR appeal* OR "Patient advocacy" OR "PAD" OR "single case agreement*" OR "SCA")) AND ((pric* w/5 (determin* OR recommend* OR adjudicat*)) OR (reference w/5 pric*) OR | 119,002 | 373,184 | (rate OR rates)  AND ((accept* OR reject* OR appeal* OR Patient advocacy letter OR Patient advocacy letters OR single case agreement OR single case agreements) w/5 (price determination OR price recommendation OR reference based pricing OR "RBP" OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR percent* CMS OR percent* MAC OR percent* Medicare OR | 50,894 | 173,955 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "RBP" OR analytic* based service* OR iSight OR "DiS") | | | "##\u0025" CMS OR "##\u0025" MAC OR "##\u0025" Medicare OR negotiation service*)) | | |
| 55b | | ((rate* OR percent* OR often* OR frequent* OR always OR "90%" OR "91%" OR "92%" OR "93%" OR "94%" OR "95%" OR "96%" OR "97%" OR "98%" OR "99%" OR "100%" OR rare* OR exception*) w/15 (accept* OR reject* OR modif* OR appeal* OR "Patient advocacy" OR "PAD" OR "single case agreement*" OR "SCA")) AND (DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##%") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*)) | 106,445 | 363,932 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 56a | | ((rate* OR percent* OR often* OR frequent* OR always OR "90%" OR "91%" OR "92%" OR "93%" OR "94%" OR "95%" OR "96%" OR "97%" OR "98%" OR "99%" OR "100%" OR rare* OR exception*) w/15 (accept* OR reject* OR appeal* OR "Patient advocacy*" OR "PAD" OR "SCA" OR "single case agreement*")) AND ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 84,220 | 299,041 | ((rate OR rates) w/2 (accept* OR reject* OR appeal* OR Patient advocacy letter OR Patient advocacy letters OR single case agreement OR single case agreements)) w/5 (analytics based services OR "FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer") | 2,903 | 9,544 | |
| 57 | | ((financial w/2 negotiat*) OR "FNX") w/25 (present* OR slide* OR deck* OR underpay* OR underpaid OR recording* OR transcript* OR polic* OR guid* OR manual OR handbook* OR train* OR complain* OR hotline* OR "TAT" OR incent* OR chat*) | 67,360 | 184,947 | (financial negotiation OR "FNX") w/5 (present* OR slide OR slides OR deck OR decks OR underpay* OR "underpaid" OR recording* OR transcript* OR polic* OR guid* OR manual OR manuals OR handbook OR handbooks OR training* OR complain* OR hotline OR hotlines) | 19,434 | 58,244 | |
| 58 | | (delegat* OR authori* OR responsib* OR agen* OR control* OR drive*) w/25 (repric* OR pric* OR (reference w/5 pric*) OR "RBP" or analytic* based service* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*)) | 61,674 | 198,981 | (delegat* OR author* OR responsib* OR agen*) w/10 (iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation services*) **Apply search term filter string to condition the hits on MultiPlan and any non-MultiPlan Defendant name** | 14,172 | 49,310 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **\*\*\* Limitation: applied search term filter string to condition the hits on MultiPlan and any non-MultiPlan Defendant name** | | | | |
