# MᴄKᴏᴏʟ Sᴍɪᴛʜ

Jon Corey
jcorey@mckoolsmith.com

1717 K Street NW, Suite 1000
Washington, D.C. 20006

Telephone: (202) 370-8300
Facsimile: (202) 370-8344

November 11, 2025

**VIA ECF**

The Honorable Matthew F. Kennelly
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE:   *In re MultiPlan Health Insurance Provider Litig.*, No. 1:24-cv-06795 (N.D. Ill.)

*Advanced Spinal Care & Assocs. LLC et al. v. MultiPlan Corp. et al.* (Member Case No. 1:25-cv-00080) and *Advanced Spinal Care & Assocs. LLC et al. v. Horizon Healthcare Servs. et al.* (Member Case No. 1:25-cv-04059) and *Heritage General & Colorectal, PA et al. v. MultiPlan Corp. et al.* (Member Case No. 1:24-cv-12517)

Request for Leave to Appear Remotely at the November 14, 2025 Case Management Conference

Dear Judge Kennelly:

I represent the plaintiffs in referenced member cases. Two of my clients have been identified as bellwether plaintiffs in the parties' joint report filed November 7, 2025 (ECF 577). I write to respectfully request leave to appear virtually at the in-person case management conference scheduled for Friday, November 14th. I, and my colleagues, David Schiefelbein and Hal Shimkoski, who have appeared in these actions, are in the middle of a three-week proceeding scheduled to conclude on November 21st. As a result, the in-person appearance of any one of us at the November 14 case management conference will be impracticable. A virtual appearance in this unique circumstance would allow full participation without prejudice to any party.

I appreciate the Court's consideration and attention to this request.

Respectfully submitted,

/s/ Jon Corey

Jon Corey

cc:   Counsel of Record (via ECF)

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington**