**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Multiplan Health Insurance Provider
Litigation, et al.

                              Plaintiff,

v.                                       Case No.: 1:24−cv−06795

                                                  Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: The request by certain counsel to appear remotely at the 11/14/2025 case management conference is respectfully denied. It appears to the Court that the parties have agreed upon the cases to be included in the bellwether pool, and if that is so, then there is nothing significant on that point for the Court to decide and thus no need to hear argument from moving counsel. If the Court is wrong about this, and moving counsel wishes to submit a short written statement in favor of or opposing inclusion of their cases, they may do so by no later than 3:00 PM on 11/13/2025. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.