UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT ACTION PLAINTIFF ACTIONS | Case No. 1:24-cv-06795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 22**
**(REAPPOINTING PLAINTIFFS' COORDINATING COUNSEL AND**
**<u>DIRECT ACTION PLAINTIFFS EXECUTIVE COMMITTEE</u>)**

In accordance with CMO No. 3, ECF No. 156, and having considered the Joint Application for Reappointment of Direct Action Plaintiffs' Executive Committee and Coordinating Counsel (ECF 563), the Court hereby reappoints the following as Plaintiffs' Coordinating Counsel and to the Direct Action Plaintiffs ("DAP") Executive Committee.

**A. Plaintiffs' Coordinating Counsel**

Christopher Seeger of Seeger Weiss LLP

**B. Direct Action Plaintiffs' Executive Committee**

Stephen M. Medlock of Vinson & Elkins LLP;

Matthew Lavin of Arnall Golden Gregory LLP;

Hunter Shkolnik of Napoli Shkolnik; and

Jennifer Scullion of Seeger Weiss LLP

**C. Nature and Responsibilities of Plaintiffs' Coordinating Counsel and DAP Executive Committee**

Plaintiffs' Coordinating Counsel and the DAP Executive Committee will continue to have the responsibilities assigned to their respective positions in CMO 3, ECF No. 156.

1

D.  **Term of Appointments**

Pursuant to CMO 3, ECF No. 156, the Court requires that Plaintiffs' Coordinating Counsel and all DAP Executive Committee members apply for reappointment annually. Applications for reappointment must be submitted one year from the date this Order is entered.

**IT IS SO ORDERED.**

Dated: November 18, 2025

Hon. Matthew F. Kennelly
United States District Judge