UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795<br>MDL No. 3121 |
| This Document Relates To:<br><br>*ALL DIRECT ACTION PLAINTIFF ACTIONS* | Hon. Matthew F. Kennelly |

**CASE MANAGEMENT ORDER 23:
SELECTION OF DISCOVERY BELLWETHER DIRECT ACTION PLAINTIFFS**

On October 23, 2025, this Court issued Case Management Order ("CMO") No. 20, setting forth the process for the selection of Discovery Bellwether Direct Action Plaintiffs ("Discovery Bellwether DAPs").

In accordance with Paragraphs 8 and 9 of CMO 20, on October 27, 2025, the Direct Action Plaintiff Executive Committee ("DAP EC") and Defendants simultaneously exchanged their initial selections of eligible DAPs as Discovery Bellwether DAPs. As the parties selected two overlapping DAPs, on October 30, 2025, proceeded to select two replacements. On November 14, 2025, the DAP EC notified Defendants and the Court that one of the Discovery Bellwether DAPs selected by Defendants had decided to dismiss its claims. Defendants will therefore be selecting an additional Discovery Bellwether DAP in addition to those set forth below.

Following the selection process, the parties informed the Court that the following entities have been selected as the Discovery Bellwether DAPs that will proceed through the pre-trial schedule set forth in CMO 17, up to and including the Court's determination on summary judgment motions. The parties submitted information to the Court that has been deemed by Defendants as CONFIDENTIAL – OUTSIDE COUNSEL ONLY pursuant to CMO 12.

| | Practice Name | Case Name | Case No. | Designated District |
|---|---|---|---|---|
| 1 | Advanced Spinal Care & Associates LLC | Advanced Spinal Care & Associates LLC et al v. Multiplan Corp. et al | 25-cv-00080 | Northern District of Illinois |
| 2 | Adventist Health System Sunbelt Healthcare Corporation | Adventist Health System Sunbelt Healthcare Corporation v. MultiPlan, Inc. | 24-cv-06803 | Southern District of New York |
| 3 | Adventist Healthcare, Inc. | Adventist HealthCare Inc v. Multiplan | 25-cv-09586 | Northern District of Illinois |
| 4 | American Surgical Arts, P.C. | American Surgical Arts, P.C., v. Multiplan, Inc. et al | 24-cv-08519 | Southern District of New York |
| 5 | AMS Pro Group LLC dba Wish Recovery | AMS Pro Group LLC v. Multiplan, Inc. et al | 24-cv-07157 | Southern District of New York |
| 6 | Ascension Health | Ascension Health v MultiPlan, et al. | 25-cv-09421 | Northern District of Illinois |
| 7 | Avenue Recovery Center of Bucks LLC | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 | Northern District of Illinois |
| 8 | Bergen Surgical Specialists, PA | 307 Holdings LLC et al v. Multiplan, Inc. et al | 24-cv-10943 | Northern District of Illinois |
| 9 | Center for Orthopaedics & Spine, LLC | Center for Orthopaedics & Spine LLC v MultiPlan, et al. | 24-cv-11401 | Western District of Louisiana |
| 10 | CHS/Community Health System, Inc. | CHS/Community Health Systems, Inc. v. MultiPlan, Inc. | 24-cv-06804 | Southern District of New York |
| 11 | Cogent Healthcare of North Carolina, P.C. | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois |
| 12 | Cogent Healthcare of Texas, P.A | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois |
| 13 | Cusimano Plastic Surgery, LLC | Cusimano Plastic Surgery, LLC, v. Multiplan, Inc. et al | 24-cv-08520 | Southern District of New York |
| 14 | Elite Surgical Specialists PC | Affinity Surgical Associates et al v. Multiplan, Inc. et al | 24-cv-10939 | Northern District of Illinois |
| 15 | Emergency Physician Services of New York, P.C. | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 | Northern District of Illinois |
| 16 | Emergency Services of Oklahoma, P.C. | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 | Northern District of Illinois |
| 17 | Heritage Surgical Group, LLC | Heritage General and Colorectal, PA et al v. | 24-cv-12517 | Northern District of Illinois |

|    | Practice Name | Case Name | Case No. | Designated District |
|----|---------------|-----------|----------|---------------------|
|    |               | Multiplan, Corp. et al |  |  |
| 18 | Hospitalist Medicine Physicians of New Mexico - Clovis, LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois |
| 19 | Hospitalist Medicine Physicians of Texas - Houston, PLLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois |
| 20 | Kentuckiana Detox & Rehab Center LLC dba Avenues Recovery Center at Louisville | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 | Northern District of Illinois |
| 21 | LNA Realty Inc. dba Luxe Recovery | LNA Realty Inc. v. Multiplan Inc et al | 24-cv-07163 | Southern District of New York |
| 22 | New Hampshire Detox and Rehab LLC dba Avenues Recovery Center At Dublin | Avenues Recovery Center at Denver LLC et al v. Multiplan, Inc. et al | 24-cv-10961 | Northern District of Illinois |
| 23 | Sadeghi Center for Plastic Surgery | Bruce S. Goldenberg MD et al v. Multiplan, Inc. et al | 24-cv-10945 | Northern District of Illinois |
| 24 | Sandusky Anesthesia LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois |
| 25 | Sound Physicians Emergency Medicine of South Carolina, LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois |
| 26 | Sound Physicians of Illinois LLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois |
| 27 | South Sound Inpatient Physicians, PLLC | The Alaska Hospital Group, LLC et al v. Multiplan, Inc. | 25-cv-00413 | Northern District of Illinois |
| 28 | Southeastern Emergency Physicians, LLC | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 | Northern District of Illinois |
| 29 | Tarzana Recovery Center | Tarzana Recovery Center v. Multiplan, Inc. et al | 24-cv-07169 | Southern District of New York |
| 30 | Tennessee Interventional and Imaging Associates PLLC | Tennessee Interventional and Imaging Associates, PLLC v. Multiplan | 25-cv-09953 | Northern District of Illinois |
| 31 | Texas Health Resources | Texas Health Resources v. MultiPlan, Inc. | 24-cv-11299 | Northern District of Illinois |
| 32 | Texas Medicine Resources, LLP | Hill Country Emergency Medical Associates, P.A. et al v. Multiplan, Inc. et al | 24-cv-11234 | Northern District of Illinois |
| 33 | The Meadowglade, LLC | Bailard House, LLC et al v. Aetna, Inc. et al | 24-cv-08109 | Northern District of Illinois |

|    | Practice Name | Case Name | Case No. | Designated District |
|----|---------------|-----------|----------|---------------------|
| 34 | The Methodist Hospital d/b/a Houston Methodist | The Methodist Hospital d/b/a Houston Methodist Hospital v. Claritev Corporation et al | 25-cv-09349 | Northern District of Illinois |
| 35 | Wellness Medical Services of Manhattan | Everest Medical Associates et al v. Multiplan, Inc. et al | 24-cv-10950 | Northern District of Illinois |

It is hereby ORDERED that the Court has selected the above DAPs as Discovery Bellwether DAPs pursuant to CMO 20.

SO ORDERED this 19th day of November, 2025.

_____
Honorable Matthew F. Kennelly
United States District Judge