UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795<br>MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

**CASE MANAGEMENT ORDER NO. 25**
**(REAPPOINTING INTERIM CO-LEAD CLASS COUNSEL)**

Having reviewed and considered the Joint Application for Reappointment as Interim Co-Lead Class Counsel and the related declarations (ECF No. 562) (the "Application"), as well as Interim Co-Lead Class Counsel's contributions to date on behalf of the proposed Class, the Application is hereby **GRANTED**.

**I.     Reappointment of Interim Co-Lead Class Counsel**

The Court hereby reappoints the following attorneys as Interim Co-Lead Class Counsel:

- Natasha Fernández-Silber (Edelson PC).

- Bill Carmody, Shawn Rabin, Halley Josephs, and Tom Boardman (Susman Godfrey LLP).

   Eric L. Cramer, Zachary D. Caplan, and Patrick F. Madden (Berger Montague PC).

The reappointment of Interim Co-Lead Class Counsel is of a personal nature, and the above-named appointees cannot be substituted by other attorneys, including other members of the appointees' law firms. Such reappointment is for a one-year term, with an opportunity to reapply within one year of the date of this Order. The Court requires that Interim Co-Lead Class Counsel continue to apply annually for reappointment.

II.     **Reappointment of Interim Class Liaison Counsel**

Shawn Rabin (Susman Godfrey LLP) shall continue to serve both as Interim Co-Lead Class Counsel and Interim Class Liaison Counsel.

III.    **The Roles and Responsibilities of Interim Co-Lead Class Counsel**

Interim Co-Lead Class Counsel and Interim Class Liaison Counsel shall continue to be governed by Case Management Order No. 2 (Appointment of Interim Co-Lead Class Counsel), entered on October 15, 2024, which outlines the responsibilities of and other matters pertaining to Interim Co-Lead Class Counsel. *See* ECF No. 155.

**IT IS SO ORDERED.**

Dated: 11/19/2025

_____
Hon. Matthew F. Kennelly