UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:24-cv-6795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF GRAHAM HAVILAND IN SUPPORT OF MULTIPLAN INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL MULTIPLAN'S PRODUCTION OF DOCUMENTS CONCERNING MEDICAL AUDIT AND REVIEW SOLUTIONS ("MARS")**

I, Graham Haviland, declare as follows:

1. I am an attorney with the law firm Latham & Watkins LLP, attorneys for Defendant MultiPlan, Inc. ("MultiPlan") in connection with this action. I submit this Declaration in support of MultiPlan's Opposition to Plaintiffs' Motion to Compel MultiPlan's Production of Documents Concerning Medical Audit and Review Solutions ("MARS").

2. Attached as **Exhibit A** to this Declaration is a true and correct copy of a Presentation titled "2018 Client Advisory Board Meeting[:] Payment Integrity Focus" by MultiPlan, produced by MultiPlan in this litigation with Bates number MPI_0000142536.

3. The parties met and conferred several times regarding the relevance of MARS, including on November 3, 2025. During the parties' November 3 meet and confer on this issue, Plaintiffs' counsel stated that Plaintiffs did not view MARS's characterization as a "payment integrity" product as pertinent for discovery purposes. MultiPlan's counsel expressly stated that MultiPlan was not relying on that characterization of the service, stating: "I don't think it's ever been our position that a label is dispositive or even relevant.

1

Our issue is that this is a service that's looking for coding errors, billing mistakes, and that is fundamentally different from the repricing of claims, Data iSight, and negotiations."

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was made this 21st day of November 2025.

_____
Graham Haviland
of Latham & Watkins LLP

*Counsel for Defendant MultiPlan, Inc.*