# EXHIBIT A



# 2018 Client Advisory Board Meeting
# Payment Integrity Focus

Christopher Dorn
Senior Vice President

MultiPlan proprietary — do not distribute without permission

CONFIDENTIAL

MPI_0000142536

# Fighting Medical Waste & Abuse

**Driven by size and complexity, an estimated 3-10 percent of annual U.S. healthcare spending is wasteful, abusive or outright fraudulent**



**326 million**
U.S. population and therefore, pool of patients, in 2017

**> 4 billion**
Estimated 2016 health and dental claims

**$272 billion waste, abuse and fraud**

**$3.5 trillion**
2017 estimated healthcare expenditures

**1.5 million**
Medical professionals accepting Medicare

Sources: CMS, CAHQ, Rand Corporation, US Census Bureau, NHCAA

**Multi**Plan.

MultiPlan proprietary — do not distribute without permission

- 2 -

CONFIDENTIAL

# The Payment Integrity Solution Set
### Targets clinical waste and abuse for medical claims/bills

| Clinical Negotiation | Claim/Bill Correction | High Dollar Audit |
|---|---|---|
| ◦ Pre-payment | ◦ Pre-payment | ◦ Pre- or post-payment |
| ◦ Expert reviews and provider outreach to address coding and clinical issues and egregious charges | ◦ Expert reviews that enforce national procedure and diagnosis billing standards | ◦ Broader set of factors/ triggers |
| ◦ Results in agreement for a reduction in charges | ◦ Results in defensible elimination of inappropriate charges | ◦ Charge, coding and clinical review of itemized facility bills and medical records |
| | | ◦ Identifies and mitigates material overpayments |



MultiPlan proprietary – do not distribute without permission

- 3 -

# Results to Date
## $1 billion payment integrity savings in the last 12 months



Note that Q1 is historically the largest quarter due to year-end closing activity.

MultiPlan proprietary — do not distribute without permission          - 4 -

# Example: Over-Coding
## Ambulatory surgery center

- Spinal pain injection with standard imaging guidance
- Provider reported a more complex diagnostic test (epidurography) incorrectly as imaging guidance to get around guidance edits
- In addition, provider charges are in top 10% for the spinal injection
- Charges on this claim/bill: $25,000
- Clinical Negotiation savings: 99%

| Charges | $25,400 |
| Savings | $25,072 |
| Price | $328 |



CONFIDENTIAL

MPI_0000142540

# Example: Play It Again
## Up-coding of intraoperative neuro monitoring

- IONM with four baseline tests
- One baseline test was up-coded
- Selecting a code based on a piece of equipment being used rather than the service being performed
- The provider up-codes this way on a high percentage of claims/bills
- Clinical Negotiation savings: 88%

| Charges | $29,607 |
|---------|---------|
| Savings | $26,007 |
| Price | $3,600 |



CONFIDENTIAL

MPI_0000142541

# MultiPlan Network Pricing Integrity
## Improved accuracy and savings by removing waste/abuse



**380 clients live as of July with payment integrity services embedded**





MultiPlan proprietary — do not distribute without permission

- 7 -

# Example: Full of 88 Holes
## Same patient, same provider, same service date

### First Claim/Bill

- Provider submitted 34 tendon injections

- All diagnoses were unspecified sites

- Network allowed of $1,801 (48.2% discount)

- Correction findings of $1,427

- Total cost reduction: $3,366 (90%)

### Second Claim/Bill

- Submitted office visit

- 29 different tendon injections and 25 joint injections

- All diagnoses were unspecified sites

- Network allowed of $2,709 (48.5% savings)

- Correction findings of $2,161

- Total cost reduction: $4,870 (90%)



CONFIDENTIAL     MPI_0000142543

# Client Network Pricing Integrity
## Claim/bill correction rates range from 0.5% to 1.5%



**Error rate by service category compared to overall error rate.**

**Error rates highest in lab and other diagnostic tests.**

244%

122%

56%

11%

-32%

-60%

-47%

-45%

Prof-Procs   Prof-Visits   OP-Procs   OP-Visits   Lab Tests   Diagnostic   Psych   Other

MultiPlan proprietary — do not distribute without permission

- 9 -

# Example: Gender Bender
## Laboratory testing – low dollar but high volume

- Lab claim/bill with blood collection and two tests
    - Patient was male with renal artery atherosclerosis
    - OB panel (10 common tests for pregnant women)
    - Hepatic function panel (7 tests to measure liver function)
- Claim/Bill Correction savings: 46%

| Allowed | $156 |
| Savings | $72 |
| Price | $84 |



MultiPlan proprietary — do not distribute without permission

- 10 -

# Example: High Dollar Bill Review

- ○ Review of itemized bill:
  - ○ 36-day inpatient stay; $3.8M billed charges
  - ○ $2.8M charged for operating room time with 12-20 hours of time reported on the majority of days during the stay
  - ○ No significant surgical procedures reported
- ○ Review of medical record:
  - ○ No surgery was performed after the first day of the hospital stays
  - ○ Identified extra ventilator charges on days when ventilator was not used

| Charges | $3.8M |
| Savings | $2.0M |
| Price | $1.8M |



CONFIDENTIAL

MPI_0000142546

# Example: Workers' Compensation
## Savings is identified even after client bill review

- Knee surgery for workers' compensation injury
- Provider reported six different procedures on one knee
- Client's bill review process found edits on two procedures
- We recommended payment on only one procedure

| Allowed | $5,865 |
|---------|--------|
| Savings | $4,753 |
| Price   | $1,112 |



