# EXHIBIT 1

**PUBLIC VERSION OF ECF DOC NO. 576
NO REDACTIONS**



# 2015 Client Advisory Board Meeting

## Our New Frontier: Waste/Abuse/Fraud

*Michael Taylor, M.D.*
*President, Medical Audit & Review Solutions*



NETWORK-BASED SOLUTIONS



ANALYTICS-BASED SOLUTIONS



WASTE, ABUSE AND FRAUD SOLUTIONS

MultiPlan proprietary — do not distribute without permission



## MARS Acquisition by MultiPlan
### July 2014 acquisition helps clients address a critical healthcare payments issue

- Abuse and fraud are estimated at an $82-272 billion issue, with waste adding another $476-992 billion
- System wide, waste reduction could generate $11 trillion in savings for all payers from 2011 to 2019
- Overall, 20 percent to 30 percent of health spending is "waste" that yields no benefit to patients



Pie chart: Unnecessary services 27.5%, Inefficient care 17.0%, Excess administrative costs 24.8%, Inflated prices 13.7%, Prevention failures 7.2%, Fraud 9.8%

**MultiPlan now can address waste/abuse as part of normal claim/bill processing**

Sources: Institute for Medicine 2012, former CMS administrator Donald M. Berwick and RAND Corporation analyst Andrew D. Hackbarth



# Our First Year of Operations
## Achievements as of August 30, 2015

- Launched Prepayment Waste/Abuse Resolution in November
    - In production for commercial health
    - Initial solution targets claims eligible for Negotiation Services – 90% of the volume now implemented
    - Performs a clinical or a financial negotiation on non-par claims, depending on waste/abuse score
- Delivered $122 million in savings in the first nine months
- Increased analytics staff by over 200% -- enables continuous refinements and higher throughput
- Developing requirements for Property & Casualty and a pre-pay solution tailored to the Government market



Eligible Charges Scored: $2.7 billion
Waste/Abuse Likely: $320 million (12%)
Charges Reduced: $251 million (78%)
Dollars Saved: $122 million (49%)



## What We're Learning

**Over half of charges scored showed evidence of waste/abuse, with the top 15 service types accounting for 30% of the charges at issue**

### Top 15 Service Types Ranked by Score

| Service Type | % Total Charges |
|---|---|
| BACK – Multiple Procedures | 3.5% |
| BREAST - Reconstruction | 1.8% |
| BREAST – Reconstruction with Free Flap | 2.1% |
| SKIN - Flap/Graft/Transfer | 2.4% |
| GI - Obesity Procedures | 1.9% |
| BACK - Cervical Laminectomy-otomy | 0.3% |
| GI - Fundoplasty | 0.7% |
| BREAST - Reconstruction Revision | 0.7% |
| BACK - Spinal Neurostimulators | 1.1% |
| BACK - Cervical Spinal Fusion | 2.8% |
| NERV SYS - Intra-operative Monitoring | 4.7% |
| BACK - Spinal Fusion | 3.3% |
| BACK - Cervical Laminectomy-otomy W/Spinal Fusion | 2.8% |
| BACK - Cervical Spinal Disc Procedures | 0.8% |
| NERV SYS - Craniectomy-otomy-Excision | 0.4% |

