# EXHIBIT 1

# Chart of Defendants' "Unclean Hands" Defenses

## Class & DAP Defendants

| Defendant | ECF | "Unclean Hands" Defense |
|---|---|---|
| Aetna, Inc. | 473, 475 | Plaintiffs' and the putative class members' claims are barred, in whole or in part, to the extent that Plaintiffs and the putative class members have unclean hands and/or bear equal responsibility.<br><br>Plaintiffs and the putative class members have unclean hands and/or bear equal responsibility to the extent that they violated any state or federal laws under which they bring their claims, engaged themselves in any of the conduct that they complain, and/or were not honest in their dealings with Defendants, including Aetna or the relevant Aetna subsidiary.<br><br>Upon information and belief, certain of Plaintiffs and the putative class members have engaged in fraudulent and/or misleading billing practices, such as artificially and intentionally inflating their billing, fee-forgiving, and improper coding. |
| The Cigna Group | 478, 481 | Plaintiffs' claims and the claims of any putative class members are barred, in whole or part, to the extent that Plaintiffs or any putative class members have unclean hands and/or bear equal responsibility.<br><br>The law requires that those seeking equity must do equity.<br><br>Thus, a Plaintiff that seeks equitable relief must have clean hands.<br><br>Plaintiffs and the putative class members have unclean hands and/or bear equal responsibility to the extent that they were not honest in their dealings with Cigna and the relevant Cigna subsidiary as well as Defendants, acted in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs and the putative class members allege subjects Cigna and the relevant Cigna subsidiary as well as Defendants to liability.<br><br>Upon information and belief, Plaintiffs and the putative class members were not honest in their dealing with a Cigna subsidiary and the plans for which it administered claims because they engaged in fraudulent and/or misleading billing practices, such as artificially and intentionally inflating their billing, fee-forgiving, and improper coding—practices which breached their obligations to members of the plans covering the disputed payments and in breach of laws under which they bring their claims. |
| Elevance Health, Inc. | 458, 468 | Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>Plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands." To the extent they were not honest in their dealings with Defendants— e.g., by artificially and intentionally inflating their charges, seeking damages from Defendants for payments they could have obtained through balance billing but intentionally chose not to, and acting in ways that breached their obligations to Defendants or in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects Defendant to liability—Plaintiffs' conduct constitutes fraud, unconscionability, or bad faith towards Defendants and, is thus, chargeable with unclean hands. |

| Defendant | ECF | "Unclean Hands" Defense |
|---|---|---|
| Health Care Service Corporation | 480, 482 | Plaintiffs' claims and the claims of any putative class members are barred, in whole or part, to the extent that Plaintiffs and any putative class members have unclean hands and/or bear equal responsibility.<br><br>The law requires that those seeking equity must do equity.<br><br>Thus, a Plaintiff that seeks equitable relief must have clean hands.<br>Plaintiffs and the putative class members have unclean hands and/or bear equal responsibility to the extent that they were not honest in their dealings with HCSC, as well as Defendants, acted in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs and the putative class members allege subjects HCSC, as well as Defendants, to liability. |
| Highmark Inc. | 465, 466 | Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>Highmark hereby incorporates the above Paragraphs 1-41 in support of this defense.<br><br>Plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands."<br><br>To the extent that they were not honest in their dealings with Defendants, by e.g., artificially and intentionally inflating their charges, and acting in ways that breached their obligations to Highmark or in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects Highmark to liability, their claims are barred in whole or in part by the doctrine of unclean hands |
| Horizon Healthcare Services, Inc. | 459, 464 | Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>Plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands." To the extent they were not honest in their dealings with Defendants— e.g., by artificially and intentionally inflating their charges, seeking damages from Defendants for payments they could have obtained through balance billing but intentionally chose not to, and acting in ways that breached their obligations to Defendants or in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects Defendant to liability—Plaintiffs' conduct constitutes fraud, unconscionability, or bad faith towards Defendants and, is thus, chargeable with unclean hands. |
| MultiPlan Inc. | 463, 469 | Plaintiffs' and putative class members' claims are barred, in whole or in part, to the extent they have unclean hands. Plaintiffs and/or putative class members have unclean hands and/or bear equal responsibility to the extent that they were not honest in their dealings with Defendants and patients, acted in breach of any law under which they bring their claims, artificially and intentionally inflated their charges or were otherwise unjustified or deceptive in their billing practices, or otherwise engaged in conduct that Plaintiffs and putative class members allege subjects MultiPlan to liability. |

| Defendant | ECF | "Unclean Hands" Defense |
|---|---|---|
| UnitedHealth Group | 474, 479 | United hereby incorporates the preceding paragraphs in support of this defense. Plaintiffs' claims, including the claims of putative absent class members, are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>The law requires that those seeking equity must do equity, and a Plaintiff that seeks equitable relief must have clean hands.<br><br>Plaintiffs have unclean hands and/or bear equal responsibility to the extent that they engaged in misconduct in their dealings with Defendants, including to the extent Plaintiffs have engaged in billing misconduct, acted in breach of any of the laws under which they bring their claims, or engaged in any of the conduct that Plaintiffs allege subjects United to liability. |

