**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 |
| | MDL No. 3121 |
| *This Document Relates To:* | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

## MOTION FOR WITHDRAWAL

Pursuant to Local Rule 83.17, James Pierce Mooney, on behalf of Defendant Health Care Service Corporation ("HCSC") and Defendant Central States, Southeast and Southwest Areas Health and Welfare Fund ("Central States"), respectfully moves this Court for leave to withdraw his appearance as attorney of record for HCSC and Central States in this matter. No substitution of counsel is necessary because HCSC and Central States will continue to be represented by counsel on record. In support of the Motion, I state the following:

1.      James Pierce Mooney has been counsel of record for Defendant HCSC and Defendant Central States.

2.      James Pierce Mooney is leaving Sidley Austin LLP on February 27, 2026.

3.      Other counsel from Sidley Austin LLP with appearances on file, including the undersigned, will continue to represent HCSC and Central States.

**WHEREFORE**, HCSC and Central States respectfully request an order authorizing the withdrawal of attorney James Pierce Mooney as counsel of record in connection with this proceeding.

1

Dated: February 20, 2026

Respectfully submitted,

/s/ *James P. Mooney*
James P. Mooney
Brian P. Kavanaugh
Scott D. Stein
Colleen M. Kenney
Meredith Greene Jalali
Matthew Bergs
Lauren McBride
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7617
Facsimile: (312) 853-7036
jmooney@sidley.com
bkavanaugh@sidley.com
sstein@sidley.com
ckenney@sidley.com
meredith.jalali@sidley.com
mbergs@sidley.com
lmcbride@sidley.com

*Counsel for Defendant Health Care Service
Corporation and Defendant Central States,
Southeast and Southwest Areas Health and
Welfare Fund*

2

## CERTIFICATE OF SERVICE

I, James P. Mooney, hereby certify that on this 20th day of February 2026, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to all filing users.

Dated: February 20, 2026          /s/ *James P. Mooney*
                                     James P. Mooney