# EXHIBIT A

**EXHIBIT A – Status of DAP Discovery Parameter Negotiations**

| Discovery Parameter | Status | Next Steps |
|---|---|---|
| Search Terms | <ul><li>DAPs have confirmed whether they intend to use "stacking" (search terms and TAR/CAL) or search terms only for their search methodology.</li><li>Parties are negotiating on search terms.</li><li>Any DAPs who have not yet provided Defendants with hit reports are in the process of preparing them.</li></ul> | <ul><li>Defendants are reviewing the hit reports of those DAPs who have provided them to date and will propose further revisions as appropriate, and meet and confer with DAPs in an effort to reach agreement on search terms or, if needed, crystallize any disputes to raise with the Court.</li></ul> |
| Custodians | <ul><li>Parties are negotiating on custodians for certain DAPs and have been meeting and conferring:</li><li>Certain DAPs are preparing responses to Defendants' request for additional information about the proposed custodians, or Defendants are reviewing DAPs' most recent proposal.</li><li>Certain DAPs produced organizational charts on February 17 which Defendants are reviewing, while these DAPs are in parallel preparing responses to certain of Defendants' December 24, 2025 requests for additional information and confirming whether there are any facility-level organizational charts.<ul><li>For other DAPs, the Parties are negotiating as to whether these DAPs have proposed custodians that cover certain relevant subject matter and/or whether Defendants have received sufficient information about these DAPs to evaluate the adequacy of their proposals. Additionally, for TIIA, Defendants are reviewing the employee roster produced on February 13.</li></ul></li></ul> | <ul><li>The Parties will meet and confer to the extent necessary in light of the Court's forthcoming resolution of Defendants' pending motion to compel (ECF 648).</li><li>Otherwise, for those DAPs whose custodial negotiations are ongoing, the parties will continue to meet and confer in an effort to reach agreement or, if needed, crystallize any disputes to raise with the Court.</li></ul> |

| Discovery Parameter | Status | Next Steps |
|---|---|---|
| | - Parties are confirming whether any further negotiation is needed on custodians for remaining DAPs. | |
| Non-custodial Sources | - Parties are negotiating as to the sufficiency of certain DAPs' non-custodial source disclosures.<br>- Certain DAPs are identifying non-custodial sources with responsive information and/or are preparing responses to Defendants requests for additional information about disclosed sources so Defendants may evaluate the sufficiency of DAPs' disclosures to date, or Defendants are reviewing DAP's most recent proposals and responses. | - For those DAPs whose non-custodial source negotiations are ongoing, the parties will continue to meet and confer in an effort to reach agreement or, if needed, crystallize any disputes to raise with the Court. |
| Third-Party Disclosures | - Parties are negotiating as to certain DAPs' third-party disclosures.<br>- Certain DAPs have disclosed third-parties, and Defendants are awaiting confirmation that these DAPs agree to collect and produce potentially responsive documents from those third parties, and/or whether Plaintiff has possession, custody or control of potentially responsive information that their disclosed third-parties have.<br>- Certain DAPs have disclosed that there are no third parties likely to have responsive information that is outside of that DAP's possession, custody or control, or, for TIIA, that some of the third parties they previously disclosed to Defendants are out of scope of this litigation. | - For those DAPs whose third-party disclosure negotiations are still ongoing, the Parties are corresponding in writing and meeting and conferring as necessary in an effort to reach agreement. Or, if needed, the Parties will crystallize any disputes to raise with the Court. |