# **EXHIBIT B**

# Hon. Layn R. Phillips
## CEO / Mediator / Arbitrator

Layn R. Phillips, founder of Phillips ADR Enterprises (PADRE), is both a former United States Attorney and a former United States District Judge.

Beginning his judicial career in Oklahoma City at age 35 pursuant to an appointment by President Reagan, he presided over more than 140 trials in Oklahoma, New Mexico, and Texas. He also sat by designation on the United States Court of Appeals for the Tenth Circuit in Denver, Colorado, where he participated in numerous panel decisions and published opinions.

Before his tenure on the bench, Judge Phillips joined the United States Attorney's office in Los Angeles in 1980 as an Assistant United States Attorney, serving as a federal prosecutor in the Central District of California for four years. During the Reagan administration, he returned to his home state of Oklahoma, where, at age 31, he was nominated to serve as a United States Attorney.

Upon resigning from the federal bench, Judge Phillips joined the law firm of Irell & Manella, in Newport Beach, California, where for 23 years he specialized in complex civil litigation, internal investigations, and alternative dispute resolution.

Judge Phillips subsequently founded Phillips ADR Enterprises (PADRE), an alternative dispute resolution firm which focuses on the mediation of complex disputes. For the last decade, he has presided over cases that have collectively resulted in several billion dollars in settlements annually. Some of his notable settlements include the NFL Concussion Litigation, the Petrobras U.S. Securities Litigation, the Bonneville Power Administration Residential Exchange Litigation, the DOE Rockwell Rocky Flats Nuclear Plant Litigation, the Michigan State University Sexual Abuse Cases, the Merck Vioxx Securities Litigation, the Bank of America Merrill Lynch Acquisition Litigation, the High Tech Employees Antitrust Litigation, the Activision Blizzard Stockholder Litigation, the Anthem Data Breach Litigation, the Walmart Consolidated Wage and Hour Litigation, and the Wells Fargo Financial Accounts Securities Litigation. He has also served for several years as the NBA Systems Arbitrator.

For his years of commitment to public service, he was named as one of the 10 Outstanding Young Americans by the U.S. Junior Chamber of Commerce. As a result of his trial work, Judge Phillips was elected into the American College of Trial Lawyers. He has the dual honor of being named by LawDragon Magazine as one of the "Leading Judges in America" and as one of the "Leading Litigation Attorneys in America." In August 2016, Judge Phillips was named as one of the top seven mediators in the United States of America by Chambers and Partners.

Judge Phillips received both his B.S. and J.D. from the University of Tulsa. He also completed two years of an LLM program at Georgetown University Law Center in the field of antitrust and economic regulation of industry.

Judge Phillips has also been inducted into the University of Tulsa Athletic Hall of Fame. He was a four-year letter winner in tennis, serving as the captain of the men's varsity team and winning the NCAA Missouri Valley Conference Championship at #1 singles.

Judge Phillips has a passion for travel and has visited every continent. He currently resides in Laguna Beach, California with his wife, Kathryn. He has three grown children Amanda, Parker and Graham and a granddaughter, Stella Kathryn and a grandson, Owen Layn.



**Call: (949) 760-5280**

**www.phillipsadr.com**









# Representative Settlements

## The Leading Mediators in the United States

# Representative Settlements

## The Leading Mediators in the United States

PADRE's unique focus on complex, high-risk cases and our experience successfully mediating a large number of disputes through our relentless approach to resolution has enabled our team to gain significant insight into the multiple factors that drive these settlements across a broad range of disputes and industry sectors.



1. **In re Aqueous Film-Forming Foam Products Liability Litigation - 3M/Water Providers & DuPont, Corteva, Chemours/Water Providers** (Environmental Contamination Products Liability MDL, District of South Carolina, 2023) (Mediators: Judge Phillips, Clay Cogman, Andra Greene)

2. **Doe, et al. v. JP Morgan Chase** (Jeffrey Epstein Sexual Abuse Class Action, Southern District of New York, 2023) (Mediators: Judge Phillips, Michelle Yoshida, John Kiernan)

3. **In re Dell Technologies Inc. Class V Stockholders Litigation** (Stockholder Class Action, Delaware Chancery Court, 2023) (Mediators: Judge Phillips, Niki Mendoza, Greg Danilow)

4. **In re Wells Fargo & Co Securities Litigation** (Securities Class Action, Southern District of New York, 2023) (Mediators: Judge Phillips, Mark Helm)

5. **AXA Equitable Life Insurance Company COI Litigation** (Life Insurance Rate Payer Class Action, Southern District of New York, 2023) (Mediators: Judge Phillips, David Murphy)

