UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795<br>MDL No. 3121 |
| This Document Relates To:<br><br>ALL ACTIONS | Hon. Matthew F. Kennelly |

## CASE MANAGEMENT ORDER NO. 26 - JOINT DISCOVERY AND CASE MANAGEMENT SCHEDULING ORDER

Pursuant to the Court's January 21, 2026 Minute Entry and direction therein, the parties propose the following Joint Discovery and Case Management Scheduling Order:

| EVENT | DATE |
|---|---|
| Deadline to complete production of structured data | **June 1, 2026** |
| Deadline for substantial completion of document productions in response to Third Set of RFPs | **June 4, 2026** |
| Deadline for any motions to amend the pleadings | **July 16, 2026** |
| Last day on which parties may serve requests for production | **November 10, 2026** |
| Last day on which parties may serve interrogatories | **December 8, 2026** |
| Close of Fact Discovery | **January 29, 2027** |
| Plaintiffs' Merits and Class Certification Expert Reports | **March 2, 2027** |
| Defendants' Merits and Class Certification Expert Reports | **May 6, 2027** |
| Plaintiffs' Rebuttal Merits and Class Certification Expert Reports | **July 14, 2027** |
| Close of Expert Discovery | **August 12, 2027** |
| Class Certification Motion<br>(Timing and parameters of *Daubert* motions to be later addressed) | **August 19, 2027** |
| Class Certification Opposition Brief | **September 29, 2027** |

| EVENT | DATE |
|---|---|
| Class Certification Reply Brief | **November 12, 2027** |
| Class Certification Hearing | **Court's discretion** |
| Summary Judgment Motions (Timing and parameters of *Daubert* motions to be later addressed) | **November 15, 2027** |
| Summary Judgment Opposition Briefs | **January 14, 2028** |
| Summary Judgment Replies | **February 28, 2028** |
| Parties to submit joint status report or stipulation concerning (1) remand or transfer of cases centralized by Judicial Panel on Multidistrict Litigation, (2) deadlines for motions in limine briefing and evidentiary stipulations, and (3) deadlines for all remaining DAP actions | **Court's discretion** |
| Pre-Trial Conference | **Court's discretion** |
| First Trial Begins | **May 1, 2028** |

SO ORDERED this 23rd day of February, 2026 (*nunc pro tunc* Jan. 21, 2026).

_____
Honorable Matthew F. Kennelly
United States District Judge