UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION**<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:24-cv-06795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**SUPPLEMENT TO JOINT STATUS REPORT**

The Parties submit the following Supplement to their Joint Status Report pursuant to the Court's Minute Order dated February 22, 2026. ECF No. 651.

**I.      Status of Additional Motions Identified by the Court**

A. **Plaintiffs' Motion to Compel Defendant MultiPlan to Produce Documents Using Plaintiffs' Proposed Time Period and From Additional Custodians.** On October 31, 2025, Plaintiffs filed this Motion under seal. ECF No. 569. Plaintiffs filed a corrected Motion on November 2, 2025, ECF No. 573, which is discussed in the February 20, 2026 Joint Status Report, ¶III.B, ECF No. 650. Defendants responded on November 10, 2025. ECF No. 579. Plaintiffs replied on November 12, 2025. ECF No. 583. The Court referred this matter to the E-Discovery Special Master, Dr. Maura R. Grossman. The parties attended working sessions with Dr. Grossman on February 12 and 24, 2026, have made progress towards resolving or narrowing their disputes, and will attend a follow-up session on March 9, 2026. The parties will provide an update to the Court at the February 27 status hearing.

B. **Plaintiffs' Motion to Compel Defendant Multiplan to Apply Plaintiffs' Proposed Search Terms.** On October 31, 2025, Plaintiffs filed this Motion under seal. ECF No.

1

571. On November 2, 2025, Plaintiffs filed this same Motion unsealed, ECF No. 574, which is discussed in the February 20, 2026 Joint Status Report, ¶III.B, ECF No. 650. Defendants responded on November 10, 2025. ECF No. 579. The Court referred this matter to the E-Discovery Special Master, Dr. Maura R. Grossman. The parties attended a working session with Dr. Grossman on February 12 and 24, 2026, have made progress towards resolving or narrowing their disputes, and will attend a follow-up session on March 9, 2026. The parties will provide an update to the Court at the February 27 status hearing.

C. **Joint Motion Regarding the Selection of Replacement Discovery Bellwether Direct Action Plaintiffs.** The parties submitted this joint Motion on January 14, 2026, ECF No. 635. The Motion reflects Defendants' replacements for two Discovery Bellwether DAP selections that dismissed their actions, *see* ECF Nos. 610, 618, as discussed in the February 20, 2026 Joint Status Report, ¶I.B, and includes an exhibit of all of the Discovery Bellwether DAP selections. Counsel for Defendant MultiPlan submitted the parties' draft proposed case management order granting this Motion to the Court's proposed order email address on January 14, 2026.

II. **Pending Proposed Orders**

Apart from the proposed Order referenced in ¶ I.C above, there are no additional draft orders on matters upon which the Court has ruled that are awaiting entry by the Court.

Dated: February 25, 2026

/s/ Sadik Huseny
Sadik Huseny (*pro hac vice*)
**LATHAM & WATKINS LLP**
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel.: (737) 910-7300
sadik.huseny@lw.com

*Defendants' Coordinating Counsel*

/s/ Shawn J. Rabin
Shawn J. Rabin (*pro hac vice*)
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel.: (212) 336-8330
srabin@susmangodfrey.com

*Interim Class Liaison Counsel*

/s/ Christopher A. Seeger
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

*Plaintiffs' Coordinating Counsel*