UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Multiplan Health Insurance Provider
Litigation, et al.

Plaintiff,

v.   Case No.: 1:24−cv−06795
Honorable Matthew F.
Kennelly

Multiplan, Inc., et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 2/27/2026. Rulings made as follows. (1) With regard to privilege logging (Joint Status Report Item IV.F) the Court adopts the compromise proposal agreed to by the defendants and the DAP plaintiffs and overrules the class plaintiffs' alternative proposal. (2) With regard to the structured data Rule 30(b)(6) deposition (JSR item IV.H) the Court declines plaintiffs' request to preemptively bar certain objections or types of objections. (3) The appointment of a mediator is deferred. (4) Plaintiff's motion to compel a reasonable search [647] is granted with regard to centralized travel and expense records and referred to the Special Master with regard to text messages. (5) The motion to strike the current unclean hands affirmative defenses [646] is granted on the basis of insufficient pleading and particularity for the reasons stated at the hearing. Any motion to file an amend defense must be filed by 3/20/2026. (6) Oral ruling made on defendants' motion to compel [648] as follows: (a) The motion is denied as to topics A, F, and G; (b) As to topic D the motion is granted as to RFPs 24; 25; and 60 and denied as to RFPs 7; 8; 27; and 28. (c) Topics B, C, E, are referred to the Special Master. (7) The case is set for a further in−person status hearing on 4/9/2026 at 10:30 a.m. A joint status report is to be filed on 4/2/2026. (8) The Court advises that counsel and members of the public who cannot attend the 4/9/2026 hearing but wish to listen may do so via telephone by calling 650−479−3207, access code 2305−915−8729. No person listening by telephone will be permitted to speak; the call−in option is for listening only. An in−person appearance will be required for any attorney or other person who wishes to be heard. Anyone calling to listen is directed to mute themselves. The Court reserves the right to disconnect the telephone if callers do not mute themselves. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.