# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Multiplan Health Insurance Provider
Litigation, et al.

Plaintiff,

v.

Case No.: 1:24–cv–06795

Honorable Matthew F.
Kennelly

Multiplan, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: In person status and motion hearings held on 4/9/2026. As more fully explained on the record: (1) The defendants' motion for leave to amend affirmative defense [668] is taken under advisement. (2) On any further motions to amend by direct actions plaintiffs a response to the motion will be due 10 days after filing of the motion. (3) Oral argument heard on the plaintiff's motion to compel regarding cell phone numbers. Plaintiff 9;s motion to compel [674] is granted with the limitations and subject to a protective order as discussed during the hearing. (4) The parties are directed to send proposed draft order in Word format to Judge Kennelly's proposed order email address regarding (a) plaintiffs' motion to compel and (b) answers to the recently filed amended complaints. (5) A joint status report is to be filed by 5/8/2026. (6) A separate joint status report regarding the protective order concerning cell phone information (as discussed above) identifying any disputes is to also be filed on 5/8/2026. (7) The case is set for a further in–person case management conference on 5/15/2026 at 10:00 a.m. (8) The Court advises that counsel and members of the public who cannot attend the 5/15/2026 hearing but wish to listen may do so via telephone by calling 650–479–3207, access code 2305–915–8729. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.