**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-6795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL DIRECT ACTIONS | |

## JOINT STATUS REPORT

Defendant UnitedHealth Group Incorporated ("United") and non-party Wm. Michael Stemler Inc. d/b/a Delta Health Systems ("Delta Health") (collectively, the "Parties"), respectfully submit the following joint status report pursuant to the Court's Minute Order dated April 21, 2026. ECF No. 694.

The Parties met and conferred on April 27, 2026, regarding the Motion to Quash the Subpoena to Produce Documents issued on April 6, 2026 (the "Motion"). *See* ECF No. 693. The Parties have resolved the dispute underlying the Motion and Delta Health has agreed to withdraw the Motion as moot.

Delta Health previously responded to a subpoena issued by Plaintiffs in February 2026. On April 20, 2026, Delta Health reproduced to Defendants the same set of materials it had previously produced to Plaintiffs. As a result of that production and based on the representation that there are no further productions forthcoming, Delta Health and Defendants do not have any current dispute.

In light of the foregoing, the Parties respectfully request that the Court deny the Motion as moot.

1

Dated: April 28, 2026

*/s/ Scott J. Fisher*
Scott Jared Fisher
Eric Y. Choi
**NEAL, GERBER & EISENBERG**
225 West Randolph Street, Suite 2800
Chicago, IL 60606
Telephone: (312) 269-8035
sfisher@nge.com
echoi@nge.com

Rachel S. Brass (*pro hac vice*)
Henry H. Cornillie
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8293
rbrass@gibsondunn.com
hcornillie@gibsondunn.com

Joshua Lipton (*pro hac vice*)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
jlipton@gibsondunn.com
klimarzi@gibsondunn.com

Heather Richardson (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
hrichardson@gibsondunn.com

*Attorneys for Defendant UnitedHealth
Group Incorporated*

*/s/ Christine M. Cooper*
Christine M. Cooper (OH #0079160)
**KOEHLER FITZGERALD LLC**
1111 Superior Avenue East
Suite 2500
Cleveland, OH 44114
(Tel.) (216) 539.9370
ccooper@koehler.law

*Attorney for Wm. Michael Stemler Inc. d/b/a
Delta Health Health Systems*

## **CERTIFICATE OF SERVICE**

I, Scott J. Fisher, hereby certify that on this 28th day of April 2026, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to all filing users.

*s/ Scott J. Fisher*
Scott J. Fisher