UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: MULTIPLAN HEALTH
INSURANCE PROVIDER LITIGATION

This Document Relates To:

ALL ACTIONS

Case No. 1:24-cv-06795
MDL No. 3121

Hon. Matthew F. Kennelly

**CASE MANAGEMENT ORDER NO. 30**
**(REGARDING PLAINTIFFS' MOTIONS TO COMPEL MULTIPLAN TO APPLY**
**PLAINTIFFS' PROPOSED TIME PERIODS, CUSTODIANS, AND SEARCH TERMS)**

On November 2, 2025, Plaintiffs moved to compel Defendant MultiPlan to apply Plaintiffs' proposed time period, custodians, and search terms to search for documents responsive to Plaintiffs' Requests for Production. ECF Nos. 573 and 574. On November 21, 2025, the Court entered Case Management Order No. 24 appointing Dr. Maura R. Grossman to serve as E-Discovery Special Master and referred Plaintiffs' motions to compel to Dr. Grossman. ECF No. 595. On February 12, February 24, and March 9, 2026, Plaintiffs and MultiPlan (the "Parties") met with Dr. Grossman concerning their dispute. At Dr. Grossman's direction, the Parties met-and-conferred and exchanged a series of proposals in order to narrow and resolve their dispute, and the Special Master has since resolved the dispute. The Court now enters this order resolving Plaintiffs' motions to compel:

1.      **Document Custodians.** MultiPlan's document custodians shall be as follows: Dale White, Michael Kim, Susan Mohler, Monica Armstrong, Melbalynn Madarang, Kurt Fullmer, Jacqueline Kienzle, Andrew Cone, Mark Edwards, Sean Crandell, Michael Schill, Kathleen Praxmarer, Melissa Dotson, Derek Reis-Larson, Michael Battistoni, Emma Johnson, Michael McEttrick, Bruce Singleton, Mark Tabak, and Paul Nappi.

1

2.	In addition, the Parties shall continue to meet and confer regarding the identification of up to two additional custodians to be added as document custodians, and the scope of Multiplan's response and the appropriate targeted search terms to be applied to find materials related to MultiPlan's source code, including but not limited to, responses to RFP Nos. MP 78 and 79 of Plaintiffs' Fourth Set of Requests for source code technical documents.

3.	Search Terms. MultiPlan shall apply the search terms proposed by Plaintiffs on March 16, 2026 for the 20 custodians named in paragraph 1 above.

4.	**General Relevant Time Period.** Except as provided below, MultiPlan shall limit custodial searches for documents responsive to Plaintiffs' Requests for Production to a period beginning January 1, 2013, except as described below or previously agreed by the parties.

5.	**Pre-2013 Document Discovery**:

	a.	In addition to the above, MultiPlan shall apply search strings 21-27, 30, and 31 (inclusive of all subparts) to the custodial files of Sean Crandell and Dale White for a period beginning January 1, 2010.

	b.	In addition to the above, MultiPlan shall apply the Cigna-specific search strings proposed by Plaintiffs on March 11, 2026 for the period of January 1, 2010 to December 31, 2012.

	c.	Nothing in the above shall affect the parties' separate agreement, not part of Plaintiffs' motions, regarding earlier time periods for go-get productions in response to RFPs 15, 16, and 34.

**IT IS SO ORDERED.**

Dated: 4/29/2026

_____
Hon. Matthew F. Kennelly