**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 |
| | MDL No. 3121 |
| *This Document Relates To:* ALL ACTIONS | Hon. Matthew F. Kennelly |

<u>**DECLARATION OF SHEILA R. ADAMS JAMES IN SUPPORT OF OPPOSITION OF CENTENE CORPORATION AND HEALTH NET OF CALIFORNIA, INC. TO CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**</u>

I, Sheila R. Adams James, hereby declare:

1.      I am an attorney duly licensed to practice law in the state of New York, and I am a partner in the law firm Davis Polk & Wardwell LLP. My office is located at 450 Lexington Avenue, New York, New York 10017. I am counsel for Centene Corporation ("Centene") and Health Net of California, Inc. ("Health Net"). I have been admitted to this Court *pro hac vice*. I submit this declaration in support of the Opposition of Centene Corporation and Health Net of California, Inc. to Class Plaintiffs' Motion for Leave to File First Amended Consolidated Class Action Complaint (the "Motion").

2.      In October and November 2024, counsel for Centene and Health Net met with Class Counsel multiple times and explained the scope and nature of Health Net's use of Data iSight. In an email dated October 31, 2024, counsel for Centene and Health Net explained that

████████████████████████████████████████████████████ The email stated:

████████████████████████████████████████████████████████

1

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

3. This October 31, 2024 email further explained that "**Centene would seek to compel arbitration against named plaintiffs**." The email stated that "Centene has identified contracts with several plaintiffs, which contain arbitration provisions and class action waivers. Accordingly, if Centene is named a Defendant, it would seek to enforce these provisions through motions to compel arbitration."

4. In a meet-and-confer in November 2024, counsel for Centene and Health Net showed Class Counsel claims data, Data iSight invoices, and MultiPlan contracts to support these representations.

5. On July 24, 2025, at Class Plaintiffs' request, MultiPlan made a targeted production of certain MultiPlan Data iSight Performance Reports ("Performance Reports") to Class Plaintiffs. This production included 41 monthly Performance Reports for Health Net from January 2022 to May 2025.

6. On April 10, 2026, counsel for Class Plaintiffs sent an email to counsel for Centene and Health Net, which stated, among other things: "We have come across information suggesting that Centene and its subsidiaries are ████████████████████████ ████████████████████████████████████████."

7. On April 13, 2026, counsel for Centene and Health Net requested that Class Counsel identify the purported information that they had come across.

8. On April 14, 2026, Class Counsel responded, stating that they were "seeing Data iSight performance reports for Health Net ████████████████████████ ██████

2

9.      In response to a further inquiry from counsel for Centene and Health Net on April 15, 2026, about the period of time to which these figures related, Class Counsel stated in an email on April 15, 2026: "Roughly the last 3-4 year [sic]."

10.     On April 16, 2026, Class Counsel informed counsel for Centene and Health Net that they were "deciding whether to add Centene back as a defendant[.]"

11.     Counsel for Centene and Health Net met and conferred with Class Counsel on April 17, 2026. During the meet and confer, Class Counsel made the accusation that, in October and November 2024, counsel for Centene and Health Net had not accurately represented Health Net's usage of Data iSight. Class Counsel requested that Centene and Health Net produce any information to refute Class Counsel's interpretation of the MultiPlan Performance Reports for Health Net within two business days. Class Counsel also requested that counsel for Centene and Health Net consent to Class Plaintiffs' proposed amendment to their complaint. Counsel for Centene and Health Net stated that they would relay the call and request for consent to their client. Counsel for Centene and Health Net did not provide a position on the request to consent to the amendment at that time.

12.     On April 19, 2026, Class Counsel identified the MultiPlan Performance Reports for Health Net at issue, 41 of which had been produced to Class Plaintiffs by MultiPlan on July 24, 2025.

13.     On April 21, 2026, Class Counsel informed a group of Defendants that Class Plaintiffs would seek to file a First Amended Consolidated Class Action Complaint adding Centene as a defendant, among other changes. Class Counsel requested Defendants' consent to the filing.

14. On April 22, 2026, after obtaining and reviewing the MultiPlan Performance Reports for Health Net, Centene and Health Net informed Class Plaintiffs in writing that the Performance Reports did not reflect Health Net's "actual usage" of Data iSight but instead ██████████████████████████████████████████████████████ The letter further explained: "Contrary to Class Counsel's statements last week that we somehow mischaracterized Health Net's usage of Data iSight during our communications with Class Counsel in October and November of 2024, we can confirm that the information we provided to Class Counsel was accurate and remains accurate." ████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████[1]

15. On April 23, 2026, Class Counsel emailed counsel for Centene and Health Net and stated, among other things: "Based on the discovery record, we will be seeking leave to amend our complaint to add Centene as a defendant."

16. On April 29, 2026, counsel for Centene and Health Net met and conferred with Class Plaintiffs. During the meet-and-confer, Class Counsel admitted that Centene and Health Net could not meet the then-upcoming June 1, 2026 and June 4, 2026 deadlines for interim substantial completion of structured data productions and document productions, respectively.

17. On May 1, 2026, before the Motion was filed, counsel for Centene and Health Net sent an email to Class Counsel "providing notice" that Centene and Health Net "will seek to

---

[1] The letter to Class Counsel stated that 41 of the 42 MultiPlan Performance Reports for Health Net were originally produced on September 23, 2025. Centene and Health Net have since learned that the reports were produced even earlier on July 24, 2025.

compel arbitration" of claims by class representative Curtis F. Robinson, MD, Inc., against Centene "pursuant to paragraph 7.6, among others, of the Provider Participation Agreement between Curtis F. Robinson, MD, Inc. d/b/a Panoramic Medicine, and Health Net, which has been in force since July 31, 2011[.]" Counsel for Centene and Health Net explained:



18.     Attached hereto as Exhibit A is a true and correct copy of the executed Provider Participation Agreement between Curtis F. Robinson, MD., Inc., and Health Net, effective July 31, 2011, and dated August 1, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of May, 2026 in New York, New York.

/s/ Sheila R. Adams James
Sheila R. Adams James

*Counsel for Defendants Centene Corporation and Health Net of California, Inc.*