# Exhibit A
# (Fully Redacted)



































































