**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-6795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS |  |

**MULTIPLAN'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF THE JOINT STATUS REPORT REGARDING SUPPLEMENTAL <u>SOURCE CODE PROTECTIVE ORDER</u>**

Pursuant to the HIPAA-Qualified Protective Order (ECF No. 242) (the "Protective Order"), entered in this case, Defendants Claritev Corporation, Medical Audit & Review Solutions, Inc., Multiplan, Inc., National Care Network, LLC, Viant Inc., Viant Payment Systems, Inc. ("MultiPlan") respectfully request that the Court grant this Motion to Seal as to certain portions (the "Redacted Material") of the Joint Status Report Regarding Supplemental Source Code Protect Order (the "Source Code JSR"). ECF No. 710.

In support of its motion for leave, MultiPlan states as follows:

1. The Redacted Material, provided in support of Plaintiffs' position in the Source Code JSR, consists of an explanatory parenthetical to a certain MultiPlan document. This document is designated "Highly Confidential – Outside Counsel Only" pursuant to Protective Order 3(b) entered in this case. The Redacted Material itself contains highly sensitive information regarding MultiPlan's business and security practices related to proprietary IT systems, databases, and other information systems. This information is proprietary business information not generally known or readily ascertainable by the public (including competitors), competitively sensitive, and general public availability of this data could affect MultiPlan's secure business operations.

2. Pursuant to Paragraph 19 of the Protective Order, the Redacted Material in the Source Code JSR was filed provisionally under seal and an unredacted version was provided to all parties and the Court. Additionally, a redacted version was filed on the docket as ECF No. 710.

WHEREFORE, MultiPlan respectfully requests that this Court grant MultiPlan's Motion to Seal the Redacted Material in the Source Code JSR.

Dated: May 14, 2026

/s/ Sadik Huseny
Sadik Huseny (*pro hac vice*)
**Latham & Watkins LLP**
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
sadik.huseny@lw.com

Gary Feinerman
**Latham & Watkins LLP**
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com

Lawrence E. Buterman (*pro hac vice*)
Katherine A. Rocco (*pro hac vice*)
**Latham & Watkins LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com
katherine.rocco@lw.com

Meaghan Thomas-Kennedy *(pro hac vice)*
**Latham & Watkins LLP**
505 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 391-0600
meaghan.thomas-kennedy@lw.com

Anna M. Rathbun (*pro hac vice*)
Molly Barron (*pro hac vice*)
Graham B. Haviland (*pro hac vice*)
**Latham & Watkins LLP**
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
anna.rathbun@lw.com
graham.haviland@lw.com
molly.barron@lw.com

Errol J. King Jr. (*pro hac vice*)
Katherine Mannino (*pro hac vice*)
**Phelps Dunbar LLP**
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Telephone: (225) 376-0279
errol.king@phelps.com
katie.mannino@phelps.com

*Attorneys for Defendants Claritev Corporation, Medical Audit & Review Solutions, Inc., Multiplan, Inc., National Care Network, LLC, Viant Inc., Viant Payment Systems, Inc.*

2