**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

**CASE MANAGEMENT ORDER  NO. 31 – REGARDING EXTENSION**
**OF INTERIM SUBSTANTIAL COMPLETION AND PRIVILEGE LOG DEADLINES**

Pursuant to the Court's ruling at the May 15, 2026, case management conference and subsequent minute entry, ECF No. 721, the Court extends the deadlines for substantial completion of productions in response to the parties' Third Sets of Requests for Production and of structured data to July 30, 2026, and the deadline for production of related privilege logs to September 17, 2026.[1] The Parties will endeavor to substantially complete their production of structured data and documents responsive to the Third Set of RFPs in advance of these deadlines, to the extent feasible.

Following submission of the parties' forthcoming joint status report on May 27, 2026, the Court will enter a revised comprehensive case schedule.

So ORDERED this 22nd day of May, 2026.

_____
Honorable Matthew F. Kennelly
United States District Judge

---

[1] The Court understands that the parties are continuing to meet and confer regarding document and structured data production deadlines for the Defendants newly added to the First Amended Consolidated Class Action Complaint.