# EXHIBIT A

Exhibit A

# Defendants Named in Proposed Amended Complaints

| Case | Defs. Named in Proposed Amend. Compl. | Already Named in this Case | Class Defendant | Current Defendant in Other BW DAP Case |
|---|---|---|---|---|
| **Cogent Healthcare of North Carolina, P.C. Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Aetna | | X | X |
| | 3. Allied | | | X |
| | 4. BPA | | | X |
| | 5. BCBS-Michigan | | X | |
| | 6. Central States | | | X |
| | 7. Cigna | | X | X |
| | 8. Consociate | | | X |
| | 9. Elevance | | X | X |
| | 10. Horizon | | X | X |
| | 11. BCBS – Massachusetts | | X | X |
| | 12. BCBS – Minnesota | | X | X |
| | 13. CareFirst | | X | X |
| | 14. HCSC | | X | |
| | 15. Highmark Health | | X | X |
| | 16. Kaiser | | | X |

Exhibit A
# Defendants Named in Proposed Amended Complaints



| Case | Defs. Named in Proposed Amend. Compl. | Already Named in this Case | Class Defendant | Current Defendant in Other BW DAP Case |
|---|---|:-:|:-:|:-:|
| **Cogent Healthcare of Texas, P.A.** **Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Aetna | | X | X |
| | 3. Allied | | | X |
| | 4. BPA | | | X |
| | 5. BCBS-Michigan | | X | |
| | 6. Central States | | | X |
| | 7. Cigna | | X | X |
| | 8. Consociate | | | X |
| | 9. Elevance | | X | X |
| | 10. Horizon | | X | X |
| | 11. BCBS – Massachusetts | | X | X |
| | 12. BCBS – Minnesota | | X | X |
| | 13. CareFirst | | X | X |
| | 14. Highmark Health | | X | X |
| | 15. Kaiser | | | X |
| **Hospitalist Medicine Physicians of New Mexico – Clovis, LLC** **Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Aetna | | X | X |
| | 3. Allied | | | X |
| | 4. BPA | | | X |
| | 5. BCBS-Michigan | | X | |
| | 6. Central States | | | X |
| | 7. Cigna | | X | X |
| | 8. Consociate | | | X |
| | 9. Elevance | | X | X |
| | 10. Horizon | | X | X |
| | 11. BCBS – Massachusetts | | X | X |
| | 12. BCBS – Minnesota | | X | X |
| | 13. CareFirst | | X | X |
| | 14. Highmark Health | | X | X |
| | 15. Kaiser | | | X |

Exhibit A
# Defendants Named in Proposed Amended Complaints

| Case | Defs. Named in Proposed Amend. Compl. | Already Named in this Case | Class Defendant | Current Defendant in Other BW DAP Case |
|------|---------------------------------------|:--:|:--:|:--:|
| **Hospitalist Medicine Physicians of Texas, PLLC (Houston, PLLC)**<br>**Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Allied | | | X |
| | 3. BPA | | | X |
| | 4. BCBS-Michigan | | X | |
| | 5. Central States | | | X |
| | 6. Cigna | | X | X |
| | 7. Consociate | | | X |
| | 8. Elevance | | X | X |
| | 9. Horizon | | X | X |
| | 10. BCBS – Massachusetts | | X | X |
| | 11. BCBS – Minnesota | | X | X |
| | 12. CareFirst | | X | X |
| | 13. Highmark Health | | X | X |
| | 14. Kaiser | | | X |
| **Sandusky Anesthesia LLC**<br>**Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Aetna | | X | X |
| | 3. Allied | | | X |
| | 4. BPA | | | X |
| | 5. BCBS-Michigan | | X | |
| | 6. Central States | | | X |
| | 7. Cigna | | X | X |
| | 8. Consociate | | | X |
| | 9. Horizon | | X | X |
| | 10. BCBS – Massachusetts | | X | X |
| | 11. BCBS – Minnesota | | X | X |
| | 12. CareFirst | | X | X |
| | 13. HCSC | | X | |
| | 14. Highmark Health | | X | X |
| | 15. Kaiser | | | X |

