# EXHIBIT D



Stock Screener    Start Free Trial

**Sponsored Financial Content**                    Dianomi Advertise Here



**Power E*TRADE Pro: Get 120+ Technical Studies & 30+ Drawing Tools**
**E*TRADE from Morgan Stanley**



**Leverage TradeStation's platform designed for self-directed traders.**
**TradeStation**



**6 steps to get started investing and keep moving toward your goals**
**Fidelity Investments**



**Redefining independence starts with understanding your options.**
**Fidelity Investments**



**Schwab's Monthly Stock Sector Outlook**
**Charles Schwab**

# Claritev Market Cap 2019-2026 | CTEV

| Prices | Financials | Revenue & Profit | Assets & Liabilities | Margins | Price Ratios | Other Ratios | Other Metrics |

| Stock Price History | Stock Splits | Market Cap |

Claritev market cap history and chart from 2019 to 2026. Market capitalization (or market value) is the most commonly used method of measuring the size of a publicly traded company and is calculated by multiplying the current stock price by the number of shares outstanding. Claritev market cap as of May 21, 2026 is **$0.27B**.



**Paramount+ Teacher Offer**
Teachers get 50% off any plan! Annual verification required.
Ad by **Paramount+**

Search for ticker or company name...

**Unlock**
**Macrotrends**
**Premium**

✔ 40 years of data          ✔ Faster, ad-free pages
✔ Unlimited data exports    ✔ Full-width charts

Start 7-Day Free Trial



From: 11/22/2025   To: 05/22/2026     Zoom: 3M  6M  1Y  2Y  3Y  5Y  All

## Sponsored Business Content

Dianomi  Advertise Here

- Toggling Tabs to Trade? Customize Workspace With Power E*TRADE Pro
  E*TRADE from Morgan Stanley

- The Savings Trick Brands Don't Want You to Know About
  Capital One Shopping

- Excellence Is Learning From World-Class NYU Stern Professors in DC
  NYU Stern Executive MBA

- Schwab's Market Update
  Charles Schwab

- California CEO Puts $2.6 Billion On 1 Stock
  The Motley Fool

- Cybersecurity Tips for Travelers
  Charles Schwab

- Some people are born to trade. TradeStation was built for them.
  TradeStation

- Schwab's Market Outlook
  Charles Schwab

| Sector | Industry | Market Cap | Revenue |
|---|---|---|---|
| Medical | Medical Information Systems | $0.269B | $0.965B |

Claritev Corporation is a healthcare technology, data and insights company. Claritev Corporation, formerly known as MultiPlan, is based in NEW YORK.

| Stock Name | Country | Market Cap | PE Ratio |
|---|---|---|---|
| Veeva Systems (VEEV) | United States | $24.733B | 27.19 |
| Tempus AI (TEM) | United States | $7.677B | 0.00 |

