May 26, 2026

**Via ECF**

The Honorable Matthew F. Kennelly
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street, Courtroom 2103
Chicago, IL 60604

> Re: **Multiplan Health Insurance Provider Litigation**
> Case No. 1:24-cv-06795; MDL No. 3121
> This Document Relates to: All Actions

Dear Judge Kennelly:

We write on behalf of all Parties to jointly request a one-week extension of the May 27, 2026 deadline the Court set for the Parties to file a revised comprehensive case schedule, pursuant to the Court's direction at the May 15, 2026 status conference and Case Management Order No. 31 [ECF 726]. Following the May 15, 2026 status conference, the Parties have exchanged proposed schedules and have met and conferred.  The Parties are not currently in agreement on a revised comprehensive case schedule and believe an additional week will be helpful to allow further effort to reach agreement or narrow their disputes. Accordingly, the Parties jointly request leave to make a joint filing on June 3, 2026 setting forth their proposals, along with brief statements addressing any remaining areas of disagreement.

Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger (*pro hac vice*)
**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com
*Plaintiffs' Coordinating Counsel*

/s/ Shawn J. Rabin
Shawn J. Rabin (*pro hac vice*)
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel.: (212) 336-8330
srabin@susmangodfrey.com
*Interim Class Liaison Counsel*

The Honorable Matthew F. Kennelly
May 26, 2026
Page 2


*/s/ Sadik Huseny*
Sadik Huseny (*pro hac vice*)
**LATHAM & WATKINS LLP**
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
sadik.huseny@lw.com
*Defendants' Coordinating Counsel*