**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 MDL No. 3121 |
| This Document Relates To: ALL ACTIONS | Hon. Matthew F. Kennelly |

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER NO. 11 (ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS)**

Defendants, Class Plaintiffs, and Direct Action Plaintiffs (collectively, the "Parties") have met and conferred and mutually agree upon certain amendments to Case Management Order No. 11 (Order Regarding Production of Electronically Stored Information and Paper Documents), ECF No. 241. The proposed First Amended Order Regarding Production of Electronically Stored Information and Paper Documents is attached hereto as **Exhibit A**. A redline comparison reflecting the proposed changes to the existing Order Regarding Production of Electronically Stored Information and Paper Documents, ECF No. 241, is attached hereto as **Exhibit B**. Accordingly, the Parties respectfully submit the same for the Court's approval.

Dated: May 28, 2026

| | |
|---|---|
| */s/ Sadik Huseny* | */s/ Christopher A. Seeger* |
| Sadik Huseny (*pro hac vice*) | Christopher A. Seeger |
| **LATHAM & WATKINS LLP** | **SEEGER WEISS LLP** |
| 300 Colorado Street, Suite 2400 | 55 Challenger Road, 6th Floor |
| Austin, TX 78701 | Ridgefield Park, NJ 07660 |
| Telephone: (737) 910-7300 | Telephone: (973) 639-9100 |
| sadik.huseny@law.com | cseeger@seegerweiss.com |
| | |
| *Defendants' Coordinating Counsel* | *Plaintiffs' Coordinating Counsel* |

- 1 -

- 2 -

/s/ Shawn J. Rabin
Shawn J. Rabin (*pro hac vice*)
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

*Interim Class Liaison Counsel*