# EXHIBIT A

**COMPARISON OF PROPOSED SCHEDULING ORDERS**

| ROW | EVENT | DEFS. DATE | PLS. DATE |
|---|---|---|---|
| 1. | **Defs Only:** Deadline for any motions to amend the pleadings | **May 22, 2026** | **N/A; see row 2** |
| 2. | **Pls Only:** Deadline for motion to amend the Consolidated Class Action Complaint and the short form complaints of any Direct Action Plaintiffs selected as a discovery bellwether to add additional parties | **N/A; see row 1** | **May 22, 2026** |
| 3. | Deadline to resolve disputes currently referred to the E-Discovery Special Master[1] | **June 30, 2026** | |
| 4. | Deadline for substantial completion of production of structured data except as to (a) Blue Cross and Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, CareFirst, Health Net, and Centene; and (b) any additional discovery resulting from the addition of defendants to existing DAP discovery bellwethers resulting from Plaintiffs' motions for leave to add parties[2] | **July 30, 2026** | |
| 5. | Deadline for substantial completion of document productions in response to Third Set of RFPs except as to (a) Health Net and Centene and (b) any additional discovery resulting from the addition of defendants to existing DAP discovery bellwethers resulting from Plaintiffs' motions for leave to add parties | **July 30, 2026** | |

---

[1] **Pls Only:** Notwithstanding this deadline, the Parties may later revisit these matters with the Special Master if warranted by discovery or other after-acquired information. For example, if documents produced in discovery reveal that Defendants should have collected additional custodians' cell phones, Plaintiffs may raise that issue with the Special Master without a separate referral.

[2] Plaintiffs are continuing to meet and confer with Centene, Health Net, Blue Cross and Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, and CareFirst regarding appropriate substantial completion, structured data, and privilege log deadlines that fit within this overall case schedule. In the event these parties are unable to reach agreement, they propose raising any disputes in a joint status report.

| ROW | EVENT | DEFS. DATE | PLS. DATE |
|---|---|---|---|
| 6. | **Pls Only:** Deadline for any further motions to amend the pleadings | **N/A; see row 1** | **September 14, 2026** |
| 7. | Deadline for serving privilege logs for documents withheld in connection with Third Set of RFPs except as to Health Net and Centene | **September 17, 2026** | |
| 8. | **Defs Only:** Deadline to serve preliminary list of **at least 80** expected fact deposition notice recipients<br><br>**Pls Only:** Deadline to serve preliminary list of **at least 50** expected fact deposition notice recipients[3] | **September 22, 2026** | |
| 9. | Deadline to serve 30(b)(6) deposition notices | **September 22, 2026** | **January 27, 2027** |
| 10. | Last day on which parties may serve requests for production | **January 11, 2027** | **March 8, 2027** |
| 11. | **Defs Only:** Deadline to serve all fact deposition notices, absent good cause | **April 2, 2027** | **N/A; this deadline is not necessary or appropriate** |
| 12. | Last day on which parties may serve interrogatories | **April 21, 2027** | **April 5, 2027** |
| 13. | Close of Fact Discovery | **July 21, 2027** | **May 27, 2027** |
| 14. | **Defs Only:** Plaintiffs' Merits and Class Certification Expert Reports<br><br>**Plfs Only:** Plaintiffs' Merits and Class Certification and Defendants' Affirmative Defenses Expert Reports, if Any | **August 20, 2027** | **June 28, 2027** |
| 15. | **Defs Only:** Defendants' Merits and Class Certification Expert Reports | **October 22, 2027** | **September 1, 2027** |

---

[3] The inclusion of any individual on the preliminary deponent list does not govern or otherwise affect the sequence in which depositions shall be completed.

| ROW | EVENT | DEFS. DATE | PLS. DATE |
|---|---|---|---|
|  | **Plfs Only:** Defendants' Merits and Class Certification and Plaintiffs' Affirmative Defenses Expert Reports, if Any |  |  |
| 16. | **Defs Only:** Plaintiffs' Rebuttal Merits and Class Certification Expert Reports<br><br>**Plfs Only:** Plaintiffs' Rebuttal Merits and Class Certification and Defendants' Rebuttal Affirmative Defenses Expert Reports, if Any | **December 23, 2027** | **November 9, 2027** |
| 17. | **Defs Only:** Defendants' Rebuttal Expert Reports on Affirmative Defenses, if Any | **January 22, 2028** | **N/A; see rows 14–16** |
| 18. | Close of Expert Discovery | **February 18, 2028** | **December 8, 2027** |
| 19. | Class Certification Motion<br>(Timing and parameters of *Daubert* motions to be later addressed) | **February 25, 2028** | **December 15, 2027** |
| 20. | Class Certification Opposition Brief | **April 7, 2028** | **January 25, 2028** |
| 21. | Class Certification Reply Brief | **May 19, 2028** | **March 9, 2028** |
| 22. | Class Certification Hearing | **Court's discretion** | |
| 23. | Summary Judgment Motions<br>(Timing and parameters of *Daubert* motions to be later addressed) | **May 26, 2028** | **March 13, 2028** |
| 24. | Summary Judgment Opposition Briefs | **July 28, 2028** | **May 12, 2028** |
| 25. | Summary Judgment Replies | **September 8, 2028** | **June 26, 2028** |

| ROW | EVENT | DEFS. DATE | PLS. DATE |
|---|---|---|---|
| 26. | Parties to submit joint status report or stipulation concerning (1) remand or transfer of cases centralized by Judicial Panel on Multidistrict Litigation, (2) deadlines for motions in limine briefing and evidentiary stipulations, and (3) deadlines for all remaining DAP actions | **Court's discretion** | |
| 27. | Pre-Trial Conference | **Court's discretion** | |
| 28. | First Trial Begins | **October 30, 2028** | **August 29, 2028** |