# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

## CASE MANAGEMENT ORDER NO. [ ● ] – [PROPOSED] AMENDED CASE SCHEDULING ORDER

For good cause shown, the Court hereby amends CMO 26 as follows:

| EVENT | DATE |
|---|---|
| Deadline for any motions to amend the pleadings | **May 22, 2026** |
| Deadline to resolve disputes currently referred to the E-Discovery Special Master | **June 30, 2026** |
| Deadline for substantial completion of production of structured data except as to (a) Blue Cross and Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, CareFirst, Health Net, and Centene; and (b) any additional discovery resulting from the addition of defendants to existing DAP discovery bellwethers resulting from Plaintiffs' motions for leave to add parties | **July 30, 2026** |
| Deadline for substantial completion of document productions in response to Third Set of RFPs except as to (a) Health Net and Centene and (b) any additional discovery resulting from the addition of defendants to existing DAP discovery bellwethers resulting from Plaintiffs' motions for leave to add parties | **July 30, 2026** |
| Deadline for serving privilege logs for documents withheld in connection with Third Set of RFPs except as to Health Net and Centene | **September 17, 2026** |
| Deadline to serve 30(b)(6) deposition notices and preliminary list of at least 80 expected fact deposition notice recipients | **September 22, 2026** |
| Last day on which parties may serve requests for production | **January 11, 2027** |
| Deadline to serve all fact deposition notices, absent good cause | **April 2, 2027** |
| Last day on which parties may serve interrogatories | **April 21, 2027** |

| EVENT | DATE |
|---|---|
| Close of Fact Discovery | **July 21, 2027** |
| Plaintiffs' Merits and Class Certification Expert Reports | **August 20, 2027** |
| Defendants' Merits and Class Certification Expert Reports | **October 22, 2027** |
| Plaintiffs' Rebuttal Merits and Class Certification Expert Reports | **December 23, 2027** |
| Defendants' Rebuttal Expert Reports on Affirmative Defenses, if Any | **January 22, 2028** |
| Close of Expert Discovery | **February 18, 2028** |
| Class Certification Motion (Timing and parameters of *Daubert* motions to be later addressed) | **February 25, 2028** |
| Class Certification Opposition Brief | **April 7, 2028** |
| Class Certification Reply Brief | **May 19, 2028** |
| Class Certification Hearing | **Court's discretion** |
| Summary Judgment Motions (Timing and parameters of *Daubert* motions to be later addressed) | **May 26, 2028** |
| Summary Judgment Opposition Briefs | **July 28, 2028** |
| Summary Judgment Replies | **September 8, 2028** |
| Parties to submit joint status report or stipulation concerning (1) remand or transfer of cases centralized by Judicial Panel on Multidistrict Litigation, (2) deadlines for motions in limine briefing and evidentiary stipulations, and (3) deadlines for all remaining DAP actions | **Court's discretion** |
| Pre-Trial Conference | **Court's discretion** |
| First Trial Begins | **October 30, 2028** |

**SO ORDERED.**

Dated: _____, 2026

_____
Hon. Matthew F. Kennelly
United States District Judge