# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

## CASE MANAGEMENT ORDER NO. [XX] - [PROPOSED] AMENDED CASE SCHEDULING ORDER

For good cause shown, the Court hereby amends CMO 26 as follows:

| EVENT | DATE |
|---|---|
| Deadline for motion to amend the Consolidated Class Action Complaint and the short form complaints of any Direct Action Plaintiffs selected as a discovery bellwether to add additional parties | May 22, 2026 |
| Deadline to resolve disputes currently referred to the E-Discovery Special Master[1] | June 30, 2026 |
| Deadline for substantial completion of production of structured data except as to (a) Blue Cross and Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, CareFirst, Health Net, and Centene; and (b) any additional discovery resulting from the addition of defendants to existing DAP discovery bellwethers resulting from Plaintiffs' motions for leave to add parties[2] | July 30, 2026 |
| Deadline for substantial completion of document productions in response to Third Set of RFPs except as to (a) Health Net and Centene and (b) any additional discovery resulting from the addition of defendants | July 30, 2026 |

---

[1] Notwithstanding this deadline, the Parties may later revisit these matters with the Special Master if warranted by discovery or other after-acquired information. For example, if documents produced in discovery reveal that Defendants should have collected additional custodians' cell phones, Plaintiffs may raise that issue with the Special Master without a separate referral.

[2] Plaintiffs are continuing to meet and confer with Centene, Health Net, Blue Cross and Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, and CareFirst regarding appropriate substantial completion, structured data, and privilege log deadlines that fit within this overall case schedule. In the event these parties are unable to reach agreement, they propose raising any disputes in a joint status report.

| EVENT | DATE |
|---|---|
| to existing DAP discovery bellwethers resulting from Plaintiffs' motions for leave to add parties | |
| Deadline for any further motions to amend the pleadings | September 14, 2026 |
| Deadline for serving privilege logs for documents withheld in connection with Third Set of RFPs except as to Health Net and Centene | September 17, 2026 |
| Deadline to serve preliminary list of at least 50 expected fact deposition notice recipients[3] | September 22, 2026 |
| Deadline to serve 30(b)(6) deposition notices | January 27, 2027 |
| Last day on which parties may serve requests for production | March 8, 2027 |
| Last day on which parties may serve interrogatories | April 5, 2027 |
| Close of Fact Discovery | May 27, 2027 |
| Plaintiffs' Merits and Class Certification and Defendants' Affirmative Defenses Expert Reports, if Any | June 28, 2027 |
| Defendants' Merits and Class Certification and Plaintiffs' Affirmative Defenses Expert Reports, if Any | September 1, 2027 |
| Plaintiffs' Rebuttal Merits and Class Certification and Defendants' Rebuttal Affirmative Defenses Expert Reports, if Any | November 9, 2027 |
| Close of Expert Discovery | December 8, 2027 |
| Class Certification Motion<br><br>(Timing and parameters of *Daubert* motions to be later addressed) | December 15, 2027 |
| Class Certification Opposition Brief | January 25, 2028 |
| Class Certification Reply Brief | March 9, 2028 |
| Class Certification Hearing | Court's discretion |
| Summary Judgment Motions<br><br>(Timing and parameters of *Daubert* motions to be later addressed) | March 13, 2028 |

---

[3] The inclusion of any individual on the preliminary deponent list does not govern or otherwise affect the sequence in which depositions shall be completed.

| EVENT | DATE |
|---|---|
| Summary Judgment Opposition Briefs | May 12, 2028 |
| Summary Judgment Replies | June 26, 2028 |
| Parties to submit joint status report or stipulation concerning (1) remand or transfer of cases centralized by JPML, (2) deadlines for motions in limine briefing and evidentiary stipulations, and (3) deadlines for all remaining DAP actions | Court's discretion |
| Pre-Trial Conference | Court's discretion |
| First Trial Begins | August 29, 2028 |

SO ORDERED this _____ day of _____, 2026.


_____
Honorable Matthew F. Kennelly
United States District Judge