**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION | Case No. 1:24-cv-06795 MDL No. 3121 |
| This Document Relates To: | Hon. Matthew F. Kennelly |
| ALL ACTIONS | |

## CASE MANAGEMENT ORDER NO. 36 – AMENDED CASE SCHEDULING ORDER

For good cause shown, the Court hereby amends CMO 26 as follows:

| EVENT | DATE |
|---|---|
| Deadline for motion to amend the Consolidated Class Action Complaint and the short form complaints of any Direct Action Plaintiffs selected as a discovery bellwether to add additional parties | **May 22, 2026** |
| Deadline to resolve disputes currently referred to the E-Discovery Special Master | **July 15, 2026** |
| Deadline for any motions to amend pleading for purposes other than adding parties | **July 20, 2026** |
| Deadline for substantial completion of production of structured data except as to (a) Blue Cross and Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, CareFirst, Health Net, and Centene; and (b) any additional discovery resulting from the addition of defendants to existing DAP discovery bellwethers resulting from Plaintiffs' motions for leave to add parties | **July 30, 2026** |
| Deadline for substantial completion of document productions in response to Third Set of RFPs except as to (a) Health Net and Centene and (b) any additional discovery resulting from the addition of defendants to existing DAP discovery bellwethers resulting from Plaintiffs' motions for leave to add parties | **July 30, 2026** |
| Deadline for serving privilege logs for documents withheld in connection with Third Set of RFPs except as to Health Net and Centene | **September 17, 2026** |
| Deadline to serve preliminary list of at least 65 expected fact deposition notice recipients | **September 22, 2026** |
| Deadline to serve 30(b)(6) deposition notices | **November 24, 2026** |
| Last day on which parties may serve requests for production | **February 8, 2027** |

| EVENT | DATE |
|---|---|
| Deadline to serve all fact deposition notices, absent good cause as described by the Court on June 26, 2026 | **April 2, 2027** |
| Last day on which parties may serve interrogatories | **April 13, 2027** |
| Close of Fact Discovery | **June 24, 2027** |
| Plaintiffs' Merits and Class Certification Expert Reports | **July 22, 2027** |
| Defendants' Merits and Class Certification Expert Reports | **September 23, 2027** |
| Plaintiffs' Rebuttal Merits and Class Certification Expert Reports | **November 23, 2027** |
| Defendants' Rebuttal Expert Reports on Affirmative Defenses, if Any | **December 23, 2027** |
| Close of Expert Discovery | **January 13, 2028** |
| Class Certification Motion (Timing and parameters of *Daubert* motions to be later addressed) | **January 20, 2028** |
| Class Certification Opposition Brief | **March 2, 2028** |
| Class Certification Reply Brief | **April 13, 2028** |
| Class Certification Hearing | **Court's discretion** |
| Summary Judgment Motions (Timing and parameters of *Daubert* motions to be later addressed) | **April 20, 2028** |
| Summary Judgment Opposition Briefs | **June 22, 2028** |
| Summary Judgment Replies | **August 3, 2028** |
| Parties to submit joint status report or stipulation concerning (1) remand or transfer of cases centralized by Judicial Panel on Multidistrict Litigation, (2) deadlines for motions in limine briefing and evidentiary stipulations, and (3) deadlines for all remaining DAP actions | **Court's discretion** |
| Pre-Trial Conference | **Court's discretion** |
| First Trial Begins | **September 28, 2028** |

**SO ORDERED.**

Dated: July 8, 2026

_____

Hon. Matthew F. Kennelly
United States District Judge