**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates To:*<br>Case No. 1:24-cv-12517 | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**STIPULATION AND [PROPOSED] ORDER**
**TO AMEND SHORT FORM COMPLAINT**

Plaintiffs Heritage General and Colorectal, PA; Heritage Laparoscopy and Acute Care Surgery, PC; Heritage Surgical Group, LLC; Aesthetic & Reconstructive Surgeons, L.L.C.; ASP Surgical, LLC; East Coast Aesthetic Surgery, P.C.; Gregory J. Gallina MD PC d/b/a Gallina Colon & Rectal; Garden State Bariatrics & Wellness Center, LLC; Jersey Integrative Health & Wellness, PC; JL Surgical LLC; Marta General Surgery LLC; New Jersey Spinal Medicine and Surgery, P.A.; New Jersey Spine Institute, P.A; One Surgical Specialists LLC; Premier Spine And Sports Medicine, PC; Professional Orthopaedic Associates, P.A.; Somerset Orthopedic Associates, P.A.; Spine Surgery Associates & Discovery Imaging, PC; Surgxcel, LLC; and Urology Group, P.A. (collectively, "Plaintiffs") and Defendants Multiplan Corp.; Multiplan, Inc.; Viant, Inc.; Viant Payment Systems, Inc.; National Care Network, LLC; Medical Audit & Review Solutions, Inc.; Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield Of New Jersey; Aetna, Inc.; The Cigna Group; UnitedHealth Group, Inc.; United Medical Resources Inc.; Elevance Health, Inc. f/k/a Anthem, Inc.; and Anthem Blue Cross, Inc. f/k/a Empire Blue Cross (collectively, "Defendants") stipulate as follows:

**RECITALS**

Whereas, the Parties agree that dismissing with prejudice certain claims and amending the Plaintiffs' Short Form Complaint promotes efficient case administration and preserves judicial resources;

Whereas, on December 5, 2024, Plaintiffs filed a Complaint in Case No. 1:24-cv-12517 asserting the following claims: (i) Conspiracy/Combination In Restraint Of Trade *Per Se* Violation (15 U.S.C. § 1); (ii) Conspiracy/Combination In Restraint Of Trade Quick Look Or Rule Of Reason (15 U.S.C. § 1); (iii) Monopolization (15 U.S.C. § 2); (iv) Conspiracy to Monopolize (15 U.S.C. § 2); (v) Benefits Due Under ERISA § 502 A(1)(B); (vi) Breach of Fiduciary Duties Under ERISA §§ 1104(A), 1109(A) & 1132(A)(3); (vii) Breach of Contract; (viii) Breach of Implied Contract; (ix) Breach of the Duty of Good Faith and Fair Dealing; (x) Unjust Enrichment; and (xi) Quantum Meruit;

Whereas, on December 6, 2024, Case No. 1:24-cv-12517, was assigned to the Honorable Matthew F. Kennelly (Civil Category MDL Direct Assignment) for the Multidistrict Litigation proceeding *In re Multiplan Health Insurance Provider Litigation*, MDL No. 3121 (the "MDL");

Whereas, on January 8, 2025, Plaintiffs filed a Short Form Complaint in the MDL pursuant to MDL Case Management Order No. 6 (ECF No. 247);

Whereas, on June 3, 2025, in Case Management Order No. 15, the Court: (a) denied Defendants' motions to dismiss the Direct Action Plaintiffs' federal and state antitrust claims and state consumer protection claims, and (b) dismissed the Direct Action Plaintiffs' unjust enrichment claims (ECF No. 428);

Whereas, on November 19, 2025, the Court entered Case Management Order No. 23 selecting Plaintiff Heritage Surgical Group, LLC as a bellwether plaintiff; and

Whereas, Plaintiffs seek to amend Plaintiffs' Short Form Complaint, and the long form Complaint attached thereto, to clarify and add state antitrust claims arising under N.J.S.A. 56:9-3 (New Jersey Antitrust Act), in addition to 740 ILCS 10/3 (Illinois Antitrust Act), the latter of which was previously asserted in the Consolidated Master Direct Action Plaintiff Complaint (ECF No. 182).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Plaintiffs dismiss with prejudice all claims asserted under 15 U.S.C. § 2.

2. Plaintiff Heritage Surgical Group, LLC also dismisses with prejudice the following claims: (i) Benefits Due Under ERISA § 502 A(1)(B); (ii) Breach of Fiduciary Duties Under ERISA §§ 1104(A), 1109(A) & 1132(A)(3); (iii) Breach of Contract; (iv) Breach of Implied Contract; (v) Breach of the Duty of Good Faith and Fair Dealing; (vi) Unjust Enrichment; and (vii) Quantum Meruit.

3. Plaintiffs will file an amended short form complaint ("First Amended Short Form Complaint"), in the form attached hereto as Exhibit A, within 5 days of this Stipulation being Ordered.[1]

4. Defendants will not oppose the filing of the attached First Amended Short Form Complaint.

5. Defendants otherwise reserve all rights.

---

[1] Attached hereto as Exhibit B is a redline showing the changes in Plaintiffs' First Amended Short Form Complaint.

