UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION

This Document Relates To:

ALL ACTIONS

Case No. 1:24-cv-06795
MDL No. 3121

Hon. Matthew F. Kennelly

**CASE MANAGEMENT ORDER NO. 39 – SCHEDULING ORDER AS TO CENTENE CORPORATION AND HEALTH NET OF CALIFORNIA, INC.**

The Court hereby enters the below interim scheduling order as to Defendants Centene Corporation and Health Net of California, Inc. only:

| Event | Deadline |
|---|---|
| Deadline for submitting search term disputes to Court | August 26, 2026 |
| Substantial completion of structured data productions | February 15, 2027 |
| Substantial completion of document productions | February 25, 2027 |
| Service of privilege logs | April 12, 2027 |

**SO ORDERED.**

Dated: August 8, 2026

Hon. Matthew F. Kennelly
United States District Judge