**Provisionally Filed Under Seal**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates To:*<br><br>*All Actions* | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO AUTHORIZE TARGETED DOCUMENT PRESERVATION DISCOVERY FROM MULTIPLAN**