# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates To:*<br>ALL ACTIONS | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' SEVENTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT MULTIPLAN CONCERNING TEXT-MESSAGE PRESERVATION**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Illinois, Direct Action Plaintiffs and Class Plaintiffs (collectively, "Plaintiffs") request that Defendant MultiPlan produce the Documents and electronically stored information requested below within thirty (30) days after service.

**DEFINITIONS AND INSTRUCTIONS**

1. The definitions and instructions in Plaintiffs' prior Sets of Requests for Production are incorporated herein and shall apply to Plaintiffs' Seventh Set of Requests for Production. The time period for these Requests is the Relevant Preservation Period.

2. "Subject Custodians" means Monica Armstrong, Mark Edwards, Jacqueline Kienzle, and Dale White.

3. "Mobile Device" means any mobile telephone, smartphone, tablet, or other portable device used by a Subject Custodian for business purposes, whether issued by MultiPlan, personally owned, or otherwise, including any prior, replacement, reset, wiped, traded-in, or synced device.

4. "Text Messages" means SMS, MMS, iMessage, and short-form messages sent or received through Messages, WhatsApp, Signal, Telegram, or any other messaging application used for business purposes, together with associated attachments and metadata.

5. “Message-Retention Setting” means any device, account, application, mobile-device-management, or other setting or configuration that deletes, expires, removes, retains, or affects the availability of Text Messages, including Apple’s “Keep Messages” or “Message History” setting and any disappearing-message or auto-delete setting.

6. “Disclosed Preservation Gaps” means the absence or unavailability of Text Messages with persons MultiPlan identified as business contacts outside the date ranges MultiPlan disclosed for the Subject Custodians: Monica Armstrong (April 2024 and January-February 2026); Mark Edwards (March-April 2026); Jacqueline Kienzle (February-March 2026); and Dale White (June 2021 and April-May 2025).

7. “Relevant Preservation Period” means the period beginning on September 8, 2021 and continuing through the present.

## REQUESTS FOR PRODUCTION

**REQUEST NO. MP 84.** All litigation holds, preservation notices, reminders, acknowledgments, and other written preservation instructions issued to any Subject Custodian concerning the Action, the claims or allegations at issue in the Action, or any related litigation or investigation, including attachments and follow-up instructions concerning Text Messages, Message-Retention Settings, or preservation of Mobile Devices.

**REQUEST NO. MP 85.** Documents sufficient to show the policies, procedures, and practices MultiPlan applied during the Relevant Preservation Period to preserve Text Messages of the Subject Custodians, including procedures for disabling or monitoring Message-Retention Settings, verifying compliance with preservation instructions, collecting Mobile Devices, and preserving data when a device is replaced, reset, wiped, traded in, returned, or otherwise disposed of.

**REQUEST NO. MP 86.** Documents sufficient to show the Subject Custodians' Message-Retention Settings at all times during the Relevant Preservation Period, which may include but are not limited to reports, summaries, logs, and similar documentation generated in connection with the collection of data from the Subject Custodians' Mobile Devices (e.g., Cellebrite Advanced Logical acquisition).

Dated: September 14, 2026

*/s/ Christopher A. Seeger*
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

Plaintiffs' Coordinating Counsel

*/s/ Shawn J. Rabin*
Shawn J. Rabin (pro hac vice)
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel.: (212) 336-8330
srabin@susmangodfrey.com

Interim Class Liaison Counsel