**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION et al.<br><br>*This Document Relates to:*<br>ALL ACTIONS | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Honorable Matthew F. Kennelly |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 2040-5, Counsel for LSA LAB, LLC ("LSA") hereby seeks leave to withdraw as counsel. As grounds for this Motion, LSA's current Counsel states as follows:

Counsel for LSA seeks leave to withdraw due to professional considerations. If necessary, and at the direction of the Court, counsel will submit a separate filing *in camera* or under seal describing the subsection of Rule 1.16(b) that authorizes withdrawal and the specific factual bases for its withdrawal. *See, e.g.*, A.B.A. Formal Opinion 476, at 9 (Dec. 19, 2016) ("[I]n order to comply with Rule 1.6, a lawyer who has a good faith basis for withdrawal . . . . could (1) initially submit a motion providing no confidential client information apart from a reference to 'professional considerations' or the like; (2) upon being informed by the court that further information is necessary, respond, when practicable, by seeking to persuade the court to rule on the motion without requiring the disclosure . . . ; and if that fails, (3) thereupon under Rule 1.6(b)(5) submit only such information as is reasonably necessary to satisfy the needs of the court, and preferably by whatever restricted means of submission, such as *in camera* review [or] under seal[.]"); *see also* A.B.A. Formal Opinion 519, at 9-11 (Dec. 3, 2025) (same). Counsel's withdrawal will not prejudice LSA because bellwether plaintiffs are actively litigating this case

and representing LSA's interests. Counsel has contacted LSA multiple times to obtain consent to withdraw but has received no response.

LSA's last-known address is 3376 S Eastern Ave Ste 110, Las Vegas, NV 89169 and its last-known phone number is (562) 208-8749. LSA can be contacted via the following email addresses:

- rob@lsalv.com;
- michaelwalsh@lsalv.com;
- michael@lsalv.com;
- mcconnell@lsalv.com.

Counsel certifies (i) that this Motion was served on all parties of record through CM/ECF; and (ii) that, pursuant to Local Rule 2040-5(C), it has sent a copy of this Motion to the email addresses above.

DATED this 30th day of September, 2026.

*/s/ Adrianne K. Rosenbluth*
Adrianne K. Rosenbluth
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
akrosenbluth@hollandhart.com

Darren G. Reid
HOLLAND & HART LLP
222 South Main Street, Ste 2200
Salt Lake City, UT 84101
Telephone: 801.799.5883
dgreid@hollandhart.com

*Attorneys for LSA LAB, LLC*