**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates To:*<br><br>*All Actions* | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF CORRECTION TO PLAINTIFFS' POSITION STATEMENT REGARDING SCHEDULING OF DEPOSITIONS IN JOINT STATUS REPORT, ECF NO. 839**

On page 3 of the Parties' October 2 Joint Status Report (ECF No. 839), Plaintiffs' Position states that, among the initial 48 depositions that Plaintiffs have attempted to schedule, Defendants have stated that 30 of those witnesses will potentially be designated as 30(b)(6) witnesses and thus, their depositions could not be scheduled at this time. This was in error.

Instead, among the 39 depositions that Plaintiffs have so far attempted to schedule, Defendants have stated that 18 of those witnesses may be designated as 30(b)(6) witnesses. For the remaining 37 depositions that Plaintiffs have noticed, Defendants' responses to those notices are due October 13. This error was the result of a miscommunication among counsel. Plaintiffs apologize for the oversight.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Stephen M. Medlock*
Stephen M. Medlock
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W., Suite 500W
Washington, D.C. 20037
Tel: (202) 639-6500
smedlock@velaw.com

Jennifer Scullion
Daniel J. Marcet

*/s/ Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber
**EDELSON PC**
200 South 1st Street
Ann Arbor, MI 48104
Tel: (312) 589-6370
Fax: (312) 589-6378
nfernandezsilber@edelson.com

Sarah R. LaFreniere (*pro hac vice*)

**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel: (973) 639-9100
jscullion@seegerweiss.com
dmarcet@seegerweiss.com

Matthew M. Lavin
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2250
Facsimile: (202) 772-3333
lavinm@gilbertlegal.com

Hunter Shkolnik
**NS PR LAW SERVICES, LLC**
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Tel: (787) 493-5088
Hunter@NSPRLaw.com

*Direct Action Plaintiffs' Executive Committee*

Christopher Seeger
**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel: (973) 639-9100
cseeger@seegerweiss.com

*Plaintiffs' Coordinating Counsel*

Brandon Baum-Zepeda (*pro hac vice*)*
1255 Union Street NE, Suite 850
Washington, DC 20002
Tel: (202) 270-4777
slafreniere@edelson.com
bbaum-zepeda@edelson.com
*not admitted to practice in DC; practice authorized by D.C. Rule 49(c)(3).

**SUSMAN GODFREY LLP**
Halley W. Josephs (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
hjosephs@susmangodfrey.com

William Christopher Carmody (*pro hac vice*)
Shawn J. Rabin (*pro hac vice*)
Stephanie N. Spies (*pro hac vice*)
Nicholas Carullo (*pro hac vice*
Thomas K. Boardman (*pro hac vice*)
Ryan K. Sila (*pro hac vice*)
William J. Melsheimer (*pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sspies@susmangodfrey.com
ncarullo@susmangodfrey.com
tboardman@susmangodfrey.com
rsila@susmangodfrey.com
jmelsheimer@susmangodfrey.com

**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
Zachary D. Caplan (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
Jordan T. Hollinger (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
zcaplan@bergermontague.com
pmadden@bergermontague.com
thollinger@bergermontague.com

Zachary R. Shelley (*pro hac vice*)
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9740
zshelley@bergermontague.com

*Interim Co-Lead Class Counsel*