UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:24-cv-06795<br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 40**
**AMENDED SUPPLEMENTAL PROTECTIVE ORDER GOVERNING USE OF PHONE NUMBERS AND PHONE CARRIER RECORDS**

This Supplemental Protective Order is entered pursuant to Plaintiffs' Motion to Compel Defendants to Identify Custodian Cell Phone Numbers and Carriers (ECF 674), the Court's ruling regarding same (ECF 691) and Transcript of May 15, 2026 hearing. This Order supplements the Court's prior Protective Order (ECF 242), and all definitions and requirements therein are incorporated into this Order. To the extent topics are not addressed herein, the prior Protective Order controls.

1. **APPLICABILITY OF THE SUPPLEMENTAL PROTECTIVE ORDER.**

This Supplemental Protective Order (hereinafter "Order") shall govern the handling of all materials produced by any and all phone carriers (*e.g.,* Verizon, AT&T, T-Mobile) in response to any subpoenas issued by Plaintiffs or Defendants to those carriers for call logs, text message logs, or other records ("Phone Records"). This Order shall apply to any named Party to this action, any third party that receives a subpoena for testimony or documents, and any person or entity that obtains access to Phone Records subject to this Order.

2. **PERSONS AUTHORIZED TO RECEIVE PHONE RECORDS.**

Phone Records are hereby designated as "Highly Confidential – Outside Counsel Only."

Such materials may only be disclosed to "Qualified Persons" as noted in ECF 242 paragraph 4(b).

3. **LIMITATION ON USE OF PHONE RECORDS.**

The Parties agree that Phone Records may be used solely for the purpose of (1) enabling a third-party expert to identify communications involving (a) two or more subpoenaed phone numbers, or (b) a subpoenaed phone number and a non-subpoenaed phone number that the parties agree may be included in the analysis without a subpoena, and (2) enabling Outside Counsel to understand that analysis. That analysis (whether interim or final) and any related work product and information shall be designated Highly Confidential – Outside Counsel Only. The third-party expert will not perform any other analysis with Phone Records absent further order of the Court.

4. **PROCESS FOR NOTIFICATION OF SUBPOENAS FOR CERTAIN PHONE RECORDS.**

Plaintiffs must provide notice to Defendants seven business days before submitting a subpoena for any phone number that is not contained in Defendants' Responses to Plaintiffs' Interrogatories seeking phone numbers. Along with the notice, the Plaintiffs must identify the individual's name, the entity with whom the individual is believed to be affiliated, the phone number that is the subject of the subpoena, and a citation to a discovery document or, if none, other explanation of why the Plaintiffs believe that the number is the individual's phone number. The Parties agree to meet and confer within the seven day period if the Defendants disagree that the number is the identified individual's phone number. The Parties reserve all rights to object to the subpoenas for any reason or raise disputes regarding the subpoenas with the Court. If the Parties cannot reach agreement, the objecting Party may raise the issue with the Court, and Plaintiffs may issue the subpoena subject to any later order of the Court.

5. **USE OF PHONE RECORDS AT TRIAL OR HEARING.** Nothing in this Order shall be construed to affect the use of any document, material, or information at any trial or hearing

provided that the parties will avoid the unnecessary disclosure of Phone Records. The Parties shall meet and confer regarding the use of Phone Records in advance of a trial or hearing in this matter to discuss appropriate measures, if any, for the restriction of public dissemination of such information.

6. **PERSONS BOUND.** This Order shall take effect when entered and shall be binding upon all counsel of record and their law firms, the parties, experts and persons made subject to this Order by its terms. Those persons made subject to this Order by its terms will also execute Attachment A of the Court's prior Protective Order (ECF No. 242).

**SO ORDERED.**

Dated: 10/5/2026

Hon. Matthew F. Kennelly
United States District Judge