**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Multiplan Health Insurance Provider Litigation, et al.

Plaintiff,

v.

Case No.: 1:24−cv−06795
Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The motion by certain attorneys to withdraw as counsel for direct action plaintiff LSA Lab, LLC [835] is denied, without prejudice to refiling. First of all, no motion to withdraw was filed in the individual case that counsel filed on behalf of LSA Lab. Second, the motion does not reflect that counsel has advised its client, which is a plaintiff in a lawsuit, that a limited liability company, or a corporation, cannot represent itself in court and thus that its individual case will be dismissed unless substitute counsel promptly appears. Third, the motion is unduly, and perhaps unnecessarily, cryptic. The tenor of the motion suggests that the basis for withdrawal is, or includes, nonpayment of counsel by the client or non−communication with counsel by the client. It is difficult for the Court to see how those would be attorney−client privileged matters that counsel can withhold. Any refiled motion must include a statement of appropriate grounds for withdrawal. If counsel believes that the supporting grounds are in fat privileged, then the most must be accompanied by an affidavit filed under seal. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.