**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION et al.<br><br>*This Document Relates to:*<br>ALL ACTIONS | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Honorable Matthew F. Kennelly |

**AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 2040-5 and this Court's October 5, 2026 Minute Entry, ECF 844, Counsel for LSA LAB, LLC ("LSA") hereby seeks leave to withdraw as counsel. As grounds for this Motion, LSA's current Counsel states as follows:

Counsel for LSA seeks leave to withdraw due to professional considerations. In particular, due to LSA's nonpayment and unresponsiveness.

Counsel has informed LSA that limited liability companies are unable to represent themselves and that its individual case will be dismissed unless substitute counsel promptly appears.

LSA's last-known address is 3376 S Eastern Ave Ste 110, Las Vegas, NV 89169 and its last-known phone number is (562) 208-8749. LSA can be contacted via the following email addresses:

- rob@lsalv.com;
- michaelwalsh@lsalv.com;
- michael@lsalv.com;
- mcconnell@lsalv.com.

Counsel certifies (i) that this Motion was served on all parties of record through CM/ECF; and (ii) that, pursuant to Local Rule 2040-5(C), it has sent a copy of this Motion to the email addresses above.

DATED this 7th day of October, 2026.

*/s/ Adrianne K. Rosenbluth*
Adrianne K. Rosenbluth
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
akrosenbluth@hollandhart.com

Darren G. Reid (*pro hac vice*)
HOLLAND & HART LLP
222 South Main Street, Ste 2200
Salt Lake City, UT 84101
Telephone: 801.799.5883
dgreid@hollandhart.com

*Attorneys for LSA LAB, LLC*

39827804.v1