**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Multiplan Health Insurance Provider Litigation, et al.

Plaintiff,

v.

Case No.: 1:24−cv−06795
Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 10/9/2026 (dkt. 852) included a scrivener's error and is corrected to read as follows. In person status hearing held on 10/9/2026. As more fully explained on the record: (1) Each side is to exchange proposed claim document production protocols as referenced in section B4 of the status report [839] by 10/19/2026. Position statements are to be exchanged by **10/23/2026**. The parties are to make a joint filing including position statements of up to 7 pages per side on **10/26/2026**. A video hearing, if necessary, is set for 10/30/2026 at 10:00 a.m. The Court will send out the video conference invitation a few days in advance of the hearing. (2) If the parties cannot resolve disputes regarding Rule 30(b)(6) notices (status report Section A2) then they are to work out an appropriate briefing schedule that would permit argument and ruling on those issues at a video hearing on 12/21/2026 at 10:00 a.m. in Courtroom 2103. Again, the Court will send out the video conference invitation a few days in advance of that hearing. (3) The parties are to continue to discuss and attempt to resolve the issues addressed in status report Sections A3 (scheduling of 30(b)(1)−30(b)(6) deponents), A4 (pre−deposition disclosures), A5 (Dr. Siskin deposition), B1 (source code production issues), B2 (VE DAP test message production), and B3 (GNS DAP document production) but should agree upon a final date on which if no resolution is reached the matters will be presented to the Court in time for hearing and ruling at the 11/20/2026 in−person case management conference. (5) The parties are to confer and agree upon on a plan consistent with the Court's comments on the record regarding the plaintiffs' motions to authorize targeted document preservation discovery from MultiPlan [825] [826] [846]. (6) The case is set for an in−chambers conference on 11/20/2026 at 9:45 a.m. The Court advises that it has room for 17 attorneys in chambers. Counsel should confer and agree in advance on who will participate. An in−person case management conference is set for 11/20/2026 at 10:00 a.m. in Courtroom 2103. (7) A joint status report including an agenda for the case management conference is to be filed on 11/13/2026. (8) The Court advises that counsel and members of the public who cannot attend the 11/20/2026 hearing but wish to listen may do so via telephone by calling 650−479−3207, access code 2305−915−8729. No person listening by telephone will be permitted to speak; the call−in option is for listening only. An in−person

appearance will be required for any attorney or other person who wishes to be heard. Anyone calling to listen are directed to mute themselves. There will be no call−in option available for the in−chambers conference. Mailed notice. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.