**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION,**<br><br>***This Document Relates To:***<br><br>**AMERICAN PHYSICIAN PARTNERS LIQUIDATING TRUST, HEALTHCARE JUSTICE COALITION, LLC, HEALTHCARE JUSTICE COALITION CT CORP., HEALTHCARE JUSTICE COALITION CA CORP., HEALTHCARE JUSTICE COALITION DE CORP., HEALTHCARE JUSTICE COALITION OF NEW JERSEY CORP., HEALTHCARE JUSTICE COALITION NJ, LLC, ECURE CA, LLC**<br>***Plaintiffs,***<br><br>***v.***<br><br>**MULTIPLAN, INC., MULTIPLAN CORP., VIANT, INC., ET AL.**<br>***Defendants*** | § § § § § § § § § § § § § § § § § § § § § § § | **Case No. 1:24-cv-06795**<br>**MDL No. 3121**<br><br>**Hon. Matthew F. Kennelly** |

**PLAINTIFFS' SHORT-FORM COMPLAINT**

The Plaintiffs named below file this Short-Form Complaint and Demand for Jury Trial against the Defendants named below by and through the undersigned counsel. Plaintiffs incorporate by reference the factual allegations, as well as the claims and relief checked off below, sought in the Consolidated Master Direct Action Plaintiff Complaint ("Consolidated Master DAP Complaint") as it relates to the named Defendants (checked-off below), filed in *In re Multiplan Health Insurance Provider Litig.,* MDL No. 3121, in the United States District Court for the Northern District of Illinois as well as the Complaint filed by the Plaintiffs, *see American Physician Partners Liquidating Trust et al.*

*v. MultiPlan, et al.*, Case No. 1:26-cv-11883. Plaintiffs file this Short-Form Complaint pursuant to Case Management Order No. 6 and No. 7 (as amended), filed on the MDL Docket (No. 1:24-cv-06795) at ECF 179, 196, and 503.

**IDENTIFICATION OF PARTIES**

**A. PLAINTIFF**

1. Names of the Plaintiffs alleging claims against Defendants:

- American Physician Partners Liquidating Trust
- Healthcare Justice Coalition, LLC
- Healthcare Justice Coalition CT Corp.
- Healthcare Justice Coalition CA Corp.
- Healthcare Justice Coalition DE Corp.
- Healthcare Justice Coalition of New Jersey Corp.
- Healthcare Justice Coalition NJ, LLC
- eCure CA, LLC

2. For each Plaintiff that is a corporation, list the state of incorporation and state of principal place of business. For each Plaintiff that is an LLC or partnership, list the state citizenship of each of its members. For each Plaintiff that is a natural person, list the state of residency and citizenship at the time of the filing of this First Amended Short-Form Complaint [Indicate State[s]]:
   - American Physician Partners Liquidating Trust
     - Incorporation State: Delaware
     - Principal Place of Business: Delaware
     - Members: it is a Delaware statutory trust and does not have members.
   - Healthcare Justice Coalition, LLC
     - Incorporation State: Delaware
     - Principal Place of Business: 961 Broadway, Suite 115, Woodmere, New York, 11598
     - Members: Wholly owned by eCure, LLC
   - Healthcare Justice Coalition CT Corp.
     - Incorporation State: Connecticut
     - Principal Place of Business: 961 Broadway, Suite 115, Woodmere, New York, 11598
     - Members: Wholly owned by eCure, LLC
   - Healthcare Justice Coalition CA Corp.
     - Incorporation State: California
     - Principal Place of Business: 961 Broadway, Suite 115, Woodmere, New York, 11598
     - Members: Wholly owned by eCure, LLC
   - Healthcare Justice Coalition DE Corp.

