**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br>*This Document Relates To:*<br>ALL ACTIONS | Case No. 1:24-cv-06795<br>MDL No. 3121<br>Hon. Matthew F. Kennelly |

**NOTICE OF LODGING OF**
**PROPOSED STIPULATED BRIEFING SCHEDULE REGARDING ECF NO. 836**

Plaintiffs filed their Motion to Compel Production of Discovery Related to DOJ's Parallel Antitrust Investigations on September 30, 2026. ECF No. 836. Pursuant to the Court's direction during the October 9, 2026, status hearing, the parties respectfully request that the Court enter the following briefing schedule for that motion:

- Defendants' response: Friday, October 30, 2026
- Plaintiffs' reply: Friday, November 13, 2026
- Hearing: Friday, November 20, 2026, at 10:00 a.m.

Dated: October 21, 2026

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
Fax: (973) 679-8656
cseeger@seegerweiss.com

*Plaintiffs' Coordinating Counsel*

*/s/ Shawn J. Rabin*
Shawn J. Rabin (*pro hac vice*)
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel.: (212) 336-8330
srabin@susmangodfrey.com

*Interim Class Liaison Counsel*

*/s/ Sadik Huseny*
Sadik Huseny (*pro hac vice*)
**LATHAM & WATKINS LLP**
300 Colorado Street, Suite 2400

*/s/ Zachary R. Shelley*
**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
Zachary D. Caplan (*pro hac vice*)

Austin, TX 78701
Tel.: (737) 910-7300
sadik.huseny@lw.com

*Defendants' Coordinating Counsel*

Patrick F. Madden (*pro hac vice*)
Jordan T. Hollinger (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
zcaplan@bergermontague.com
pmadden@bergermontague.com
thollinger@bergermontague.com

Zachary R. Shelley (*pro hac vice*)
1001 G St NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9740
zshelley@bergermontague.com

*Interim Co-Lead Class Counsel*