**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Multiplan Health Insurance Provider Litigation, et al.

Plaintiff,

v.

Case No.: 1:24−cv−06795
Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing held on 10/30/2026 regarding the claim document production protocol. The parties are directed to send a draft case management order consistent with the Court's rulings made during today's hearing The order is to be sent in Word format to Judge Kennelly's proposed order email address by 11/6/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.