**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates To:*<br><br>ALL ACTIONS | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF FILING OF CENSUS OF DIRECT ACTION PLAINTIFFS**

Plaintiffs' Coordinating Counsel and the Direct Action Plaintiffs ("DAP") Executive Committee file the attached census identifying the DAPs currently on file in the MDL, including each case number, and the claims asserted and Defendants named in the operative pleadings.

Dated: November 19, 2026

**Seeger Weiss LLP**

/s/ *Christopher A. Seeger*
Christopher A. Seeger

55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Fax: 973.679.8656
cseeger@seegerweiss.com

*Plaintiffs' Coordinating Counsel*

**Seeger Weiss LLP**

/s/ *Jennifer Scullion*
Jennifer Scullion
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Fax: 973.679.8656
jscullion@seegerweiss.com

**Gilbert LLP**

/s/ *Matthew M. Lavin*
Matthew M. Lavin
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2250
Facsimile: (202) 772-3333
lavinm@gilbertlegal.com

**Napoli Shkolnik**

/s/ *Hunter J. Shkolnik*
Hunter Shkolnik

NS PR Law Services, LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Telephone: 787.493.5088
Fax: 646.843.7603
Hunter@NSPRLaw.com

*Direct Action Plaintiffs Executive Committee*

CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 19, 2026, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Nestor D. Galarza*
*Attorney for Direct Action Plaintiffs*