| 59 | | (delegat\* OR authori\* OR responsib\* OR agen\*) w/25 ("FNX" OR (financial w/2 negotiat\*) OR (claim\* w/5 negotiat\*) OR "HST" OR "ProPricer" OR "Pro Pricer")<br><br>**\*\*\* Limitation: applied search term filter string to condition the hits on MultiPlan and any non-MultiPlan Defendant name** | 10,615 | 33,410 | (delegat\* OR authori\* OR responsib\* OR agen\* OR control\* OR drive\*) w/10 ("RBP" OR analytics based services OR reference based pricing OR "FNX" OR financial negotiation\* OR "HST" OR "ProPricer" OR "Pro Pricer")<br><br>**Apply search term filter string to condition the hits on MultiPlan and any non-MultiPlan Defendant name** | 13,847 | 45,820 | |
| 60 | | (((shar\* OR split\* OR div\*) w/5 sav\*) OR "SSP") AND ("out of network" OR "out-of-network" OR "OON" OR non-par\* OR nonpar\* OR noncontract\* OR non-contract\* OR ONET\*) AND (rul\* OR implement\* OR polic\* OR procedur\* OR agreement\* OR analy\* OR discuss\* OR chang\* OR notice\* OR disclos\*OR revenue\* OR profit\*) | 63,147 | 188,780 | ("Shared Savings Program" OR "SSP") AND ("out of network" OR "OON") AND ("rules" OR implement\* OR polic\* OR procedure\* OR agreement\* OR analy\* OR discuss\* OR (chang\* w/2 fee) OR ((notice\* OR disclosure\*) w/2 (sponsor\* OR subscriber\*)) OR "revenue") | 33,744 | 103,811 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 61 | | (("OON" OR "out of network" OR "out-of-network" OR non-par* OR nonpar* OR noncontrac* OR non-contract* OR "ONET") AND (servic* OR healthcare OR treat* OR care* OR claim*)) w/50 (complian* OR comply* OR regulat* OR violat* OR unlawful OR illegal* OR permis* OR impermis* OR trouble OR DOJ OR "DOL" OR Congress* OR "grand jury" OR proffer* OR antitrust OR "anti-trust" OR Sherman OR anticompet* OR anti-compet*) | 65,755 | 247,098 | (pric* AND ("OON" OR "out of network")) AND (servic* OR "healthcare" OR treat* OR claim*)) w/25 (complian* OR comply* OR "regulatory approval" OR violat* OR unlawful OR illegal* OR legality) | 2,268 | 9,244 |
| 63 | | provider* w/10 (terminat* OR cancel* OR ((seek* OR sought* OR submit*) w/5 (payment* OR reimburs*))) | 88,850 | 245,368 | provider* w/8 (terminat* OR cancel* OR ((seek* OR sought* OR submit*) w/5 (payment* OR reimburs*))) | 88,325 | 242,351 |
| 64 | | ("OON" OR "out of network" OR "out-of-network" OR (reference w/5 pric*) OR "RBP" or analytic* based service*) AND ((note* OR minute* OR summar* OR agenda* OR exhibit* OR chart* OR graph* OR present* OR deck* OR slide* OR letter* OR memorand* OR memo* OR list* OR table* OR recording* OR video* OR pre-read) w/25 (board OR director* OR "BOD")) | 45,272 | 175,312 | (("OON" OR "out of network" OR (reference w/2 pric*) OR "RBP") AND (note* OR minute* OR summar* OR agenda* OR exhibit* OR chart* OR graph* OR present* OR deck* OR slide* OR letter* OR memorand* OR memo OR memos OR list* OR table* OR recording OR recordings OR video OR videos OR "pre-read")) w/25 ("board" OR director* OR "BOD") | 9,195 | 41,418 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 65 | | (Governance* OR savings OR "ONET" OR "OON" OR "out of network" OR "out-of-network" OR nonpar* OR non-par* OR noncontract* OR noncontract*) w/15 (meet* or summit*) | 78,028 | 215,251 | Governance w/5 (meet* OR summit*) | 13,005 | 28,696 | |
| 66a | | ((withdraw* OR terminat* OR cancel* OR suspen* OR threat* OR stop* OR paus*) w/25 (contract* OR agree* OR amend* OR "MSA" OR "CSA" OR service* OR "MOU" OR "LOI" OR "LOA" OR "MOA" OR relationship)) AND ("out of network" OR "OON" OR "out-of-network" OR nonpar* OR non-par* OR non-contract* OR non-contract* OR recommend* OR (reference w/5 pric*)) | 106,676 | 352,620 | ((withdraw* OR terminat* OR cancel* OR suspen* OR threat* OR stop* OR paus*) w/5 (contract* OR agreement OR agreements OR "MSA" OR "CSA" OR service*)) AND ("out of network" OR "OON" OR nonpar* OR non-par* OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR "FNX" OR financial negotiation* OR claim negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer") | 67,475 | 208,428 | |