CONFIDENTIAL

MPI_0000142547

# Maintaining Focus
## Continuous investment in payment integrity

- Currently analyzing about 125,000 claims/bills a day
- Staff dedicated to payment integrity has grown significantly
  - 40 nurses/coders
  - 14 physicians
  - 20 researchers
  - 12 analysts/developers
- Continue to add rules to the system on a monthly basis
  - Code combinations exceed 300 million





CONFIDENTIAL

MPI_0000142548

# Maintaining Focus
## Continuous innovation in resolution services

| Service | Value |
|---|---|
| Pre-pay medical record review | ◦ Uses more factors<br>◦ Resolves more complex issues |
| Immediate audit | ◦ Uses all factors<br>◦ Bridges pre- and post-payment |
| Provider centric review | ◦ Uses all factors<br>◦ Specific service types and providers<br>◦ Bridges financial and clinical abuse |



CONFIDENTIAL

MPI_0000142549

# Inspiring Vision
## Our investment in DentaLens

- Follows on our success in bringing a young MARS technology to market

- Serves a large and growing market:
  - 2016 total spend over $124 billion
  - 3.3% growth over 2015

- Addresses a significant and difficult-to-address need for improved payment accuracy

- Spans commercial and government markets

Source: Health Policy Institute, American Dental Association



MultiPlan proprietary — do not distribute without permission        - 15 -

CONFIDENTIAL                                   MPI_0000142550

# Inspiring Vision
## MultiPlan now does for dental what we do for medical

|  | MultiPlan (Medical) | DentaLens (Dental) |
|---|:---:|:---:|
| Pre-payment focused | ✓ | ✓ |
| Clinically driven | ✓ | ✓ |
| Targeting waste, abuse and fraud | ✓ | ✓ |
| Complements existing programs | ✓ | ✓ |
| Supports client internal payment integrity teams | ✓ | ✓ |
| Service delivery model | ✓ | ✓ |
| High automation – low dollar capable | ✓ | ✓ |



CONFIDENTIAL

MPI_0000142551

# Inspiring Vision
## MultiPlan and DentaLens



Source: National Health Care Antifraud Association

MultiPlan proprietary — do not distribute without permission                - 17 -

MPI_0000142552

# Next Speaker:

Richard Klich, DMD
DentaLens



CONFIDENTIAL

MPI_0000142553

# About DentaLens

## The only fully-automated pre-payment solution for dental waste, abuse and fraud

- Architected by dental experts, guided by a board of experts and advisors with **over 120** years of dental experience

- Focused on detecting the low dollar, high volume, repetitive issues that are ROI intensive and account for **80-90%** of dental waste, abuse and fraud

- Detects issues **early, with precision**, and while they're still small

- Applies clinically-driven, intelligent algorithms in a **pre-payment** process to identify and correct issues that editing can't





CONFIDENTIAL

MPI_0000142554

# How Our Service Performs
## Delivers five times more savings within weeks, not years

### We detect improper billing leading to cost reduction of 5-7%, or $12-21 PMPY*

**Example: Medicaid Plan**

| | |
|---|---|
| **Members:** | 223,022 |
| **Claims Analyzed:** | 447,050 |
| **Paid $ Analyzed:** | $69,932,339 |
| **Savings Per Year:** | $4,198,961 |
| **% Saved:** | 6% |
| **PMPY Savings:** | $18.83 |

**Example: Commercial Plan**

| | |
|---|---|
| **Members:** | 10,000,000 |
| **Claims Analyzed:** | 62,055,231 |
| **Paid $ Analyzed:** | $12,956,026,503 |
| **Savings Per Year:** | $213,239,002 |
| **% Saved:** | 5% |
| **PMPY Savings:** | $21.32 |

* Based on analysis of over half a billion paid claims from 80 million private and public sector dental plan members

**MultiPlan.**

MultiPlan proprietary — do not distribute without permission

- 20 -

MPI_0000142555

# Process Overview

**Receive**
- Load and analyze 3+ year claim history (one time)
- Load a daily feed of claims at an appropriate point in the adjudication process, pre-payment

**Detect & Prevent**
- Flags improperly billed lines or claims for denial
- Flags suspect claims for payer action
- Returns claims with flags appended
- Creates detailed explanations to support provider inquiries