### Charges Showing Potential Waste/Abuse



Extensive issues 10%
Moderate issues 33%
Minor issues 9%
None evident 48%



## What We're Learning
### We have been most successful resolving waste/abuse on claims with multiple complex procedures

| Top 15 Service Types Ranked by Discount | Average Claim | Total Eligible Charges | Total Clinical Savings | Discount |
|---|---|---|---|---|
| GI-Fundoplasty | $66,567 | $1,863,874 | $1,275,906 | 68.5% |
| Respiratory - Misc | $50,160 | $1,053,366 | $673,027 | 63.9% |
| Female Genital - Misc | $55,591 | $2,001,291 | $1,262,800 | 63.1% |
| BACK – Inject C/T Destroy Facet | $26,754 | $1,016,658 | $619,477 | 60.9% |
| BACK - Cervical Laminectomy-otomy w/Spinal Fusion | $88,316 | $6,005,471 | $3,576,649 | 59.6% |
| SHOULDER – Multiple Open/Closed Procedures | $27,325 | $2,022,082 | $1,180,821 | 58.4% |
| BACK - Multiple Procedures | $63,657 | $7,511,577 | $4,386,093 | 58.4% |
| BACK - Lumbar/Thoracic Spinal Disc Procedures | $50,374 | $1,813,473 | $1,040,036 | 57.4% |
| BREAST - Reconstruction Revision | $35,617 | $1,887,712 | $1,061,442 | 56.2% |
| HIP - Anes/Steroid Injection | $18,519 | $1,351,858 | $760,094 | 56.2% |
| BACK - Lumbar/Thoracic Laminectomy-otomy w/Spinal Fusion | $67,307 | $3,432,665 | $1,923,948 | 56.0% |
| BACK - Lumbar/Thoracic Spinal Fusion | $63,440 | $3,045,105 | $1,689,617 | 55.5% |
| BACK - Inject L/S Destroy Facet | $25,534 | $1,991,662 | $1,103,237 | 55.4% |
| NERV SYS – Autonomic Nerv Sys Testing | $18,297 | $1,646,715 | $905,906 | 55.0% |
| BACK - Spinal Fusion | $80,146 | $7,613,879 | $4,158,592 | 54.6% |



## About MultiPlan Waste/Abuse Resolution

**Combines technology, analytics and expertise to address clinical waste/abuse before claims/bills are paid**



**Case Selection**: Proprietary actuarial analytics and technology more accurately targets cases at the highest risk for clinical waste or abuse not found by traditional editing solutions



**Case Review**: Features specially-trained, licensed, board-certified and specialty-appropriate physicians -- as peers, they significantly increase provider confidence in the process



**Case Resolution**: Arms reviewers and negotiators with physician and coder review notes as well as peer-reviewed studies, local and national standards of practice, and expert consensus statements

MultiPlan proprietary — do not distribute without permission

6

MultiPlan®

# Example #1 – Commercial Health

| | |
|---|---|
| **Description** | Type of Error: Medical Documentation / Coding |
| | Type of Procedure: Gastric Banding (Outpatient Surgical) |
| | Diagnoses: Morbid obesity, congenital hiatal hernia, esophageal reflux |
| **Major Procedures** | 43770   Laparoscopic gastric restrictive device (e.g., band)   $29,500 |
| | 43289   Unlisted laparoscopic procedure, esophagus   $25,000 (1) |
| | 43235   Upper GI endoscopy, diagnostic   $5,000 (2) |
| **Potential Issues** | (1) Medical documentation concern and potential upcoding (non-CCI): hernia repair at the time of laparoscopic surgery requires documentation of medical necessity and is potentially subject to bundling or multiple procedure discounting. |
| | (2) Diagnostic procedure performed at the time of surgery may be included in primary procedure unless clear indications for a separate procedure are documented |
| **Financial Information** | Total Charges:   $59,500 |
| | Charges With Concerns:   $30,000 |

MultiPlan®

# Example #2 – Workers' Comp

| | |
|---|---|
| **Description** | Type of Error: Medical Documentation / Coding |
| | Type of Procedure: SHOULDER - MULTIPLE ARTHROSCOPIES (ASC) |
| | Diagnoses: Artic cartil dislocated shoulder, Bicipital tenosynovitis, Rotator cuff syndrome NOS, Rotator cuff dis NEC, Chondromalacia, Osteoarthros NOS-shoulder |
| **Major Procedures** | SHOULDER DEBRIDEMENT EXTENSIVE (29823)    $20,454 (2) <br> DISTAL CLAVICULECTOMY (29824)    $21,000 <br> DECOMPRESSION OF SUBACROMIAL SPACE (29826)    $23,076 (1) |
| **Potential Issues** | (1) The decompression procedure involves multiple components; need to review medical record to determine if all components were performed.  Past experience indicates this is a high-error code. |
| | (2) The shoulder debridement is a less extensive version of the distal claviculectomy; only the more extensive procedure is reportable (CCI). |
| | (3) Verify applicability of multiple procedure discounts |
| **Financial Information** | Total Charges:    $64,530        Allowed:   $6,889.60 <br> Dollars With Concerns:   $43,530        Expected: $4,658 |

MultiPlan proprietary — do not distribute without permission



## About MultiPlan Waste/Abuse Resolution
### Moving the process to the start of the solution hierarchy



Targeting March-April 2016

In place today

### We can also offer solutions for your primary PPO par claims/bills – on a pre-pay or post-pay basis



# Next Speaker

# Eric Topol, M.D.