## Class-Only Defendants

| Defendant | ECF | "Unclean Hands" Defense |
|---|---|---|
| Blue Cross Blue Shield of Michigan Mutual Insurance Company | 467 | Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>Plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands." To the extent they were not honest in their dealings with Defendants— e.g., by artificially and intentionally inflating their charges, seeking damages from Defendants for payments they could have obtained through balance billing but intentionally chose not to, and acting in ways that breached their obligations to Defendants or in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects BCBSM to liability—Plaintiffs' conduct constitutes fraud, unconscionability, or bad faith towards Defendants and, is thus, chargeable with unclean hands |

## DAP-Only Defendants

| Defendant | ECF | "Unclean Hands" Defense |
|---|---|---|
| Allied National, LLC | 470 | Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>Plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands."<br><br>To the extent that they were not honest in their dealings with Defendants, by e.g., artificially and intentionally inflating their charges, and acting in ways that breached their obligations to Allied or in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects Allied to liability, their claims are barred in whole or in part by the doctrine of unclean hands. |

| **Defendant** | **ECF** | **"Unclean Hands" Defense** |
|---|---|---|
| Benefit Plan Administrators of Eau Claire, LLC | 477 | The plaintiffs' claims are barred, in whole or in part, to the extent that the plaintiffs have unclean hands and/or bear equal responsibility. The plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands." To the extent that they were not honest in their dealings with Defendants, by e.g., artificially and intentionally inflating their charges, acting in ways that breached their obligations to BPA or in breach of any of the laws under which they bring their claims, or otherwise engaging themselves in any of the conduct that the plaintiffs allege subjects BPA to liability, their claims are barred in whole or in part by the doctrine of unclean hands. |
| Blue Cross Blue Shield of Massachusetts | 460 | Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>Plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands." To the extent they were not honest in their dealings with Defendants— e.g., by artificially and intentionally inflating their charges, seeking damages from Defendants for payments they could have obtained through balance billing but intentionally chose not to, and acting in ways that breached their obligations to Defendants or in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects Defendant to liability—Plaintiffs' conduct constitutes fraud, unconscionability, or bad faith towards Defendants and, is thus, chargeable with unclean hands. |
| Blue Cross Blue Shield of Minnesota and Aware Integrated, Inc. | 461 | Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>Plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands." To the extent they were not honest in their dealings with Defendants— e.g., by artificially and intentionally inflating their charges, seeking damages from Defendants for payments they could have obtained through balance billing but intentionally chose not to, and acting in ways that breached their obligations to Defendants or in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects Defendant to liability—Plaintiffs' conduct constitutes fraud, unconscionability, or bad faith towards Defendants and, is thus, chargeable with unclean hands. |
| CareFirst, Inc. | 472 | Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>Plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands." To the extent they were not honest in their dealings with Defendants— e.g., by artificially and intentionally inflating their charges, seeking damages from Defendants for payments they could have obtained through balance billing but intentionally chose not to, and acting in ways that breached their obligations to Defendants or in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects Defendant to liability—Plaintiffs' conduct constitutes fraud, unconscionability, or bad faith towards Defendants and, is thus, chargeable with unclean hands. |

| **Defendant** | **ECF** | **"Unclean Hands" Defense** |
|---|---|---|
| Central States, Southeast and Southwest Areas Health and Welfare Fund | 483 | Plaintiffs' claims are barred, in whole or part, to the extent that Plaintiffs have unclean hands and/or bear equal responsibility.<br><br>The law requires that those seeking equity must do equity.<br><br>Thus, a Plaintiff that seeks equitable relief must have clean hands.<br><br>Plaintiffs have unclean hands and/or bear equal responsibility to the extent that they were not honest in their dealings with Central States, as well as Defendants, acted in breach of any of the laws under which they bring their claims, or otherwise engaged themselves in any of the conduct that Plaintiffs allege subjects Central States, as well as Defendants, to liability. |
| Consociate, Inc. | 476 | The plaintiffs' claims are barred, in whole or in part, to the extent that the plaintiffs have unclean hands and/or bear equal responsibility.<br><br>The plaintiffs seeking equity must do equity, and accordingly must themselves come to court with "clean hands."<br><br>To the extent that they were not honest in their dealings with Defendants, by e.g., artificially and intentionally inflating their charges, acting in ways that breached their obligations to Consociate or in breach of any of the laws under which they bring their claims, or otherwise engaging themselves in any of the conduct that the plaintiffs allege subjects Consociate to liability, their claims are barred in whole or in part by the doctrine of unclean hands. |
| Kaiser Foundation Health Plan, Inc. | 484 | The Complaint is barred, in whole or in part, by the doctrine of unclean hands. KFHP pleads this defense upon information and belief because unclean hands concerns matters within the knowledge of the DAPs or other non-Defendants. |