6. **United States v. UBS Securities LLC, et al.** (RMBS Fraud Action, 2023) (Mediators: Judge Phillips, Seth Aronson, Michelle Yoshida)

7. **IowaPERS, et al. v. Bank of America et al.** (Price-Fixing Antitrust Class Action, Southern District of New York, 2023) (Mediators: Judge Phillips, Clay Cogman, Miles Ruthberg)

8. **Rogowski et al. v. State Farm Life Insurance Company et al.** (Life Insurance Rate Payer Class Action, Western District of Missouri, 2023) (Mediators: Judge Phillips, John Kiernan)

9. **Matthew Sciabacucchi, et al. v. Liberty Broadband Corporation** (Shareholder Derivative Action, Delaware Chancery Court, 2023) (Mediators: Judge Phillips, David Murphy)

10. **Wedding et al. v. CalPERS** (Long-Term Care Policyholder Class Action, Los Angeles County Superior Court (CA), 2023) (Mediators: Judge Phillips, Michelle Yoshida)

11. **In re Zetia Antitrust Litigation** (Reverse Payment Antitrust Class Actions, Eastern District of Virginia, 2023) (Mediators: Judge Phillips, Clay Cogman, Seth Aronson)

12. **Flynn, et al. v. Exelon Corporation, et al.** (Securities Class Action, Northern District of Illinois, 2023) (Mediators: Judge Phillips, Clay Cogman, Michelle Yoshida)

13. **In re Envision Healthcare Corp. Securities Litigation** (Securities Class Action, Middle District of Tennessee, 2023) (Mediators: Judge Phillips, Niki Mendoza)

14. **Sterigenics Illinois Ethylene Oxide Exposure Claims** (Personal Injury Claims, Cook County Illinois Circuit Court, 2023) (Mediators: Judge Phillips, Miles Ruthberg, Niki Mendoza)

15. **Gutierrez, et al. v. Amplify Energy Corp., et al.** (San Pedro Bay Oil Spill Class Actions, Central District of California, 2022) (Mediators: Judge Phillips, Niki Mendoza)

16. **In re The Boeing Company Derivative Litigation** (Derivative Shareholder Action, Delaware Chancery Court, 2022) (Mediators: Judge Phillips, Greg Danilow)

17. **Cameron, et al. v. Apple Inc.** (App Store Developers Antitrust Litigation, Northern District of California, 2022) (Mediators: Judge Phillips, Clay Cogman)

18. **Karimi, et al. v. Deutsche Bank AG, et al.** (Securities Class Action, Southern District of New York, 2022) (Mediators: Judge Phillips, Niki Mendoza, Mark Helm)

19. **In re Purdue Pharma** (Bankruptcy Estate Allocation, Southern District of New York, 2021) (Mediators: Judge Phillips, Ken Feinberg, Clay Cogman)

20. **In re EpiPen Marketing, Sales Practices and Antitrust Litigation** (Consumer and Antitrust MDL, District of Kansas, 2021) (Mediators: Judge Phillips, Clay Cogman)

21. **State of Oklahoma ex rel. Mike Hunter v. Purdue Pharma L.P. et al.** (Opioids Public Nuisance Litigation, District Court of Cleveland County, State of Oklahoma, 2019) (Mediators: Judge Phillips, Clay Cogman, Niki Mendoza)

22. **In re GSE Bonds Antitrust Litigation** (Antitrust Class Action, Southern District of New York, 2019) (Mediators: Judge Phillips, Greg Lindstrom)

23. **In re SunEdison, Inc. Securities Litigation** (Securities Class Action, Southern District of New York, 2019) (Mediators: Judge Phillips, Greg Lindstrom)

24. **Rachael Denhollander et al. v. Michigan State University et al.** (Sexual Abuse Survivors Mass Action, Western District of Michigan, 2019) (Mediators: Judge Phillips, Michelle Yoshida, Clay Cogman)

Case: 1:24-cv-06795 Document #: 650-2 Filed: 02/20/26 Page 6 of 6 PageID #:14009

25. **In re National Football League Players' Concussion Injury Litigation** (Mass Tort, Eastern District of Pennsylvania, 2014) (Mediators: Judge Phillips, Clay Cogman)

**Contact us today →**

For further information regarding our team of neutrals, call Meghan Lettington at **949-760-5280**, or email **MLettington@phillipsadr.com**



© 2025 PHILLIPS ADR |  2101 East Coast Highway, Suite 250, Corona Del Mar, California 92625 |  (949) 760-5280 |  Privacy Policy  |  Terms & Conditions