Exhibit A

# Defendants Named in Proposed Amended Complaints

| Case | Defs. Named in Proposed Amend. Compl. | Already Named in this Case | Class Defendant | Current Defendant in Other BW DAP Case |
|---|---|:---:|:---:|:---:|
| **Sound Physicians Emergency Medicine of South Carolina, LLC Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Aetna | | X | X |
| | 3. Allied | | | X |
| | 4. BPA | | | X |
| | 5. BCBS-Michigan | | X | |
| | 6. Central States | | | X |
| | 7. Cigna | | X | X |
| | 8. Consociate | | | X |
| | 9. Elevance | | X | X |
| | 10. Horizon | | X | X |
| | 11. BCBS – Massachusetts | | X | X |
| | 12. BCBS – Minnesota | | X | X |
| | 13. CareFirst | | X | X |
| | 14. HCSC | | X | |
| | 15. Highmark Health | | X | X |
| | 16. Kaiser | | | X |

Exhibit A
# Defendants Named in Proposed Amended Complaints

| Case | Defs. Named in Proposed Amend. Compl. | Already Named in this Case | Class Defendant | Current Defendant in Other BW DAP Case |
|---|---|---|---|---|
| **Sound Physicians of Illinois LLC**<br>**Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Aetna | | X | X |
| | 3. Allied | | | X |
| | 4. BPA | | | X |
| | 5. BCBS-Michigan | | X | |
| | 6. Central States | | | X |
| | 7. Cigna | | X | X |
| | 8. Consociate | | | X |
| | 9. Elevance | | X | X |
| | 10. Horizon | | X | X |
| | 11. BCBS – Massachusetts | | X | X |
| | 12. BCBS – Minnesota | | X | X |
| | 13. CareFirst | | X | X |
| | 14. Highmark Health | | X | X |
| | 15. Kaiser | | | X |
| **South Sound Inpatient Physicians, PLLC**<br>**Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Allied | | | X |
| | 3. BPA | | | X |
| | 4. BCBS-Michigan | | X | |
| | 5. Central States | | | X |
| | 6. Cigna | | X | X |
| | 7. Consociate | | | X |
| | 8. Elevance | | X | X |
| | 9. Horizon | | X | X |
| | 10. BCBS – Massachusetts | | X | X |
| | 11. BCBS – Minnesota | | X | X |
| | 12. CareFirst | | X | X |
| | 13. HCSC | | X | |
| | 14. Highmark Health | | X | X |
| | 15. Kaiser | | | X |

Exhibit A

# Defendants Named in Proposed Amended Complaints



| Case | Defs. Named in Proposed Amend. Compl. | Already Named in this Case | Class Defendant | Current Defendant in Other BW DAP Case |
|---|---|---|---|---|
| **Adventist Healthcare** **Case: 1:25-cv-09586** | 1. MultiPlan | X | X | X |
| | 2. Allied | | | X |
| | 3. BPA | | | X |
| | 4. BCBS-Michigan | | X | |
| | 5. Central States | | | X |
| | 6. Consociate | | | X |
| | 7. Elevance | | X | X |
| | 8. Horizon | | X | X |
| | 9. BCBS – Massachusetts | | X | X |
| | 10. BCBS – Minnesota | | X | X |
| | 11. HCSC | | X | |
| | 12. Highmark Health | | X | X |
| | 13. United | | X | X |
| **Tennessee Interventional and Imaging Associates PLLC** **Case: 1:25-cv-09583** | 1. MultiPlan | X | X | X |
| | 2. Allied | | | X |
| | 3. BPA | | | X |
| | 4. Central States | | | X |
| | 5. Consociate | | | X |
| | 6. CareFirst | | X | X |
| | 7. HCSC | | X | |
| | 8. Kaiser | | | X |
| **Non-Bellwether Sound Entities** **Case: 1:25-cv-00413** | 1. MultiPlan | X | X | X |
| | 2. Aetna | | X | X |
| | 3. Allied | | | X |
| | 4. BPA | | | X |
| | 5. Central States | | | X |
| | 6. Cigna | | X | X |
| | 7. Consociate | | | X |
| | 8. Kaiser | | | X |
| | 9. Centene | | X | |