| Stock Name | Country | Market Cap | PE Ratio |
|---|---|---|---|
| Hims & Hers Health (HIMS) | United States | $4.429B | 38.86 |
| Doximity (DOCS) | United States | $3.888B | 16.84 |
| IRhythm Holdings (IRTC) | United States | $3.724B | 0.00 |
| 10x Genomics (TXG) | United States | $2.973B | 0.00 |
| Privia Health (PRVA) | United States | $2.810B | 131.59 |
| Hinge Health (HNGE) | United States | $2.789B | 0.00 |
| Heartflow (HTFL) | United States | $2.311B | 0.00 |
| Omnicell (OMCL) | United States | $1.564B | 43.00 |
| Inspire Medical Systems (INSP) | United States | $1.555B | 20.94 |
| Enovis (ENOV) | United States | $1.405B | 7.40 |
| Butterfly Network (BFLY) | United States | $1.047B | 0.00 |
| Azenta (AZTA) | United States | $1.023B | 41.13 |
| Clover Health Investments (CLOV) | United States | $1.013B | 0.00 |
| Talkspace (TALK) | United States | $0.864B | 103.40 |
| Schrodinger (SDGR) | United States | $0.839B | 0.00 |
| Phreesia (PHR) | United States | $0.490B | 50.38 |
| Fulgent Genetics (FLGT) | United States | $0.429B | 0.00 |
| Standard BioTools (LAB) | United States | $0.345B | 0.00 |
| SOPHiA GENETICS SA (SOPH) | Switzerland | $0.322B | 0.00 |
| CapsoVision (CV) | United States | $0.311B | 0.00 |
| Senseonics Holdings (SENS) | United States | $0.279B | 0.00 |
| TruBridge (TBRG) | United States | $0.268B | 8.60 |
| Evolent Health (EVH) | United States | $0.260B | 0.00 |
| Carlsmed (CARL) | United States | $0.239B | 0.00 |
| KORU Medical Systems (KRMD) | United States | $0.196B | 0.00 |
| Zepp Health (ZEPP) | Netherlands | $0.189B | 0.00 |
| CareCloud (CCLD) | United States | $0.115B | 8.18 |
| Nyxoah SA (NYXH) | Belgium | $0.111B | 0.00 |
| Insight Molecular Diagnostics (IMDX) | United States | $0.102B | 0.00 |
| MDxHealth SA (MDXH) | Belgium | $0.101B | 0.00 |
| American Well (AMWL) | United States | $0.086B | 0.00 |
| Outset Medical (OM) | United States | $0.077B | 0.00 |
| Health Catalyst (HCAT) | United States | $0.073B | 0.00 |
| Pulmonx (LUNG) | United States | $0.058B | 0.00 |
| 111 (YI) | China | $0.057B | 0.00 |
| NetraMark Holdings (AINMF) | Canada | $0.052B | 0.00 |
| Precipio (PRPO) | United States | $0.049B | 0.00 |
| HeartBeam (BEAT) | United States | $0.047B | 0.00 |
| Evaxion - (EVAX) | Denmark | $0.034B | 0.00 |
| Predictive Oncology (POAI) | United States | $0.020B | 0.00 |

| Stock Name | Country | Market Cap | PE Ratio |
|---|---|---|---|
| P3 Health Partners (PIII) | United States | $0.018B | 0.00 |
| EUDA Health Holdings (EUDA) | Singapore | $0.017B | 0.00 |
| Bullfrog AI Holdings (BFRG) | United States | $0.011B | 0.00 |
| Lunai Bioworks (LNAI) | United States | $0.009B | 0.00 |
| Zhongchao (ZCMD) | China | $0.008B | 0.00 |
| HeartSciences (HSCS) | United States | $0.007B | 0.00 |
| ITonic Holdings (ITOC) | China | $0.005B | 0.00 |
| Tivic Health Systems (TIVC) | United States | $0.003B | 0.00 |
| Healthcare Triangle (HCTI) | United States | $0.002B | 0.00 |
| PROFUSA (PFSA) | United States | $0.001B | 0.00 |
| Mobile-health Network Solutions (MNDR) | Singapore | $0.001B | 0.00 |



Some people are born to trade.
TradeStation was built for them.
(TradeStation)

Power E*TRADE Pro: Get 120+ Technical
Studies & 30+ Drawing Tools
(E*TRADE from Morgan Stanley)

You May Be Overpaying When You Shop
Online (Capital One Shopping)

What is Thematic Investing?
(Charles Schwab)

Sponsored content by Dianomi

Case: 1:24-cv-06795 Document #: 727-4 Filed: 05/22/26 Page 7 of 8 PageID #:15459

.

Case: 1:24-cv-06795 Document #: 727-4 Filed: 05/22/26 Page 8 of 8 PageID #:15460

© 2010-2026 Macrotrends LLC  |  Terms of Service  |  Privacy Policy  |  Do Not Sell My Personal Information  |  Contact Us  |

Fundamental data from Zacks Investment Research, Inc.