Dated: July __, 2026
Chicago, Illinois

ORDERED:

______________________________
Hon. Matthew F. Kennelly

/s/ Jon Corey
Jon Corey (pro hac vice)
**MCKOOL SMITH, P.C.**
jcorey@mckoolsmith.com
1717 K Street NW, Suite 1000
Washington, D.C. 20006
T: (202) 370-8300
F: (202) 370-8344

David Schiefelbein (pro hac vice)
Hal M. Shimkoski (pro hac vice)
**MCKOOL SMITH, P.C.**
dschiefelbein@mckoolsmith.com
hsimkoski@mckoolsmith.com
1301 Avenue of the Americas, 32nd Floor
New York, New York 10001
T: (212) 402-6400
F: (212) 402-9444

Jason A. Zweig
**BARTKO PAVIA LLP**
jzweig@bartkowlaw.com
One S. Wacker Dr., 36th Floor
Chicago, IL 60606
T: (415) 956-1900

*Attorneys for Plaintiffs*

/s/ E. Desmond Hogan
E. Desmond Hogan
Justin W. Bernick
W. David Maxwell (pro hac vice)
**HOGAN LOVELLS CADWALADER US LLP**
desmond.hogan@hlc.com
justin.bernick@hlc.com
david.maxwell@hlc.com
555 Thirteenth Street, N. W.
Washington, D.C. 20004
T: (202) 637-5600

Jordan D. Teti
**HOGAN LOVELLS CADWALADER US LLP**
jordan.teti@hlc.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: (310) 785-4600

*Attorneys for Defendant Horizon Health Services, Inc., Defendant Elevance Health, Inc., and Defendant Anthem Blue Cross f/k/a Empire Blue Cross*

/s/ Heather L. Richardson
Heather L. Richardson (pro hac vice)
Ryan Appleby (pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
hrichardson@gibsondunn.com
rappleby@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 229-7000

Rachel S. Brass (pro hac vice)
Henry H. Cornillie
**GIBSON, DUNN & CRUTCHER LLP**
rbrass@gibsondunn.com
hcornillie@gibsondunn.com
One Embarcadero Center, Suite 2600

San Francisco, CA 94111
T: (415) 393-8293

Joshua Lipton (pro hac vice)
Kristen C. Limarzi (pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
jlipton@gibsondunn.com
klimarzi@gibsondunn.com
1700 N Street, N.W.
Washington, DC 20036
T: (202) 955-8500

Scott Jared Fisher
Eric Y. Choi
**NEAL, GERBER & EISENBERG**
sfisher@nge.com
echoi@nge.com
Two North LaSalle Street,
Suite 1700 Chicago, IL 60602
T: (312) 269-8035

*Attorneys for Defendants UnitedHealth Group, Inc. and United Medical Resources, Inc.*

/s/ Jonathan B. Pitt
Jonathan B. Pitt
Katherine A. Trefz
Feyilana Lawoyin
**WILLIAMS & CONNOLLY LLP**
jpitt@wc.com
ktrefz@wc.com
flawoyin@wc.com
680 Maine Avenue, S.W.
Washington, DC 20024
T: (202) 434-5000

*Attorneys for Defendant Aetna Inc.*

/s/ Daniel R. Campbell
Daniel R. Campbell
Emilie E. O'Toole
**MCDERMOTT WILL & EMERY LLP**
dcampbell@mwe.com

eotoole@mwe.com
444 West Lake Street
Chicago, IL 60606-0029
T: (312) 372-2000
F: (312) 984-7700

Joshua B. Simon
Warren Haskel
Dmitriy Tishyevich
Caroline Incledon
Chelsea Cosillos
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
cincledon@mwe.com
ccosillos@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
T: (212) 547-5400
F: (212) 547-5444

*Attorneys for Defendant The Cigna Group*

/s/ Craig Lewis Caesar
Craig Lewis Caesar
**PHELPS DUNBAR LLP**
craig.caesar@phelps.com
365 Canal Street, Suite 2000
New Orleans, LA 70130
T: (504) 584-9272

Sadik Huseny (pro hac vice)
**LATHAM & WATKINS LLP**
sadik.huseny@lw.com
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: 737-910-7300

Errol J. King (pro hac vice)
Katherine Mannino (pro hac vice)
**PHELPS DUNBAR LLP**
errol.king@phelps.com
katie.manino@phelps.com

II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
T: (225) 376-0279

Gary Feinerman
**LATHAM & WATKINS LLP**
gary.feinerman@lw.com
330 North Wabash Avenue,
Suite 2800
Chicago, IL 60611
T: 312-876-7700

Lawrence E. Buterman (pro hac vice)
Katherine A. Rocco (pro hac vice)
**LATHAM & WATKINS LLP**
lawrence.buterman@lw.com
katherine.rocco@lw.com
1271 Avenue of the Americas
New York, NY 10020
T: 212-906-1200

Anna M. Rathbun (pro hac vice)
Graham B. Haviland (pro hac vice)
**LATHAM & WATKINS LLP**
anna.rathbun@lw.com
graham.haviland@lw.com
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
T: (202) 637-2200

*Attorneys for Defendants MultiPlan, Inc., MultiPlan Corp., National Care Network, LLC, Viant Payment Systems, Inc., Viant, Inc., and Medical Audit & Review Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 17, 2026, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

/s/ Jon Corey
Jon Corey