    - Incorporation State: Delaware
    - Principal Place of Business: 961 Broadway, Suite 115, Woodmere, New York, 11598
    - Members: Wholly owned by eCure, LLC
- Healthcare Justice Coalition of New Jersey Corp.
    - Incorporation State: New Jersey
    - Principal Place of Business: 961 Broadway, Suite 115, Woodmere, New York, 11598
    - Members: Wholly owned by eCure, LLC
- Healthcare Justice Coalition NJ, LLC
    - Incorporation State: New Jersey
    - Principal Place of Business: 961 Broadway, Suite 115, Woodmere, New York, 11598
    - Members: Wholly owned by Healthcare Justice Coalition DE Corp.
- eCure CA, LLC
    - Incorporation State: California
    - Principal Place of Business: 961 Broadway, Suite 115, Woodmere, New York, 11598

Members wholly owned by eCure, LLC: eCure, LLC is a limited liability company organized in the State of Delaware with its principal place of business in New York. eCure, LLC has two entity members, Allia 770 Ventures, LLC, a Delaware limited liability company with its principal place of business in New York and Cresson Management, LLC, a Delaware limited liability company with its principal place of business in the United States Virgin Islands. Allia 770 Ventures, LLC has individual members in Alabama, Connecticut, Illinois, Indiana, Kentucky, Minnesota, Michigan, New Mexico, and Pennsylvania. Cresson Management, LLC has individual members in the United States Virgin Island. eCure has individual members in California, New York, and Massachusetts.

**B. DEFENDANTS**

3. Plaintiffs name the following Defendants in this action [*Check all that apply]:*

| | |
|---|---|
| X | MultiPlan, Inc. |
| X | Aetna, Inc. |
| X | Blue Shield of California Life & Health Insurance Company |
| X | Blue Cross Blue Shield of Michigan Mutual Insurance Company |
| | Aware Integrated, Inc. and BCBSM, Inc. d/b/a Blue Cross Blue Shield Of Minnesota |
| | Cambia Health Solutions, Inc. f/k/a The Regence Group |
| X | Centene Corporation |
| X | The Cigna Group |
| X | Elevance Health, Inc. f/k/a Anthem, Inc. |
| X | Health Care Service Corporation |
| X | Highmark Health |

| | |
|---|---|
| X | Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey |
| X | Humana Inc. |
| X | Kaiser Foundation Health Plan, Inc. |
| X | Molina Healthcare, Inc. |
| X | UnitedHealth Group Inc. |
| X | Allied National, LLC |
| | Benefit Plans Administrators of Eau Claire, LLC |
| | Central States Southeast and Southwest Areas Health and Welfare Fund |
| | Consociate, Inc. d/b/a Consociate Health |
| | Healthcare Highways Health Plan (ASO), LLC |
| | Secure Health Plans Of Georgia, LLC D/B/A Secure Health |
| | Sanford Health Plan |
| X | CareFirst Of Maryland |
| X | Blue Cross Blue Shield of Massachusetts |

**C.** For each "Other Defendant" Plaintiffs contend are additional parties and are liable or responsible for Plaintiffs' damages alleged herein, Plaintiffs must identify by name each Defendant and its citizenship, and Plaintiffs must plead the specific facts supporting any claim against each "Other Defendant" in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiffs may attach additional pages to this Short-Form Complaint.

| | **Name** | **Citizenship** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. For Direct Filed Cases: Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing: **N/A**.

5. For Transferred Cases: Identify the Federal District Court in which the Plaintiff originally filed and the date of filing: **Northern District of Illinois – September 28, 2026, consolidated into this action on September 29, 2026.**

## JURISDICTION AND VENUE

6. Subject Matter Jurisdiction is based on:

| | |
|---|---|
| | Diversity of Citizenship |
| X | Federal Question |
| | Other (The basis of any additional grounds for jurisdiction must be pled in |

| | |
|---|---|
| X | sufficient detail as required by the applicable Federal Rules of Civil Procedure):<br><br>Supplemental Jurisdiction (28 U.S.C. § 1367) |

## FACTS AND INJURIES ASSERTED

7. Plaintiffs adopt all paragraphs of the Consolidated Master DAP Complaint by reference, except for the allegations set forth in any cause of action that Plaintiffs does not adopt (as indicated below). Plaintiffs also adopt the Complaint filed in *American Physician Partners Liquidating Trust et al. v. MultiPlan, et al.*, Case No. 1:26-cv-11883 and any allegations different from the Consolidated Master DAP Complaint.