| 66b | | ((withdraw* OR terminat* OR cancel* OR suspen* OR threat* OR stop* OR paus*) w/25 (contract* OR agree* OR amend* OR "MSA" OR "CSA" OR service* OR "MOU" OR "LOI" OR "LOA" OR "MOA" OR relationship)) AND ("RBP" OR analytic* based service* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 | 108,703 | 351,347 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | service*) OR "FNX" OR (financial w/5 negotiat*)) | | | | | |
| 67 | | ((withdraw* OR terminat* OR cancel* OR suspen* OR threat* OR stop* OR paus*) w/25 (contract* OR agree* OR "MSA" OR "CSA" OR service* OR "MOU" OR "LOI" OR "LOA" OR "MOA" OR relationship)) AND ((claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 55,575 | 197,418 | | | |
| 68a | | ((retain* OR retention OR pitch* OR propos* OR meet*) w/25 (contract* OR agree* OR client* OR customer* OR payor* OR insurer* OR TPA* OR MCO* OR "MSA" OR "CSA" OR service* OR MOU* OR MOA* OR LOI* OR LOA*)) AND ("out of network" OR "out-of-network" OR "OON" OR non-par* OR nonpar* OR noncontract* OR non-contract* OR (recommend* w/3 pric*) OR (reference w/5 pric*)) | 170,148 | 511,856 | ((retain* OR "retention" OR pitch* OR propos*) w/5 (contract* OR agreement OR agreements OR "MSA" OR "CSA" OR service*)) AND ("out of network" OR "OON" OR non-par* OR nonpar* OR recommend* OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR "HST" OR "ProPricer" OR "Pro Pricer") | 46,362 | 146,414 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 68b | | ((retain* OR retention OR pitch* OR propos* OR meet*) w/25 (contract* OR agree* OR client* OR customer* OR payor* OR insurer* OR TPA* OR MCO* OR "MSA" OR "CSA" OR service* OR MOU* OR MOA* OR LOI* OR LOA*)) AND ("RBP" or analytic* based service* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 ("CMS" OR "MAC" OR Medicare)) OR (negotiat* w/5 service*)) | 218,132 | 612,446 | | | |
| 69 | | ((retain* OR retention OR pitch* OR propos* OR meet*) w/50 (contract* OR agree* OR client* OR customer* OR payor* OR insurer* OR TPA* OR MCO* OR MSA OR CSA OR service* OR MOU* OR MOA* OR LOI* OR LOA*)) AND ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 197,653 | 550,446 | | | |
| 70 | | ((Pay* OR "paid" OR PSAV* w/10 (calculat* OR invoic* OR amount* OR request* OR record*)) w/25 ("RBP" OR analytic* based service* OR reference based pric* OR iSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR negotiati service*) | 46,087 | 132,291 | ((Pay* OR "paid") w/2 (calculat* OR invoic* OR amount* OR request* OR record*)) w/15 ("RBP" OR analytics based services OR reference based pricing OR iSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR negotiation service*) | 10,467 | 34,540 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71 | | ((Pay* OR "paid" OR PSAV) w/10 (calculat* OR invoic* OR amount OR amounts OR request* OR record*)) w/25 ("FNX" OR financial negotiat* OR claim* negotiat* OR "HST" OR "ProPricer" OR "Pro Pricer") | 19,889 | 60,828 | ((Pay* OR "paid") w/2 (calculat* OR invoic* OR amount OR amounts OR request* OR record*)) w/15 ("FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer") | 2,501 | 16,513 | |