**Change Behavior**
- Optional service
- Proactively shares findings with the provider
- Messages evolve from education to warning to consequences
- Includes tools to monitor and manage provider behaviors

**MultiPlan.**

MultiPlan proprietary — do not distribute without permission

- 21 -

MPI_0000142556

# What We Find

## Algorithms capture dental knowledge, informatics and forensics, best practices and guidelines

**Recommend denial with line-level precision**



**Specific Procedures**
Crown buildup, unnecessary x-rays, etc.



**Impossible Procedures**
Age bound e.g., crown performed on a toddler

**Flagged for payer action, as appropriate**



**Time Bound**
Doctor with patient, patient in chair



**Physical Connections**
Between dentists and patients, referrals, distance, etc.



**Statistical Detection**
Overutilization of procedures, codes, etc.



CONFIDENTIAL

MPI_0000142557

# Example: Specific Procedures
## Line-level findings with precision

- Dentists may charge for a regular extraction when a baby tooth is about to fall out on its own.

- In some cases, the baby tooth does not fall out on its own and the dentist extracts the baby tooth.

- The dentist charges for the regular extraction rather than a baby tooth extraction and essentially doubles the reimbursement.

**Specific Client Experience**

| Times Occurred | 799 |
|---|---|
| Total Savings | $29,000 |



MultiPlan proprietary — do not distribute without permission

- 23 -

MPI_0000142558

# Example: Impossible Procedures
## Line-level findings with precision

- A dentist will sometimes submit a claim for a treatment that is impossible to do.

- One example is a filling on a five-year old, on an adult molar tooth.

- At age five, the adult molar has not yet appeared in the child's mouth.

- When we combine the biologically impossible with policy age limitations, we find a significant occurrence of procedures that could or should not be done.

### Specific Client Experience

| Times Occurred | 3,677 |
|---|---|
| Total Savings | $379,000 |



CONFIDENTIAL

MPI_0000142559

# Example: Time Bound
## Findings flagged for payer action

- Most dental procedures must be done by the dentist.

- There is a limited number of procedures that the dentist can do in a given day.

- We calculate the time it takes to do all the procedures in all the claims in a day and compare this to the amount of time available to do the procedures.

- In a recent analysis of a Medicaid insurer, this scheme amounted to $1.3 million loss in 2016.

| Max Time | 576 |
| Billed Time | 1,038 |
| Savings | 44.5% |



CONFIDENTIAL

MPI_0000142560

# Example: Physical Connections
## Findings flagged for payer action

- A dentist may collude with another dentist to increase payments to both.

- We look at the pattern of shared patients to see if there is a suspicious pattern.

- Once detected, a detailed analysis reveals the details of the cooperation.

- In one case, we discovered a corporate practice in which different providers within the same office conducted duplicate procedures -- in other words, the office got paid twice.

| Shared Patients | 25 |
| Duplicate Code | 23 (D9450) |
| Duplicate Fee | $84 |



CONFIDENTIAL

MPI_0000142561

# Example: Statistical Detection
## Findings flagged for payer action

- Because we analyze claims every day, we update the statistical analysis every day.

- Thus we can detect the providers who cross the statistical threshold very early.

- In one case, we found a general dentist who did 40 extractions in a month and 39 of the 40 were complicated surgical extractions.

- The average for the entire General Dentist population was about 1 to 1.  So clearly 39:1 is well outside of the norm.

**Specific Client Experience**

| Bad Billers | 2,780 |
|---|---|
| Total Savings | $3.9M |



CONFIDENTIAL                                                                                                                MPI_0000142562

# Comprehensive Evidence
## Delivered to a provider portal, or by you directly



                                                                                   MPI_0000142563

# Deep Knowledge at Your Fingertips
Actionable claim findings and valuable insights into your provider network



CONFIDENTIAL                                                                MPI_0000142564

# Changing Behavior
## Proactive, increasingly pointed communications

Dear Franklin Din,

During a recent claim monitoring process, we have discovered discrepancies with your claim(s) that must be addressed.

Dear Franklin Din,

We have continued to notice the same claim(s) discrepancies that we first detected on 2015-08-15. Perhaps you have not had the time to investigate and correct the clerical process that led to the discrepancies. We urge quickly as possible. You can messaging URL>>.

Please recheck your claim an <<the messaging URL>>.

Thank you, <<the messaging URL>

Dear Franklin Din,

Despite our continuing efforts over the last several weeks to correct a persistent problem with your claims, we continue to see the same problem. There is no evidence that you have made any effort to rectify the problem. We have exhausted all attempts to remedy the coding irregularities. Therefore, please consider this as your final warning and address the issue within the next 10 days. After that date, all the evidence of claims irregularities will be submitted to enforcement authorities, including but not limited to, the State Professional board, OIG, and AG for any disciplinary actions.

You can access the claim(s) in question plus the supporting explanatory documentation messaging URL>>. You may also contact us at the ...

**MultiPlan**

CONFIDENTIAL                                                      MPI_0000142565