8. Plaintiffs adopt and allege as injuries resulting from the challenged conduct the injuries to DAPs set forth in the Consolidated Master DAP Complaint and the Complaint filed in *American Physician Partners Liquidating Trust et al. v. MultiPlan, et al.*, Case No. 1:26-cv-11883.

## ADDITIONAL FACTS DEMONSTRATING STANDING TO BRING CAUSES OF ACTION

9. Plaintiffs allege the following additional facts in support of their standing to bring causes of action:

| |
|---|
| Plaintiffs adopt by reference all paragraphs of their Complaint attached as Exhibit 1. |

## CAUSES OF ACTION ASSERTED

10. Plaintiffs adopt and assert the following Causes of Action alleged in the Consolidated Master DAP Complaint, and the allegations with regard thereto, against the Defendants identified above (*check all that are adopted*).

| Check all that apply | Count | Cause of Action | Law pursuant to which the cause of action is asserted in the Master Complaint |
|---|---|---|---|
| X | I. | Horizontal Agreements in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | II. | Hub-and-Spoke Agreement in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |

| | | | |
|---|---|---|---|
| X | III. | Principal-Agent Combinations in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) (Plead in the Alternative to Claims 1, 2, and 4) | Federal Law |
| X | IV. | Agreements to Unreasonably Restrain Trade (Section 1 of the Sherman Act, 15 U.S.C. §1) (Plead in the Alternative to Claims 1, 2, and 3) | Federal Law |
| X | V. | Anticompetitive Information Exchange (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | VI. | Violation of State and D.C. Antitrust Statutes (Plead in the Alternative to Claims 1-5) | State Law |
| X | VII. | Violation of State Consumer Protection Laws | State Law |
| | VIII. | Unjust Enrichment | State Common Law |

**NOTE**

If Plaintiff wants to allege additional Causes of Action other than those selected in the preceding paragraph, which are the Causes of Action set forth in the Master Complaint, the facts supporting those additional Causes of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff may attach additional pages to this Short-Form Complaint.

**Not applicable**.

**ADDITIONAL CAUSES OF ACTION**

11. All Plaintiffs assert the following additional Causes of Action and supporting allegations against the following Defendants:

| Cause of Action | Asserted Against | Law Governing |
|---|---|---|
| N/A | | |

**PRAYER FOR RELIEF**

12. Check all that apply:

| | |
|---|---|
| X | **WHEREFORE,** Plaintiffs pray for all available compensatory damages, treble damages, punitive damages in amounts to be proven at trial, and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiffs may be entitled, including disgorgement. |

| | |
|---|---|
| X | **WHEREFORE,** Plaintiffs pray for declaratory and injunctive relief and judgment against Defendant(s) and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiff may be entitled. |

**JURY DEMAND**

| | |
|---|---|
| X | Plaintiffs hereby demand a trial by jury as to all claims in this action. |
| | Plaintiffs do not demand a trial by jury as to all claims in this action. |

****

By signature below, Plaintiff's counsel hereby confirms their submission to the authority and jurisdiction of the United States District Court of the Northern District of Illinois and oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of pro hac vice status.

Dated: October 20, 2026

Respectfully submitted,

**FOSTER YARBOROUGH KILLINGSWORTH PLLC**

*/s/ Michael Killingsworth*
Michael Killingsworth
Texas Bar No. 24110089
Benjamin Foster
Texas Bar No. 24080898
Patrick Yarborough (*Pro Hac Forthcoming*)
Texas Bar No. 24084129
Michael@fyktriallaw.com
Ben@fyktriallaw.com
Patrick@fyktriallaw.com
440 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

*Counsel For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I served a true and correct copy of this filing on all counsel of record via e-filing.

*/s/ Benjamin Foster*
Benjamin Foster