| 72 | | (white paper OR whitepaper* OR white papers OR position paper OR technical paper) w/25 (OON OR "out of network" OR nonpar* OR non- par* OR noncontract* OR non-contract* OR (recommend* w/3 pric*) OR (reference w/5 pric*) OR "RBP" or analytic* based service* OR benchmark* OR iSight OR "DiS" OR DataiSight* OR "DIP" OR Viant* OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 (CMS OR MAC OR Medicare)) OR (negotiat* w/5 service*)) | 5,216 | 11,553 | ("white paper" OR "whitepaper" OR "white papers" OR "whitepapers") w/15 ("OON" OR "out of network" OR nonpar* OR non-par* OR iSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service*) | 4,568 | 9,661 | |
| 73 | | ("white paper" OR whitepaper* OR "white papers" OR "position paper" OR "technical paper") w/25 ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 399 | 1,045 | ("white paper" OR "whitepaper" OR "white papers" OR "whitepapers") w/15 ("FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer") | 322 | 796 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 74 | | (patent* OR software design OR manual* OR guid* OR present* OR slide* OR deck*) w/50 (OON OR "out of network" OR nonpar* OR non-par* OR noncontract* OR non-contract* OR ONET OR (recommend* w/3 pric*) OR (reference w/5 pric*) OR "RBP" or analytic* based service* OR benchmark* OR iSight* OR "DiS" OR DataiSight* OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/5 (CMS OR MAC OR Medicare)) OR (negotiat* w/2 service*)) | 216,479 | 597,148 | (patent* OR "software design" OR manual OR manuals OR guid* OR present* OR slide OR slides OR deck OR decks) w/12 ("RBP" OR analytics based services OR reference based pricing OR iSight OR DataiSight OR "DiS" OR "DIP" OR Viant OR "IPR" OR "OPR" OR ((percent* OR "##\u0025") w/2 ("CMS" OR "MAC" OR Medicare)) OR negotiation service* OR financial negotiation*) | 79,432 | 243,458 | |
| 75 | | (patent* OR "software design" OR manual* OR guid* OR present* OR slide* OR deck*) w/50 ("FNX" OR (financial w/5 negotiat*) OR (claim* w/5 negotiat*) OR "HST" OR "ProPricer" OR "Pro Pricer") | 106,238 | 296,670 | (patent* OR "software design" OR manual OR manuals OR guid* OR present* OR slide OR slides OR deck OR decks) w/12 ("FNX" OR financial negotiation* OR claim* negotiation* OR "HST" OR "ProPricer" OR "Pro Pricer") | 35,253 | 98,007 | |
| 76 | | (pric* OR method* OR formula* OR spend* OR cost* OR strateg*) w/25 (level* OR align* parallel* OR close*OR even*) | 155,645 | 448,996 | (payment w/2 level*) OR (pricing w/2 strateg*)<br><br>**Apply search term filter string to condition the hits on two or more non-MultiPlan Defendant names** | 4,705 | 21,098 | |
| 79g | | (audit* OR unaudit* OR forecast* OR forcast* OR PNL OR "P&L" OR "profit and loss" OR earning* OR (loss* w/3 expens*) OR LAE) w/50 (OON OR ONET* OR "out-of- | 42,087 | 144,810 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | network" OR "non-par*" OR nonpar*) | | | | | |
| 81b | | (Viant* OR HST OR PlanOpti* OR "Plan Optix" OR "Plan Optics" OR ProPricer) w/50 (violat* OR antitrust* OR "anti-trust*" OR Sherman OR anticompet* OR "anti-compet*" OR scheme OR conspir* OR collud* OR litigat* OR attorney* general* OR district attorney* OR sue* OR suit* OR DOJ OR (dep*t w/3 justice) OR FBI OR FTC OR (fed* w/3 commiss*) OR Congress* OR Senat* OR investigat* OR subpoena* OR CID OR (civil w/3 demand) OR OIG OR NYAG OR RICO) | 71,580 | 181,354 | | | |
| 81c | | (iSight* OR iSite* OR iZoom* OR HST OR "Real Time") w/50 (violat* OR antitrust* OR "anti-trust*" OR Sherman OR anticompet* OR "anticompet*" OR scheme OR conspir* OR collud* OR litigat* OR attorney* general* OR district attorney* OR sue* OR suit* OR DOJ OR (dep*t w/3 justice) OR FBI OR FTC OR (fed* w/3 commiss*) OR Congress* OR Senat* OR investigat* OR subpoena* OR CID OR (civil w/3 demand) OR OIG OR NYAG OR RICO) | 74,102 | 186,881 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81d | | (DIS OR DIP OR IPR OR OPR OR MRC*) w/50 (violat* OR antitrust* OR "anti-trust*" OR Sherman OR anticompet* OR "anti-compet*" OR scheme OR conspir* OR collud* OR litigat* OR attorney* general* OR district attorney* OR sue* OR suit* OR DOJ OR (dep*t w/3 justice) OR FBI OR FTC OR (fed* w/3 commiss*) OR Congress* OR Senat* OR investigat* OR subpoena* OR CID OR (civil w/3 demand) OR OIG OR NYAG OR RICO) | 72,940 | 182,065 | | | | |
| 81e | | ("maximum reimbursable charge") w/50 (violat* OR antitrust* OR "antitrust*" OR Sherman OR anticompet* OR "anti-compet*" OR scheme OR conspir* OR collud* OR litigat* OR attorney* general* OR district attorney* OR sue* OR suit* OR DOJ OR (dep*t w/3 justice) OR FBI OR FTC OR (fed* w/3 commiss*) OR Congress* OR Senat* OR investigat* OR subpoena* OR CID OR (civil w/3 demand) OR OIG OR NYAG OR RICO) | 148 | 440 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81f | | (PROBE OR PARS OR FNX) w/50 (violat* OR antitrust* OR "anti-trust*" OR Sherman OR anticompet* OR "anti-compet*" OR scheme OR conspir* OR collud* OR litigat* OR attorney* general* OR district attorney* OR sue* OR suit* OR DOJ OR (dep*t w/3 justice) OR FBI OR FTC OR (fed* w/3 commiss*) OR Congress* OR Senat* OR investigat* OR subpoena* OR CID OR (civil w/3 demand) OR OIG OR NYAG OR RICO) | 46,193 | 130,033 | | | | |
| 81g | | (RBP OR "reference-based pric*" OR repric* OR wrap network*) w/50 (violat* OR antitrust* OR "anti-trust*" OR Sherman OR anticompet* OR "anti-compet*" OR scheme OR conspir* OR collud* OR litigat* OR attorney* general* OR district attorney* OR sue* OR suit* OR DOJ OR (dep*t w/3 justice) OR FBI OR FTC OR (fed* w/3 commiss*) OR Congress* OR Senat* OR investigat* OR subpoena* OR CID OR (civil w/3 demand) OR OIG OR NYAG OR RICO) | 42,587 | 128,162 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81h | | (rental network* OR complement* network*) w/50 (violat* OR antitrust* OR "anti-trust*" OR Sherman OR anticompet* OR "anti-compet*" OR scheme OR conspir* OR collud* OR litigat* OR attorney* general* OR district attorney* OR sue* OR suit* OR DOJ OR (dep*t w/3 justice) OR FBI OR FTC OR (fed* w/3 commiss*) OR Congress* OR Senat* OR investigat* OR subpoena* OR CID OR (civil w/3 demand) OR OIG OR NYAG OR RICO) | 3,351 | 12,274 | | | | |
| 81i | | ("benchmark* service*" OR "pric* servic*") w/50 (violat* OR antitrust* OR "anti-trust*" OR Sherman OR anticompet* OR "anti-compet*" OR scheme OR conspir* OR collud* OR litigat* OR attorney* general* OR district attorney* OR sue* OR suit* OR DOJ OR (dep*t w/3 justice) OR FBI OR FTC OR (fed* w/3 commiss*) OR Congress* OR Senat* OR investigat* OR subpoena* OR CID OR (civil w/3 demand) OR OIG OR NYAG OR RICO) | 1,895 | 8,308 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 82a | | (media OR press* OR news* OR story OR scoop OR expose OR article* OR journalis* OR writer* OR report* OR publici* OR "public relation*" OR PR) w/40 ("Pro Pricer" OR iSight* OR iSite* OR iZoom* OR HST OR Viant* OR "Real Time" OR "Real-Time" OR DIS OR DIP OR IPR OR OPR OR MRC* OR "maximum reimbursable charge" OR PROBE OR PARS OR (negotiat* w/5 service*)) | 386,531 | 763,551 | | | | |
| 82b | | (media OR press* OR news* OR story OR scoop OR expose OR article* OR journalis* OR writer* OR report* OR publici* OR "public relation*" OR PR) w/40 ("Pro Pricer" OR iSight* OR iSite* OR iZoom* OR Viant* OR DIS OR OR MRC* OR "maximum reimbursable charge" OR+ PARS OR (negotiat* w/5 service*)) | 386,531 | 763,551 | | | | |
| 82c | | (media OR press* OR news* OR story OR scoop OR expose OR article* OR journalis* OR writer* OR report* OR publici* OR "public relation*" OR PR) w/40 (FNX OR RBP OR "reference-based pric*" OR repric* OR (wrap w/3 network*) OR (rental w/3 network*) OR (complement* w/3 network*) OR "benchmark* service*" OR "pric* servic*") | 274,444 | 577,150 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 83 | | (polic* OR guid* OR procedur* OR train* OR code* OR manual* OR handbook* OR complian* OR comply) w/50 (compete OR competes OR competing OR competit* OR antitrust* OR "anti-trust*" OR (Sherman w/3 (Act OR Law)) OR anticompet* OR "anti-compet*" OR collab*) | 57,359 | 168,653 | | | | |
| 84 | | ((employ* OR exec* OR manag*) w/50 (review* OR eval* OR promot* OR elevat* OR compensat* OR incentiv* OR bonus* OR termin* OR resign* OR reassign* OR demot* OR quit* OR executive scorecard)) w/100 (PlanOptix OR ProPricer OR iSight OR iZoom OR HST OR Viant OR Real Time OR DIS OR PROBE OR PARS OR negotiat* service* OR FNX OR RBP OR referen* based pric* OR wrap network* OR rental network* OR complem* network* OR pric* servic* OR benchmark* service*) | 171,453 | 471,291 | | | | |
| 86a | | ((BCBS OR "Blue Cross" OR "Blue Shield") w/3 (MN OR Minnesota OR MA OR Massachusetts OR MAS OR Mass OR MI OR Michigan)) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* | 6,128 | 17,410 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | | | | | |
| 86b | | ((BCBS OR "Blue Cross" OR "Blue Shield") w/3 (CA OR California OR "OR" OR Oregon OR UT OR Utah OR WA OR Washington OR "Life and Health")) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 2,443 | 7,787 | | | |
| 86c | | ((BCBS OR "Blue Cross" OR "Blue Shield") w/3 (GA OR Georgia OR CT OR Connecticut OR NV OR Nevada OR "IN" OR Indiana OR KY OR Kentucky OR Maine)) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR | 2,362 | 8,798 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "drop out" OR stop* OR cease* OR minim* OR offline) | | | | | |
| 86d | | ((BCBS OR Blue Cross OR "Blue Shield") w/3 (MO OR Missouri OR NH OR "New Hampshire" OR Empire OR OH OR Ohio OR VA Virginia OR WI OR Wisconsin)) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 431 | 1,862 | | | |
| 86e | | (Aetna* OR "Allied Benefit" OR "Allied National" OR "Benefit Plans Administrators" OR BPA OR BCBSMA) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR | 36,603 | 106,296 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | "drop out" OR stop* OR cease* OR minim* OR offline) | | | | | | |
| 86f | | (Blues OR Cambia OR Asuris OR Bridgespan OR CareFirst OR Centene OR "Health Net" OR "Central States" OR TeamCare OR Cigna*) w/100 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 121,072 | 283,984 | | | | |
| 86g | | (Consociate OR Elevance OR Compcare OR Healthy Alliance Life Insurance OR HALIC OR RightCHOICE OR Right Choice Managed Care OR Anthem* OR HCSC*) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR | 33,009 | 76,312 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "drop out" OR stop* OR cease* OR minim* OR offline) | | | | | |
| 86h(1) | | (Health Care Services Corporation OR Highmark OR Horizon OR Humana OR Imagine OR Kaiser* OR Luminare OR Sanford OR Secure Health) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR pull out OR pull back OR step back OR push back OR pushback OR quit* OR rescind* OR resciss* OR drop out OR stop* OR cease* OR minim* OR offline) | 57,443 | 143,714 | | | |
| 86h(2) | | (United NOT w/1 (States OR front OR auto OR stand OR hospital* OR memorial*)) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR pull out OR pull back OR step back OR push back OR pushback OR quit* OR rescind* OR resciss* OR drop out OR stop* OR cease* OR minim* OR offline) | 101,927 | 272,373 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 86i | | (Molina OR "Healthcare Highways" OR @aetna.com OR @alliedbenefit.com OR @alliednational.com OR @bluecrossmn.com OR @bpaco.com) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 11,983 | 28,567 | | | | |
| 86j | | (@bcbsma.com OR @bcbsm.com OR @blueshieldca.com OR @cambiahealth.com OR @regence.com OR @carefirst.com OR @centene.com OR @centralstatesfunds.org) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR pull out OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 3,251 | 7,874 | | | | |

| | | | | |
|---|---|---|---|---|
| 86k | | (@myteamcare.org OR @consociate.com OR @anthem.com OR @elevancehealth.com OR @bcbsil.com OR @hcsc.com OR @healthcarehighways.com) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 4,616 | 8,359 |
| 86l | | (@highmark.com OR @horizonblue.com OR @imagine360.com OR @humana.com OR @kp.org OR @luminairehealth.com) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 5,348 | 11,740 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 86m | | (@sanfordhealth.org OR @shpg.com OR @cignahealthcare.com OR @uhc.com OR @healthcarehighways.com OR @molinahealthcare.com) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 26,375 | 54,836 | | | | |
| 86n | | (PlanOpti* OR "Plan Optix" OR Plan Optics) w/70 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 3,342 | 8,676 | | | | |
| 86o | | (ProPricer OR "Pro Pricer" OR iSight* OR iSite* OR iZoom* OR HST OR Viant* OR "Real Time") w/50 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR | 93,428 | 299,133 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "drop out" OR stop* OR cease* OR minim* OR offline) | | | | | |
| 86p | | (DIS OR DIP OR IPR OR OPR OR MRC* OR "maximum reimbursable charge") w/50 (terminat* OR end* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 127,154 | 315,084 | | | |
| 86q | | (PROBE OR PARS OR (negotiat* w/5 service*) OR FNX OR RBP OR "reference-based pric*" OR repric*) w/50 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 144,746 | 429,072 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 86r | | ((wrap w/3 network*) OR (rental w/3 network*) OR (complement* w/3 network*) OR "benchmark* service*" OR "pric* servic*" OR "payment integrity") w/50 (terminat* OR revoc* OR withdraw* OR leav* OR relationship OR suspen* OR anymore OR forego* OR cancel* OR "pull out" OR "pull back" OR "step back" OR "push back" OR pushback OR quit* OR rescind* OR resciss* OR "drop out" OR stop* OR cease* OR minim* OR offline) | 41,870 | 139,206 | | | | |